## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

BRENDA PENA and
PEDRO PENA,
Husband and Wife,

             Plaintiffs,              FEDERAL CASE NO.: 3:21-CV-1094

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY and
OWNERS INSURANCE COMPANY,

             Defendants.

_____/

## PLAINTIFF'S MOTION TO STRIKE THREE OF
## DEFENDANTS' EXPERT WITNESSES

Plaintiffs, the Penas, now move the Court for an order barring both

Defendants from offering at any hearing or trial the testimony of their improperly

disclosed expert witnesses, Drs. Richard Greer, Jason Demery, and Neil Brown.

None of these witnesses tendered a timely expert report, which is plainly required

under Rule 26 and the Court's Final Scheduling Order. Nor did either Defendant

seek any relief from the Court or consent from the Penas to serve a tardy expert

report. Accordingly, these experts should be barred from any further hearing or

trial.

## I.    Procedural History

The parties proposed a schedule for the conduct of this action and the Court entered a scheduling order that adopted the relevant parts. Specifically, at paragraph 4 of the Court's Final Scheduling Order, the Court ordered:

> 4. Pursuant to the parties' proposal, disclosures of retained expert witnesses and their written reports under Rule 26(a)(2) are due from Plaintiff by **March 31, 2022**, and from Defendants by **April 29, 2022**. Expert witnesses not timely disclosed as required by Rule 26(a)(2), or whose opinions have been significantly modified or changed after discovery has ended, will normally not be permitted to testify at trial. Also, a party's failure to timely disclose an expert witness's report will normally be grounds to bar the witness from testifying at trial.

(ECF No. 12 ¶ 4.)

The Penas complied with this provision, tendering their Rule 26(a)(2) disclosures—including expert reports—timely. As to three of their experts, Defendants did not.

Both Defendants disclosed the same four experts, in identical disclosures served in separate pleadings. (Ex. A, Owners's expert disclosures; Ex. B, GEICO's expert disclosures.) For convenience, further references to the disclosures will only be to Exhibit A.

One of Defendants' experts, Dr. Daniel Cousin, provided an expert report, which is mentioned in, and attached to, the disclosures. The other three—the

subjects of this motion, Drs. Greer, Demery, and Brown—did not. Instead,

Defendants disclosed their opinions in a wholly conclusory manner at best. For

example, with the exception of his CV, fee information, and past testimony list,

this is the whole substance of Dr. Greer's disclosure:

> **Testimony:** Dr. Greer specializes in Neuropsychiatry. It
> is anticipated that Dr. Greer will testify concerning his
> interview of Plaintiff and the results produced from
> neuropsychiatric examination and testing with Plaintiff.
> His opinions will be based upon his training, education,
> experience, and interview and/or examination. Defendant
> will provide a copy of Dr. Greer's report upon receipt.

The disclosures regarding Dr. Demery and Dr. Brown were equally terse.

It is important to note that while Dr. Greer promises to testify about his

"interview with Plaintiff," he has not yet actually conducted any interview of either

Plaintiff. Similarly, Dr. Demery is "anticipated" to testify about his "interview with

Plaintiff" and results of "testing completed with Plaintiff." In reality, Dr. Demery

has not done this interview or testing either.

Dr. Brown does not discuss doing any interviews with either Plaintiff, but he

broadly promises to testify about "*any* medical condition of Plaintiff, treatment and

prognosis of causation of *any* medical condition, and the forces and mechanics of

*any* injury to Plaintiff." (Emphasis added.) Dr. Brown's testimony is "anticipated"

to hinge on his review of diagnostic testing, among other things.

Defendants served their identical disclosures on the last day, April 29, 2022. In the days immediately leading up to Defendants' disclosures, they were trying to find MRI images that had already been tendered months ago in initial discovery. The attorneys stated they could not find three MRI images. (Ex. C, e-mail chain at 2–3) and Plaintiffs' counsel reminded all that two of the three MRI disks had been tendered months ago on CDs with initial disclosures. *Id*. at 2. Despite the prior tender, Plaintiff's counsel took the time to copy the CDs again for Geico and Auto Owners and send them to the respective offices for a second time. *Id.* at 1. The third MRI was never in Plaintiffs or Plaintiffs' counsel's possession as it was an MRI performed at the request of one of Plaintiffs' experts. Some of the images were produced as part of the expert's report in Plaintiff's expert disclosures filed on March 30, 2022. As this was, the first time Defendants had requested the MRI images from the 3rd MRI as opposed to just the report, Plaintiffs' counsel quickly obtained them from the expert and provided a link for download within a week of the request. *Id.*

## II.    Applicable Law

Rule 26(a)(2) unambiguously requires that any expert disclosure "must be accompanied by a written report—prepared and signed by the witness." Fed. R. Civ. P. 26(a)(2)(B). That report "must contain:"

> "(i) a complete statement of all opinions the witness will express and the basis and reasons for them;

"(ii) the facts or data considered by the witness in forming them;

"(iii) any exhibits that will be used to summarize or support them;"

and other materials not in dispute here.

If a party fails to provide information as required by Rule 26(a) or (e), exclusion of the expert evidence is automatic and the party is not allowed to use that information to supply evidence at a trial, unless the failure was substantially justified or is harmless. Fed. R. Civ. P. 37(c)(1). "Exclusion is also appropriate pursuant to Rule 16(b), which 'authorizes the district court to control and expedite pretrial discovery through a scheduling order' and which gives the court 'broad discretion to preserve the integrity and purpose of the pretrial order,' including the exclusion of evidence as a means of enforcing the pretrial order." *Companhia Energetica Potiguar v. Caterpillar Inc.*, No. 14-CV-24277, 2016 WL 3102225, at *5 (S.D. Fla. June 2, 2016) (citations omitted); *see also Cooper v. Southern Co.*, 390 F.3d 695, 728 (11th Cir. 2004) (explaining that compliance with Rule 26's expert disclosure requirements is "not merely aspirational"), *overruled on other grounds, Ash v. Tyson Foods, Inc.,* 546 U.S. 454, 457 (2006); *Mitchell v. Ford Motor Co.*, 318 F. App'x 821, 825 (11th Cir. 2009) (affirming order striking expert for failing to timely disclose the scientific bases for expert opinion); *United States v. Batchelor-Robjohns*, No. 03-CV-20164, 2005 WL 1761429, at *2 (S.D. Fla.

June 3, 2005) ("Rule 37(c)(1) requires absolute compliance with Rule 26(a), in that it mandates that a trial court punish a party for discovery violations in connection with Rule 26 unless the violation was harmless or substantially justified.") (citation and quotations omitted). Additionally, the burden rests upon the non-producing party to demonstrate that its actions were substantially justified or harmless. *In re Trasylol Prods. Liab. Litig.*, No. 08-MD-1928, 2012 WL 12897158, at *3 (S.D. Fla. July 9, 2012).

Compliance with Rule 26 is mandatory. And the Court's Final Scheduling Order underscored that, requiring that witnesses "disclosed as required by Rule 26(a)(2)." Moreover, the Court warned that when a disclosure is not made in conformity with the rule, or where a party has failed to timely disclose an expert's "report," the witness "will normally not be permitted to testify at trial." (Order, ECF No. 12 ¶ 4.)

## III.  **Argument**

The Court should enforce Rule 26 and its own Order, and bar Drs. Greer, Demery, and Brown from testifying at trial.

The prime reason the Penas seek this order is fairness. They complied with the rules, and Defendants did not. There is no explanation for Defendants' failure to timely hire experts to write competent expert reports. While expert reports are not required in the Florida state courts, they are required here in the United States

District Court—something Owners in particular should know, given that it is the party that removed this case to this forum in the first place.

### A.    The challenged experts did not tender anything close to an expert report.

The "disclosures" Defendants have made are in essence no disclosures at all.

Consider again their "disclosure" of Dr. Greer:

| Owners' Disclosure (Ex. A at 2) | Plaintiffs' Response |
|---|---|
| **"Testimony:** Dr. Greer specializes in Neuropsychiatry." | This information is already available in his CV. |
| "It is anticipated that Dr. Greer will testify concerning his interview of Plaintiff and the results produced from neuropsychiatric examination and testing with Plaintiff." | No interview has been conducted with either Plaintiff and no testing has been done. What could Dr. Greer possibly be opining on? <br><br> Moreover, Defendants are not even *promising* what Dr. Greer will testify about—only what they "anticipate." <br><br> This disclosure completely fails to meet the standard of Rule 26(a)(2)(B)(i), requiring an expert to give "a complete statement of all opinions the witness will express and the basis and reasons for them." |
| "His opinions will be based upon his training, education, experience, and interview and/or examination." | This provides the Plaintiffs with no information. Dr. Greer's testimony had *better* rely on such bases, or it will likely not meet the standards of Fed. R. Evid. 702. <br><br> And the "and/or" implies that Dr. Greer might just be testifying on his experience alone. Who could tell, from this? |

| Owners' Disclosure (Ex. A at 2) | Plaintiffs' Response |
|---|---|
| "Defendant will provide a copy of Dr. Greer's report upon receipt." | No promise is made as to when the report will arrive, whether the report is complete, or whether Dr. Greer has even *started* his report. |

Dr. Demery's and Dr. Brown's disclosures fare no better. Without belaboring it, Dr. Demery's disclosure is equally conclusory and devoid of information. (Ex. A at 2–3.)

For his part, Dr. Brown promises to do impermissibly more than Dr. Greer or Dr. Demery—Dr. Brown proposes to testify concerning "any" medical condition of either Plaintiff and the "causation of any medical condition." (Ex. A at 3.) That makes him a kind of all-purpose expert for whose opinions Plaintiffs are wholly unable to prepare. Aside from defining his sweeping scope, Dr. Brown does not actually give any specifics regarding what his opinions actually *are*.

### B. The Plaintiffs are prejudiced by the Defendants' disclosures of experts who did not tender reports.

Defendants' deficient disclosures of Drs. Greer, Demery, and Brown mean that the Plaintiffs have no idea what their opinions would be at trial. The Defendants should not be allowed to tender such cursory opinions, leaving the Plaintiffs in the dark on what their experts will intend to tell the jury.

Further, how can the Plaintiffs or the Court test whether these experts' opinions qualify to be admissible to the jury under Fed. R. Evid. 702? There is no

information about the experts' methodology or any way to test the reliability of their conclusions.

It is likely that the experts' collective failure to tender expert reports is because Defendants were not considering the strict compliance required with the Federal rules compared to the state court rules as it concerns expert disclosures. Defendants' belated requests to set medical examinations of Ms. Pena on dates *after* their expert reports were due makes clear that Defendants were never going to be in a position to tender their experts timely.

Counsel for Plaintiffs agreed to CME protocols and CME dates prior to expert disclosures. At the time, Plaintiffs' counsel did not realize the CME dates were post Defendants expert disclosure deadline. It was not until the expert disclosures were served via email on April 29, 2022, that Plaintiffs' counsel realized three of the four experts had no reports and two had CME's scheduled with the Plaintiff after the disclosure date.

However, that is not Plaintiffs' fault. The Plaintiffs properly complied with the Court's Final Scheduling Order and tendered their reports timely. The Court's Order gave 30 days between Plaintiffs' disclosure deadline and Defendants' disclosure deadline. Defendants have had the luxury of access to Plaintiffs' full expert opinions for more than those 30 days. Defendants should not be permitted to wait and see Plaintiffs' opinions, then stall and decide when and how their experts

will give their opinions. The schedule in place was agreed to between the parties and ordered by the Court.

## IV.   Conclusion

In its Final Scheduling Order, the Court warned the Defendants that their failure to tender expert reports in line with Rule 26 and on a timely basis would "normally" be grounds to exclude those experts from trial. The Court should now enforce that warning, and exclude Drs. Greer, Demery, and Brown from testifying in this action.

Counsel for Plaintiffs emailed counsel for GEICO and Auto Owners to advise them of Plaintiffs' intent to file the subject motion. Counsel for GEICO called shortly thereafter to discuss.  He had already spoke to counsel for Auto Owners who was heading into depositions and not currently available for a call with Plaintiffs' counsel.  Defendants do not agree to withdraw their experts and in the interest of time and scheduling considerations, Plaintiffs' counsel agreed the CME scheduled for tomorrow would continue forward as there is unlikely to be a ruling from the Court before then.  Plaintiff's attendance at the CME is in no way a consent by Plaintiffs that a late disclosure of an expert report following the CME is acceptable and not prejudicial.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Mail on this, the 18th[th] day of May, 2022 to the following designated service email addresses: Peter S. Roumbos, Esquire, Quintairos, Prieto, Wood & Boyer, P.A., 114 East Gregory Street, 2nd Floor, Pensacola, Florida 32502, peter.roumbos@qpwblaw.com;

leigh.hathaway@qpwblaw.com; Melissa.smith@qpwblaw.com; and Dana L. Oberhausen, Wade, Palmer & Shoemaker, P.A., 14 N. Palafox Street, P.O. Box 13510, Pensacola, Florida 32591-3510.

Respectfully submitted,

/s/ Rachael Gilmer
Rachael Gilmer, Esquire
Florida Bar No.: 0887331
**Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.**
316 South Baylen Street, Suite 600
Post Office Box 12308 (32591)
Pensacola, Florida  32502-5996
(850) 435-7180
rgilmer@levinlaw.com
ljones@levinlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

I HEREBY CERTIFY that the Plaintiff's Motion to Strike complies with the type-volume limitations of Local Rule 7.1(F) because it contains 2,391 words. This count includes all text, including the caption, headings, footnotes, and quotations. I have relied upon Microsoft Office Home and Business word processing software used to prepare this Certificate of Compliance for the statement of word count.


/s/ Rachael Gilmer
Rachael Gilmer, Esquire

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

BRENDA PENA and
PEDRO PENA,

        Plaintiffs,

vs.                      FEDERAL CASE NO.: 3:21-cv-01094

GOVERNMENT EMPLOYEES
INSURANCE COMPANY and
OWNERS INSURANCE COMPANY,

        Defendants.

_____

## DEFENDANT, OWNERS INSURANCE COMPANY'S
## EXPERT WITNESS DISCLOSURES

COMES NOW, Defendant, OWNERS INSURANCE COMPANY, and files its Rule 26 Expert Witness Disclosures pursuant to the Court's Order dated November 4, 2021, and states as follows:

Expert witnesses who have been retained to provide expert testimony in this case on behalf of Defendant include the following:

1.      Daniel Cousin, MD
          304 Indian Trace #884
          Weston, Florida 33326
          Phone: 646.303.3125

          **Testimony:** Dr. Cousin is a radiologist. It is anticipated that Dr. Cousin will testify concerning numerous MRI images of Plaintiff. Attached is a copy of Dr. Cousin's report. (See Exhibit "A"). Additional images are pending review by Dr. Cousin.

**Qualifications:** Attached is a copy of Dr. Cousin's Curriculum Vitae. (See Exhibit "B").

**Compensation:** Dr. Cousin has been paid $3,500 for his review of the medical imaging and reports on Plaintiff. Attached is a copy of Dr. Cousin's fee schedule. (See Exhibit "C").

**Testimony History:** Attached is Dr. Cousin's testimony history. (See Exhibit "D").

2.  Richard Alden Greer, MD
    Depart of Psychiatry, Florida Healthcare Plans
    3 Tomoka View Drive
    Ormond Beach, Florida 32174
    Phone: 904.295.3685

    **Testimony:** Dr. Greer specializes in Neuropsychiatry. It is anticipated that Dr. Greer will testify concerning his interview of Plaintiff and the results produced from neuropsychiatric examination and testing with Plaintiff. His opinions will be based upon his training, education, experience, and interview and/or examination. Defendant will provide a copy of Dr. Greer's report upon receipt.

    **Qualifications:** Attached is a copy of Dr. Greer's Curriculum Vitae. (See Exhibit "E").

    **Compensation:** Dr. Greer has been paid $4,000. Attached is a copy of Dr. Greer's fee schedule. (See Exhibit "F").

    **Testimony History:** Attached is Dr. Greer's testimony history. (See Exhibit "G").

3.  Jason A. Demery, PhD
    330 NW 76th Drive, Suite B
    Gainesville, Florida 32607
    Phone: 352.359.7620

    **Testimony:** Dr. Demery specializes in Neuropsychology. It is anticipated that Dr. Demery will testify concerning his interview of

Plaintiff and the results produced from the mental status neuropsychological examination and testing completed with Plaintiff. His opinions will be based upon his training, education, experience, and interview and/or examination. Defendant will provide a copy of Dr. Demery's report upon receipt.

**Qualifications:** Attached is a copy of Dr. Demery's Curriculum Vitae. (See Exhibit "H").

**Compensation:** Dr. Demery has been paid $4,000. Attached is a copy of Dr. Demery's fee schedule. (See Exhibit "I").

**Testimony History:** Attached is Dr. Demery's testimony history. (See Exhibit "J").

4.    N. Neil Brown, MD, PhD

**Testimony:** Dr. Brown specializes in Neurological Surgery and Biomechanical engineering. It is anticipated that Dr. Brown will testify concerning any medical condition of Plaintiff, treatment and prognosis, causation of any medical condition, and the forces and mechanics of any injury to Plaintiff. His opinions will be based upon his medical training, education, experience, his review of the facts relative to the accident, a review of medical records, testimony, photographs, diagnostic testing, and the forces and mechanics of any injury in this matter. Defendant will provide a copy of Dr. Brown's report upon receipt.

**Qualifications:** Attached is a copy of Dr. Brown's Curriculum Vitae. (See Exhibit "K").

**Compensation:** Dr. Brown has been paid $5,000. Attached is a copy of Dr. Brown's fee schedule. (See Exhibit "L").

**Testimony History:** Attached is Dr. Brown's testimony history. (See Exhibit "M").

\*\*\*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to the

following by Florida Courts E-Filing Portal on this 29th day of April, 2022:

Rachael R. Gilmer
Levin Papantonio
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
rgilmer@levinlaw.com
ljones@levinlaw.com
*Attorney for Plaintiffs*

Peter S. Roumbos
Quintairos, Prieto, Wood & Boyer, PA
114 E. Gregory Street, 2nd Floor
Pensacola, FL 32502
pensacolageico@geico.com
*Attorney for Defendant, Government
Employees Insurance Company*

 /s/ Dana L. Oberhausen
Dana L. Oberhausen
Florida Bar No. 89375
Wade, Palmer & Shoemaker, PA
14 N. Palafox Street
P.O. Box 13510
Pensacola, FL 32591-3510
(850) 429-0755
doberhausen@wpslawyers.com
jboling@wpslawyers.com
fnichols@wpslawyers.com
*Attorney for Defendant,
Owners Insurance Company*



**DEFENDANT'S EXHIBIT A**

# RADSURITY
**BE SURE WITH RADSURITY**

304 Indian Trace # 884
Weston, FL 33326

4/4/2022

**Radiology Consultation**

**Patient: BRENDA NYE PENA**

**Date of incident: 8/22/2017**

Thank you for requesting my review of provided imaging examinations for **BRENDA NYE PENA**. I am asked to determine whether or not there is any imaging evidence to support injury from the date of incident alleged to be 8/22/2017. I make the following opinions within a high degree of medical and radiological certainty.

**Credentials:** I am a medical doctor licensed to practice medicine in the states of New York and Florida. I am a board-certified, fellowship-trained expert in Diagnostic Radiology. I have been licensed as a Medical Doctor in the State of Florida since 2008. I am certified by both the American Board of Radiology and also the National Board of Physicians and Surgeons. I am currently the Clinical Director for a private radiology practice in Florida. I majored in Cognitive Neuroscience and graduated Magna Cum Laude from Harvard University, from where I obtained my undergraduate degree. Additionally, I did my residency at Yale University and at University of Florida. I completed a fellowship at Columbia University. I was selected as Program Director of the Radiology Residency of Columbia University's Harlem Hospital affiliate.

**Materials reviewed:** I am in receipt of the following imaging exams for **BRENDA NYE PENA**:

**Imaging with reports:**

Exhibit A

1. CT Cervical Spine without Contrast dated 9/16/2017
2. CT Head without Contrast dated 9/16/2017
3. CT Biopsy Needle Guided Placement dated 5/16/2017

**Imaging without reports:**

1. X-ray Cervical Spine dated 8/24/2017
2. X-ray Right Hip dated 9/20/2017
3. CE- MRI Right Hip dated 5/27/2014
4. X-ray Right Hip dated 4/24/2017

**Others:**

1. X-ray Right Hip dated 9/29/2016
2. X-ray Right Hip dated 12/23/2015
3. X-ray Right Hip dated 11/18/2015
4. X-ray Right Hip dated 10/7/2015
5. X-ray Right Hip dated 9/22/2015
6. X-ray Pelvis dated 9/22/2015
7. X-ray Right Hip dated 9/22/2015
8. X-ray Right Hip dated 6/3/2015
9. Arthrogram Right Hip dated 5/27/2014
10. X-ray Right Hip dated 5/6/2014
11. X-ray Lumbar Spine dated 12/4/2013
12. ABC – Core Biopsy of Breast with Vacuum Assist dated 12/14/2011
13. ABC – Analog Digitized dated 12/15/2008
14. ABC – Analog Digitized dated 11/8/2007
15. ABC – Diagnostic Mammogram dated 6/25/2002

**Discussion:** For reasons to be delineated, no posttraumatic findings are noted and no evidence for causation with respect to the date of incident is identified. The constellation of multilevel changes, degenerative distributions of pathology, a lack of posttraumatic associated findings, and the presence of chronic findings – all in composite argue against any causation with respect to the date of incident of 8/22/2017 on the basis of radiology evidence.

# *CERVICAL SPINE DISCUSSION*

***POST-INCIDENT***

<u>*Comments: X-ray Cervical Spine dated 8/24/2017*</u>

*In reviewing the imaging, there are no post-traumatic findings.* In fact, there is only degenerative pathology.  Anterior and posterior marginal osteophytes are present at the multiple levels. At the C5-6 level there is disc space reduction with endplate sclerosis. Additionally, there are no associated vertebral or facet fractures or soft tissue edema, which indicates there is no association with a traumatic incident.

If there were truly a significant injury on 8/22/2017, one would expect there to still be posttraumatic findings on the examination date of 8/24/2017 approximately 2 days later, that is not seen here.  For example, there is no fracture, dislocation or soft tissue edema. There is a normal lordotic physiologic curvature of the spine which argues against any significant spasm as might be expected if there were any significant injury on the date of incident.

This exam was performed on a normal quality X-ray machine. There are no limitations on examination quality and resolution. The examination is diagnostic quality. *Overall, there is no X-ray characteristic to suggest any finding that is definitively or proximately related to the date of incident of 8/22/2017.*

<u>*Comments: CT Cervical Spine without Contrast dated 9/16/2017*</u>

I have reviewed the report interpretation by radiologist, Clark M. Pollitt Overall, I agree with the original report. *In reviewing the imaging, there are no post-traumatic findings.* The reading radiologist, Dr. Clark M. Pollitt described disc space narrowing and osteophyte spurring at the C5-6 and C6-7 levels and minimal osteophyte spurring at the C4-5 level.

In fact, again seen are anterior and posterior marginal osteophytes present at multiple levels. At the C5-6 and C6-7 levels, there is disc space narrowing. The central canal and neural foramina are patent. However, changes at these levels reflect age-related degeneration and are chronic in nature.  The findings on this exam are most prominent in the mid cervical spine. This distribution favors degenerative, chronic process. These involved disc levels are the ones where degenerative pathology is usually seen as a result of weightbearing and normal physiologic daily activity and movements over the patient's life.

Additionally, there is no association with a traumatic incident as there are no posttraumatic associated findings such as vertebral or facet fractures or soft tissue edema. As mentioned, when there is a significant trauma, one expects typical post traumatic associated findings to be persistent or at least resolving on any scans in proximity to the date of incident. Thus, if there was truly any injury on 8/22/2017, one would expect for there to be possibly soft tissue edema, fracture or dislocation on the examination date of 9/16/2017 approximately 25 days later. However, no such posttraumatic associated findings are described. Upon correlating with the available prior scan of X-ray cervical spine dated 8/24/2017, there appears to be no traumatic findings on either of the scans. This point of stability argues against causal relationship to the alleged injury on the date of incident.

The quality of this exam is diagnostic. The study was performed using a normal quality CT machine. There are no limitations on examination quality and resolution. *Overall, in composite there is no CT characteristic to suggest any finding that is definitively or proximately related to the date of incident of 8/22/2017.*

# *HEAD DISCUSSION*

***POST-INCIDENT***

<u>*Comments: CT Head without Contrast dated 9/16/2017*</u>

I am in receipt of the initial report as interpreted by Clark M. Pollitt and would comment as follows - overall, I agree with the report as interpreted. *In reviewing the imaging, there are no post-traumatic or abnormal findings.* Essentially, the initial reader described a normal CT study of the head. In fact, there is no significant abnormality. There is no evidence intracranial hemorrhage, mass lesion or acute infarct. Additionally, no fracture, dislocation or soft tissue edema is noted. Were there truly any injury on 8/22/2017, one would expect for there to be possibly soft tissue edema, fracture or dislocation on the examination date of 9/16/2017 approximately 25 days later. However, no such posttraumatic associated findings are described.

This exam was performed on a normal quality CT machine. There are no limitations on examination quality and resolution. The examination is diagnostic quality. *Overall, there is no CT characteristic to suggest any finding that is definitively or proximately related to the date of incident of 8/22/2017.*

# *RIGHT HIP DISCUSSION*

**POST-INCIDENT**

<u>*Comments: X-ray Right Hip dated 9/20/2017*</u>

*In reviewing the imaging, there are no post-traumatic findings.* In fact, a right hip prosthesis is demonstrated. There is no evidence of fracture, dislocation or soft tissue edema. As mentioned, when there is a significant trauma, one expects typical post traumatic associated findings to be persistent or at least resolving on any scans in proximity to the date of incident. Thus, if there was truly any injury on 8/22/2017, one would expect for there to be possibly soft tissue edema, fracture or dislocation on

the examination date of 9/20/2017, approximately 29 days later. However, no such posttraumatic associated findings are described. Upon correlating with the available prior scan of X-ray right hip dated 4/24/2017, there appears to be no traumatic findings on either of the scans. This point argues against causal relationship to the alleged injury on the date of incident. The quality of this exam is diagnostic.

The study was performed using a normal quality X-ray machine. There are no limitations on examination quality and resolution. *Overall, there is no X-ray characteristic to suggest any finding that is definitively or proximately related to the date of incident of 8/22/2017.*

**PRE-INCIDENT**

*Comments: CE- MRI Right Hip dated 5/27/2014*

In reviewing the imaging acquired before the date of incident, there are no posttraumatic findings. This examination predates the date of incident and serves as baseline imaging. There are femoral head and acetabular marginal osteophytes, thinning of the articular cartilage and mild to moderate joint effusion consistent with osteoarthritis. No fracture, dislocation, marrow or soft tissue edema is observed.

This exam was performed on a high magnetic field strength 1.5 Tesla machine. There are no limitations on examination quality and resolution. The examination is diagnostic quality. *This examination predates the date of incident and is therefore useful in demonstrating a baseline pre-incident appearance of the right hip.*

*Comments: X-ray Right Hip dated 4/24/2017*

In reviewing the imaging this examination predates the date of incident and serves as baseline imaging. A right hip prosthesis is demonstrated. There is no evidence of fracture, dislocation or soft tissue edema. The quality of this exam is diagnostic. The

study was performed using a normal quality X-ray machine. There are no limitations on examination quality and resolution. This examination predates the date of incident and is therefore useful in demonstrating a baseline pre-incident appearance of the right hip.

### *Comments: CT Biopsy Needle Guided Placement dated 5/16/2017*

I am in receipt of the initial report as interpreted by Dr. Lamar E. Robinson and would comment as follows - overall, I agree with the report as interpreted. In reviewing the imaging acquired before the date of incident. This examination predates the date of incident and serves as baseline imaging. Essentially, the initial reader described uneventful CT guided right psoas tendon injection. In fact, a percutaneous needle is placed under CT guidance. A hip joint prosthesis is noted. There is no fracture, dislocation or soft tissue edema. This exam was performed on a normal quality CT machine. There are no limitations on examination quality and resolution. The examination is diagnostic quality. *This examination predates the date of incident and is therefore useful in demonstrating a baseline pre-incident appearance of the right hip.*

**Conclusion:**

Overall, given the available radiology information, in composite there are *no imaging abnormalities present that are definitively or proximately related to the date of incident of 8/22/2017.* The constellation of findings – without any posttraumatic abnormalities, and with multilevel degenerative findings – in composite represents compelling evidence for the defense merit and renders any allegations for causation quite tenuous at best. From a radiology perspective, the imaging evidence suggests that the claim for injury as alleged to occur on 8/22/2017 is a "nothingburger" and nothing more. I would be happy to generate additional discussion if/when the outstanding reports by the initial readers are provided per the materials reviewed, however, I would not expect my opinion to change, which I make

within a high degree of medical and radiological certainty. Essentially, the absence of any imaging evidence to support the claimant's position therefore constitutes in fact evidence for the defense case merit.

I, Daniel Cousin, M.D., hereby declare that I am a duly licensed medical doctor and that my assertions and conclusions in the above report are true to the best of my knowledge and information. The claimant's radiology examinations were evaluated according to the restricted rules concerning an independent radiology examination. It is, therefore, understood that no doctor/patient relationship exists or is implied by this examination. Management decisions should not be based on the above radiology interpretation. The claimant's examination was examined in reference to the specific complaints emanating from the original injury. Any other medical conditions, which were either underreported or felt to be unrelated to the original injury, are considered to be beyond the purview of this examination. I further declare that information contained in this document was prepared by and is the product of the undersigned and is true to the best of my knowledge and information. My opinions herein are based on the available medical records and I expressly reserve the right to alter my opinions if and when new records are provided to me for review and analysis. My opinions rendered herein are meant to apply solely to the specific circumstances of this case involving **BRENDA NYE PENA** and shall not be used for any other purpose.

Sincerely yours,

Daniel Cousin, M.D.
Diagnostic Radiologist
Certified by the American Board of Radiology
Radsurity, P.A., President
*"Be sure with Radsurity"*
*WWW.RADSURITY.COM*

*cousin@post.harvard.edu*
646-303-3125 (cell)




DEFENDANT'S
EXHIBIT
B

# Curriculum Vitae – Daniel Cousin, M.D.

## Cage: 8PS47 DUN: 021491772

**ADDRESS:**

304 Indian Trace #884
Weston, FL 33326

Phone: (646) 303-3125 (cell)
E-mail: cousin@post.harvard.edu

## EDUCATION:

**B.A.**   Harvard University                                                                                   2000
- major: Cognitive Neuroscience (double honors major)
- graduated Magna Cum Laude
- other academic scholarships and awards received:
  Mease Health Care Scholarship, Harvard College Scholarship, Soroptimist International Scholarship, David J. Hanson Award

**M.D.**   Albert Einstein College of Medicine                                                      2005

## PROFESSIONAL EXPERIENCE:

**Bayview Radiology, Tampa, FL (private outpatient imaging)**                    1/2016 – present
- Clinical Director
- Diagnostic Radiologist
- Consulting – various (medicolegal/medmal/personal injury/utilization/insurance IME, etc.) providing expert consultation and testimony for attorneys and organization both local and national.

**Radsurity, P.A., Delray Beach, FL**                                                          1/2013 – present
- President
- Medical Consultant
- Consulting – various (medicolegal/personal injury, utilization/insurance, etc.)
- Selected as "Top Doctor in Delray Beach, FL" by International Association of Radiologists (IAR), 2016
- Selected - 2016 Best of Delray Beach Awards for Radiologist.
- Selected as Top Doctor Award 2017

**DIA, Boca/Delray/Boynton, FL (private outpatient imaging)**              1/2013 – 12/2015
- Medical Director
- Lead radiologist

**Columbia / Harlem Hospital Center, New York, NY**                          7/2011 – 6/2012

**Assistant Clinical Professor of Nuclear Radiology**
- Program Director of the Radiology Residency, 12/2011-4/2012
- Associate Program Director of the Radiology Residency, 9/2011-11/2011
- Physician Affiliate Group of New York local Governance Council, elected term 2011-12
- Residency Education Committee, member, 7/2011-6/2012
- Helpful in the successful ACR credentialing of Harlem's Nuclear Medicine Dept, 2011
- Teacher's Program Certificate, AUR course, San Antonio 2012

Exhibit B

Daniel Cousin, M.D.                                              Page 2

- Lecturer, 7/2011-6/2012
- Selected as Top Doctor by the IAR (International Association of Radiologists), 2013, spotlighted in renowned publication, *The Leading Physicians of the World*.

**Columbia University / New York Presbyterian Hospital, New York, NY**          **7/2010 – 6/2011**

 **Post Doctorate ACGME Clinical Fellowship in Whole Body Imaging, including PET-CT and Nuclear Radiology**
- Chief Fellow
- Employee of the Month Award, selected for January 2011, Columbia University/NYPresb.
- Cardiac Imaging Mini-Fellowship (including training in Cardiac MRI and CTA)
- Guest Lecturer: Nuclear Medicine Advanced Course at Manhattan College
        Medical Physics Graduate Student Course, Columbia University
        Radiology Residency Boards Review, Columbia/NYP

**University of Florida Shand's Hospital, Gainesville, FL**          **5/2008 – 6/2010**

 **Radiology Resident, R3 and R4**
- Adjunct Professor, Center for the Arts in Healthcare, University of Florida
- Lecturer, School of Nursing, University of Florida
- Co-Treasurer, Florida Radiology Society, Residents & Fellow Section, 2008
- Ambassador, Resident Ambassador Program for incoming House Staff

**Yale – Norwalk Hospital, Radiology Residency, New Haven – Norwalk, CT**          **7/2006 – 4/2008**

 **Radiology Resident, R1 and R2**
- Program Representative, House Officer Assembly, 2006 – 2008
- Interviewer, Resident Applicant Admissions Committee, 2008

**Mount Sinai – Cabrini Medical Center, Internship in Internal Medicine, NYC**          **7/2005 – 6/2006**
- Medical Intern

---

**LICENSURES:**   **Florida – active since 2008**
       **New York – active since 2010**
       **Maine – 2013 – 2015, now inactive**
       **CERTIFICATIONS: American Board of Radiology, 2011 – present**
       **National Board of Physicians and Surgeons 2015 - present**
       **ACLS/BCLS certified, 2005 – 2014**

---

**PROFESSIONAL AFFILIATION**

Daniel Cousin, M.D.                                                              Page 3

Active member of:
- American College of Radiology, 2011- present
- AEPi Fraternity, Founding Father of Harvard University's chapter and active member of the alumni committee, 2000 - present

Previously a member of:
- Association of Program Directors in Radiology-committee member
- Association of University Radiologists
- Radiological Society of North America-annual convention attendee
- American Society of Emergency Radiology-elected as a T3 member
- Florida Radiology Business Management Association-meeting attendee
- American Medical Association- interim convention delegate
- American Roentgen Ray Society
- New York County Medical Society
- Florida Medical Association/Florida Radiology Society

## PROJECTS/PRESENTATIONS/RESEARCH/OTHER AWARDS

- Weir I, Drescher F, Cousin D, Fraser E, Lee R, Berman L, Strauss E, Wang Y, Fine J. Trends in use and yield of chest computed tomography with angiography for diagnosis of pulmonary embolism in a CT hospital emergency department. Conn Med, 2010;74:5-9.
- D. Cousin, MD, J. Bauman, MD, A. Meinke, MD., Case Report: Cecal Herniation through the Foramen of Winslow, Diagnostic Imaging, September 2007. 9:14.
- Cousin MD, Jagait MD, Gilet MD, The Burden Factor: A novel, dynamic approach for identifying resident fatigue in radiology training programs, ARRS accepted, 4-2012.
- Cousin MD, Jagait MD, Gilet MD, The Burden Factor: A novel, dynamic approach for identifying resident fatigue in radiology training programs, abstract accepted at 89th Annual Meeting and Chapter Leadership / American College of Radiology Conference, 4-2012.
- Evaluation of collaborative factors and medico legal consideration in radiology and patient care UF Systems Based Project: Research Week 2009. University of Florida. project ongoing.
- Judge, Resident and Fellow Research Fair, Harlem Hospital, March 13, 2012
- Gerrard, MD, Cousin MD. Radiology to Go: Mobile Medical Radiology Applications – A Review and Analysis of Radiology Applications on Various Mobile Platforms, electronic exhibit, accepted RNSA 2012
- Gerrard, MD, Cousin MD. Radiology to Go: Mobile Medical Radiology Applications – A Review and Analysis of Radiology Applications on Various Mobile Platforms, oral presentation, accepted RNSA 2012
- Presenter, Society for Nuclear Medicine Annual Meeting, Miami, Continuing Education, 2012 "Review of NRC Regulations"
- Presenter, Society for Nuclear Medicine Annual Meeting, Miami, Current Problems, Controversies, and Techniques in Nuclear Medicine, 2012 "There Is No "I" in Nukes, but There Is a "You!"
- "In 3D, A New Powerful Medicolegal Tool," Daniel Cousin, M.D. Presentation, AALNC Conference, Clearwater Florida 4/14/2018.
- "Your case in 4D- A Powerful Diagnostic Tool" - Chapter Meeting Keynote Speaker, Case Management Society of America (CMSA), 1-10-2019
- "Walk the Walk, Don't Just Talk the Talk: The Truth About Your Case Merit" – Keynote Speaker, 21st Annual IARP (International Association of Rehabilitation Professionals) Southeast Florida W/ C Claims Conference (IARP), Sunrise, FL 11-8-2019
- "Spine Imaging and What Makes a Good Plaintiff or Defense Case." Speaker, Tampa Bay Trial Lawyers Association 7-11-2020
- "Radiology and Case Valuations in 4D" Speaker, Government Employees Insurance Company – South Florida Division 8-20-2020
- "New Approaches to Case Valuations using 4D Demonstrative Evidence," Lecture, State Farm FL Division 9-25-2020.
- Medilaw Physician of the Year Award 2020 and 2021.
- "Advanced Imaging Principles," Lecturer, Concorde Career Institute, 2-11-2021.
- "Neuroradiology for Auto Accidents" Lecturer, Geico Defense Counsel, 3-2-2021
- "Entrepreneur Series: Finding a Supervising/Collaborative Physician," Lecturer, PAVMT Virtual Medicine 3-4-2021
- "Demonstrative Evidence for Medico Imaging of Accidents." 6/4/2021, rubinfiorella.com,

Daniel Cousin, M.D.                                                                                    Page 4
    6/4/2021.

- "Neuroimaging 101 and Nothingburgers with Cheese: Alleged vs Actual injuries - and how to tell the difference. Lecture for Examworks offering CEUs for FL, TX, an DE 7-29-2021
- Neuroradiology and Nothingburgers with a Side of Fries, AAAM webinar 9-29-2021

**LANGUAGES:**

- English
- Spanish (moderate fluency)

**DEFENDANT'S EXHIBIT C**

FEE SCHEDULE

## RADSURITY
BE SURE WITH RADSURITY



**Non–Clinical**
Diagnostic Radiology Consultation
i.e. medicolegal consulting, over-reads, retention

FEE SCHEDULE

**Retention**

- Retainer towards future consultation: $3500
  *Consultation fees are applied against the retainer.*
- General Consulting rates - $550/hr
- Deposition/Testimony rates - $950/hr,
  Reasonable travel expenses reimbursed.
- 4 hr prepayment 20 days prior is required to facilitate clinical coverage
- Includes a screenshare session as requested using Teamviewer, Joinme, or other platform
- Written reports may be provided and billed at an hourly of $550/hr.
- *Same-day (<24 hr) turnaround at no charge*

Payment to *Radsurity, P.A.* is required prior to consultation

www.Radsurity.com

## MEDSURITY
BE SURE WITH MEDSURITY

**Non–Clinical**
Consultation in any medical specialty
(outside of Radiology)
i.e. medicolegal consulting, over-reads, retention

FEE SCHEDULE

- CVs of our suggested medical experts are proffered in any requested medical specialty at no additional charge.
- Retainer: $3500 for all experts
  Consultation fees are applied against the retainer.
  - General Consulting rates - $550/hr
  - Deposition/Testimony rates - $950/hr,
  - Reasonable travel expenses reimbursed.
- 4 hr prepayment 20 days prior to testimony (depositions/trials) is required to facilitate clinical coverage

Payment to *MEDSURITY* is required prior to consultation

www.MedsurityExperts.com

## RAD1000

**Clinical or Nonclinical**
3D Demonstrative Evidence

FEE SCHEDULE

- $550/hr
  (most exhibits are between 1 and 4 hrs)
- Includes MPEG of 1-5 minutes with subtitles.

- Includes a screenshare session as requested using Teamviewer, Joinme, or other platform

www.RAD1000.com

## BayView

**Clinical Consultation**
i.e. Second-reads for live/active patient outside exams

FEE SCHEDULE

**Curbside consult**
(i.e. comparison examinations)

First study;                          $500
Each additional study          $250

- Includes a verbal curbside radiology opinion.
- Includes with patient, physician, or attorney.
- May includes a screenshare session as requested using Teamviewer, Joinme, or other platform
- Written reports may be provided and billed at an hourly of $550/hr.
- *Same-day (<24 hr) turnaround at no charge*

Note: The corresponding reports should be sent together with the films.

Payment to *BayView Radiology* is required prior to consultation

www.BayViewRadiology.com

Exhibit C

- If you wish to expedite the review, kindly scan a copy of the check being mailed and email it as an attachment to radiologist@radsurity.com

- In addition to hard copy payment by check, we also accept payment electronically through Paypal ID: dc2728@gmail.com.

DEFENDANT'S
EXHIBIT
D



RADSURITY
BE SURE WITH RADSURITY

**Daniel Cousin, M.D. - medicolegal expert consultant testimony**

Testimony:

1) **Trial:** Inman, 8/24/2015, Peoria County Case Nos. 14 JA 282

   Counsel: Troy Roberts, Law Office of Troy I. Roberts, P.C., Peoria, Illinois

2) **Deposition:** 1/12/2016, Pierce vs. TRMC

   Counsel: Meyerson & O'Neill, Meyerson & O'Neill, (meyersonlawfirm.com)

3) **Deposition:** Sam. vs. Funderburk.

   Counsel: Devesh Tiwary, MD, JD, (TiMedLaw.com)

4) **Deposition:** 9/5/2014, Rey vs. Cedars Medical Center

   Counsel: Haliczer, Pettis & Schwamm, Attorney Ken Miller, (hpslegal.com)

5) **Arbitration:** 9/3/2014, Enrique Casanova v West Palm Beach Hospital

   Counsel: Andrew Hament, Esq. Ford & Harrison LLP (fordharrison.com)

6) **Deposition:** 3/21/2016, Davis vs. North Star MRI, et al

   Counsel: Ed Quillin, Esq. (equillinlaw.com)

7) **Deposition:** 1/17/2017, Rothaug v. Martin Memorial Health and Eric A. Pfeiffer

   Counsel: Claire Hurley, Esq. (csklegal.com)

8) **Deposition:** 3/24/2017, Linton v. Schaner

   Counsel: Andrew Muehlbauer, Esquire (molegal.com)

9) **Trial:** 4/24/2017, McFeeley vs. Shah, Philadelphia, Pennsylvania

   Counsel: John Kantner and Esq. Albert Evans Esq. (feplawyers.com)

10) **Deposition:** 8/24/2017, Jackson vs. United States

    Counsel: Gunn Law Group (gunnlawgroup.com)

11) **Deposition:** 8/25/2017, Re Bard IVC Filters Product Liability Litigation

    Counsel: Nelson Mullins (nelsonmullins.com)

12) **Deposition:** 8/29/2017,  Angela Westerfield vs ANA Fitness

    Counsel: Cole, Scott & Kissane (csklegal.com)

13) **Deposition:** 1/2/2018, Hickock v. Cropper Deposition

    Counsel: Theodore Eastmoore (Matthewseastmoore.com)

14) **Trial:** 3/27/2018, Bard IVC Filters Product Liability Litigation

    Counsel: Nelson Mullins (nelsonmullins.com)

15) **Trial:** 3/20/2018, Hickock v. Cropper

    Counsel: Theodore Eastmoore (Matthewseastmoore.com)

16) **Hearing:** 4/12/2018, Veterans Administration vs Jordan Lavin

    Counsel: Stanley Ellenberg, Ellenberg Law (sellenberglaw.com)

17) **Deposition:** 5/10/2018, Boyle vs Samotin Orthopaedics

    Counsel: John Bringardner, Ulman Bursa Law (ublawoffices.com)

18) **Deposition:** 5/25/2018. Olensky vs Tradition Medical Center

    Counsel: Claire Hurley, Esq. (csklegal.com)

19) **Trial:** 8/6/2018. Anthem Blue Cross & Blue Shield vs Sentara Health System

Exhibit D

Counsel: Michael Falk, Esq. (reedsmith.com)

20) **Hearing:** 9/6/2018, Division of Child and Family Services vs Cory and Nikki Fowler
Counsel: Walter Bugden, Esquire (bilaw.net)

21) **Deposition:** 1/21/2019, Cokley vs Centimark
Counsel: Robert Visca, Esquire (Rumberger.com)

22) **Deposition:** 1/25/2019, Swartz et al. v. Express Care
Counsel: Jocelyn Kiser, Esquire (moodklaw.com)

23) **Deposition:** 1/26/2019, Samuda matter
Counsel: Cameron Barnard, Esquire (fhvlegal.com)

24) **Deposition:** 4/16/2019, State of Florida vs. Kiereek Lemwell Seymour
Counsel: Peter Adrien, Esquire (ianrichards.com)

25) **Deposition:** 6/11/2019 Delviscovo  vs Milosis
Counsel: Barry Packin, Esquire, (seigellaw.com)

26) **Deposition:** 4/15/2016 Young v Naples Community Hospital, Inc.
**Counsel:**  Robert Cousins, Esquire (qpwblaw.com)

27) **Deposition:** 8/22/2019 Mioli v Levitsky
Counsel: Barry Packin, Esquire, (seigellaw.com)

28) **Deposition:** 5/21/2019 State v Nixon 17-08674-CF
Counsel: Brandon Breslow, Esquire, (kmf-law.com)

29) **Deposition:** 7/24/2019 Wilkinson J. Ninala et al v Anthony Rongione  Case No 450051-V
Counsel: Peter Grenier, Esquire, (Grenierlawgroup.com)

30) **Trial:** 9/17/2019 Mays v Caliendo file No 57300.4-00346
Counsel: Fred Fanelli, Esquire (feplawyers.com)

31) **Deposition:** 10/15/2019 Harris v Augusta Orthopedic, file No 2017-RCCV-303
Counsel: Kip McAllister, Esquire, (theconnorfirm.com)

32) **Deposition:** 1/10/2020, Matinote et al vs Mazko and Wake Radiology Consultant, Granville
County Superior Court Division 10 CVS 474. Counsel: Melvin Bailey Esquire,
(www.melvinfirm.com)

33) **Deposition:** 4/27/2020, Hobbs v Dupont Crossing, LLC, Cause No 02D09-1805-CT-000285, Allen
Superior Court of Indiana,  Counsel: Curt Condict (hanover.com)

34) **Trial:** 2/10/2020, United States v TSgt Caleb Humphrey. Dept of the Air Force, 15th Wing,
15WG/JA, Joint Base Pearl Harbor Hickam Hawaii 96853, Captain Roza Sheffield

35) **Deposition:** 8/17/2020, Galloway v Resurgens P.C.,
State court of Cobb County, Counsel: raglandfirm.com, Dar Ragland, Esq., Andre Johnson Esq.

36) **Deposition:** 10/16/2020, Gutierrez, Ricardo vs Gonzalez Acosta DBA Flabias Trucking, cause, 37th
District Court, Bexar County, TX, #2019C100091 Counsel: Hartlinebarger.com

37) **Deposition:** 11/16/2020, Jordan vs Arlington Motor Co and Bolin Jr. James, 4th Judicial Circuit
Court Duval County, 2018-CA-6912 zurichna.com

38) **Deposition**: 12/4/2929, Luqman v Dr. Bonsell & Genuine Parts Co, Case#16-2018-CA006264,, Stewart
Williams, Esq., williamslaw-fl.com.

39) **Trial**: 1/25/2021, US v. Smith, Air Force Trial Defense Division (AF/JAD), Whiteman Air Force Base,

S Maj Allen Abrams USAF AFLOA

40) **Deposition:** 2/19/2021 Rudsinski v Bush and Associates/John Bush/Cherise Bush, M.D. Cook County, Illinois, Tim Richardson, Esq., 17L10459 wsorlaw.com

41) **Trial:** 3/18/2021 Miller, Tracey W. vs Zamora, Jose A & State Farm Mutual, Superior Court 2 Himlton County, IN, 29D02-1803-CT-001943, Attny Guthrie, k-glaw.com

42) **Deposition:** 3/29/2021, Wagoneer vs Geico, CA-18-1108, Division 55. Attorney Kitchen, Geico.com

43) **Deposition:** 4/9/202, Kasundia Woods vs Delta Logistics Inc and Rex A Underhill, Cause no DC-19-10679, Attorney Miller mklawpc.com.

44) **Trial:** 4/22/2021, Shakira Redding v. Ameditrans, Inc. Charlotte County Board of County Commissioners, and Ronald Fredrick Smith, viz zoom. Case No 19-CA-0309, Attorney Richards, Colin Richards Law,

45) **Deposition,** 4/23/2021, Medley v Virtua Health, Inc. dba Virtua Voorhees Hosp, et al. Docket L-2669-18, Attorney Kurtz, ogklawyers.com

46) **Deposition,** 5/3/2021, Michelle Page v John L. Kuchta, case no: 16-2019-CA-009178, Duval County, Kubickidaper.com

47) **Deposition:** 5/17/2021, Michael/Virginia Palmer vs Marino et al., docket No. PAS-L-1202-18, Passaic County, Attorney Barry Packin, seigellaw.com.

48) **Deposition:** 5/21/2021, Jeffery Price v Radiology Associates of Albuquerque PA et al, D-202-CV-2019-04122, State of New Mexico, County of Bernalillo, Second Judicial District, Attorney Maggiore btblaw.com,

49) **Deposition:** 6/11/2021, Jennifer Noren (Sapirman) vs Emily Chandler, Case no 2019-CA-002822, circuit court of 18th judicial circuit and for Seminole County, FL Attorney Kevin Knight, dsklawgroup.com

50) **Deposition:** 6/11/2021, Jodi Pannell et al v UPS,inc and Steven Miller, Case no 20CY-CV06976, circuit court of Clay County, Missouri, Attorney Robert Schroeder, accurslaw.com

51) **Deposition:** 7/12/2021, Serena Alvarez v Steven Martinez, Cause no D-1-GN-19-008375. 201st Judicial District Court of Travis County, Texas, Attorney Beth Scherer, wbclawfirm.com

52) **Deposition:** 7/16/2021, William Fugate v Brandon Alejandro et al., Case No: 2019-CA-003603-AN.Circuit Court o the Ninth Judicial Circuit in and for Osceola County, FL, Attorney Brandon Bornstein, dsklaw.com

53) **Deposition:** 7/23/2021, Denholm v Nikolay, Case no: 2019- CA-007560-O Div 37., Circuit court of the 9th judicial Circuit in and for Orange County FL, , Attorney Brandon Bornstein

54) **Trial:** 8/9/2021, Denholm v Nikolay, Case no: 2019- CA-007560-O Div 37., Circuit court of the 9th judicial Circuit in and for Orange County FL, , Attorney Brandon Bornstein

55) **Deposition:** 9/9/2021, Fields v Morse, Case no: 2020-CA-1596,  12th Judicial Circuit In and For Manatee County, FL, Attorney Brian Agliano, jbfirm.com

56) **Deposition:** 9/24/2021, Melody Chambers Peters v Summer Vinson and Joseph Vinson, Case no: 19-Ca-005565, Circuit Court of 13th Judicial Circuit in and for Hillsborough County, FL Civil Division, Attorney Brandon Schelle, bankerlopez.com.

57) **Deposition:** 10/7/2021, Melody Chambers Peters v Summer Vinson and Joseph Vinson, Case no: 19-Ca-005565, Circuit Court of 13th Judicial Circuit in and for Hillsborough County, FL Civil Division, Attorney Brandon Schelle, bankerlopez.com.

58) **Deposition:** 10/8/2021 Akerman v State Farm, US District Court, Middle District of FL, Orlando Division, Case No: 6:20-cv-02334-ACC-EJK,  Attorney John Farren, dsklawgroup.com

59) **Trial:** 10/14/2021, Melody Chambers Peters v Summer Vinson and Joseph Vinson, Case no: 19-Ca-005565, Circuit Court of 13th Judicial Circuit in and for Hillsborough County, FL Civil Division, Attorney Brandon Schelle, bankerlopez.com.

60) **Deposition:** 10/22/2021, Yolanda Dace v Khaled R. Shahrour and Garrison Property and Casualy Insurance Company, Case No 18-CA-011618/DivG, Circuit Court of 13th Judicial Circuit in and for Hillsborough County, FL Civil Division Attny Geogymon George allstate.com

Sincerely,

Daniel Cousin, M.D.
Diplomate of the American Board of Radiology
Radsurity, P.A., President
*"Be sure with Radsurity"*
*www.Radsurity.com*
cousin@post.harvard.edu
646-303-3125 (cell)



DEFENDANT'S
EXHIBIT
E

1

# CURRICULUM VITAE

| | |
|---|---|
| **NAME:** | Richard Alden Greer, M.D. |
| **BIRTHDATE/PLACE:** | August 14, 1958/ New York, New York |

**PRESENT ADDRESSES:**

Dept. of Psychiatry, Florida Healthcare Plans
3 Tomoka View Drive, Ormond Beach, Fl. 32174
Cell 386 290 5963 Office 904 295 3685

**APPOINTMENTS HELD:**

Clinical Associate Professor
Department of Psychiatry
Florida State University
2010-present.

Chairman, Dept. of Psychiatry
Halifax Health
Clinical Associate Professor
Florida State University
Daytona Beach, Fl.
2010 – 2019.

Adjunct Clinical Associate Professor
Family Practice Residency Program
Halifax Medical Center
Daytona Beach, Fl.
2010-present.

Medical Director, NPEU, Shands Hospital
Associate Professor, Department of Psychiatry
University of Florida, College of Medicine
Gainesville, Fl. 32610
2007-2009

Co-Director, Forensic Institute
University of Florida, College of Medicine
Gainesville, Fl. Vero Beach, Fl.
2008-2009

Medical Director
Halifax Behavioral Services
Child, Adolescent & Adult Psychiatry
841 Jimmy Ann Drive
Daytona Beach, Fl. 32117
2002-2007

Chairman, Department of Psychiatry
Reception and Medical Center
State of Florida, DOC
Gainesville, Fl.
2003-2005

Exhibit E

Richard A. Greer, M.D.
Curriculum Vitae

Page 2

Halifax Medical Center
Department of Psychiatry
Adult & Geriatric Inpatient Psychiatry
303 N. Clyde Morris Blvd.
Daytona Beach, Fl. 32118
2002-2007

Medical and Literary Professional Consultants
Private Practice Forensic Consultation
Gainesville, Fl.
2002-2007

Associate Professor (tenured)
Department of Psychiatry
Department of Neurology (combined appointment)
University of Florida
College of Medicine
1990-2002

Chief, Division of Forensic Psychiatry
Director, Fellowship in Forensic Psychiatry
Department of Psychiatry
University of Florida
Gainesville, FL
1993 – 2002

Director, Chronic Pain Clinic
Department of Psychiatry
Shands Hospital, Gainesville, Florida
1996 – 2002

Associate Director
Geriatric Psychiatry Fellowship
Department of Psychiatry
University of Florida
1995-2002

Associate Director
Addiction Psychiatry Fellowship
Department of Psychiatry
University of Florida
2000-2002

Richard A. Greer, M.D.
Curriculum Vitae

Page 3

Staff Physician
Department of Psychiatry
Gainesville Veterans Administration Hospital
Gainesville, Florida
1990 – 2000.

**WORK ADDRESS:**
Department of Psychiatry, Halifax Health
303 N. Clyde Morris Blvd
Daytona Beach, Fl. 32114
Phone: 386 254 4080

Halifax Behavioral Services
841 Jimmy Ann Drive
Daytona Beach, Fl. 32117
386 274 5333

**EDUCATION:**
P.K. Yonge Laboratory School High School
University of Florida
Gainesville, Florida
Honors: Valedictorian

Harvard University
Cambridge Massachusetts
B.A. Degree
1976 - 1980
Honors: Magna cum Laude

University of Florida, College of Medicine
Gainesville, Florida
M.D. Degree
1981 - 1985
Honors: Peter Regan, M.D., Psychiatry Award

Harbor-UCLA Medical Center
Torrance, California
Internship and Residency - Psychiatry
1985 - 1989
Honors: Chief Resident 1987 - 1988

Forensic Psychiatry Fellowship
University of Florida, Gainesville, Florida
Division of Forensic Psychiatry
1990-1992

Richard A. Greer, M.D.
Curriculum Vitae

Page 4

**CERTIFICATIONS:**          Diplomate,  National Board of Medical Examiners.  June, 1986

Minnesota Multiphasic Personality Inventory (MMPI-2) CME
certified in administration, scoring and interpretation of MMPI-2.

**BOARD CERTIFICATIONS:**          American Board of Psychiatry and Neurology, Psychiatry,
April, 1991

American Board of Psychiatry and Neurology, Forensic
Psychiatry, October, 2005

American Board of Psychiatry and Neurology, Geriatric
Psychiatry, June, 1994

American Board of Psychiatry and Neurology, Addiction
Psychiatry, July, 1998

(The above board certifications are recognized and approved by the American Board of Medical
Specialties, through the American Board of Psychiatry and Neurology.)

**Licensure:**          State of Florida ME: 54897

**POSITIONS HELD:**          Examiner, American Board of Psychiatry and Neurology,
1994 – Present

Medical Director, Halifax Behavioral Services
Halifax Health
Daytona Beach, Fl. 2005-2007

Chief, Division of Forensic Psychiatry
University of Florida
Gainesville, FL   1992-2002

Medical Director
Department of Psychiatry
Shands Hospital, University of Florida
Gainesville, FL 1998-2000

Richard A. Greer, M.D.
Curriculum Vitae

Page 5

Director, Consultation and Liaison Service
Department of Psychiatry
University of Florida, Gainesville, FL
1994-1998

Attending Psychiatrist and Director
Electroconvulsive Therapy Service
University of Florida, Shands Hospital
Gainesville, FL
1993-1998

Associate Director, Geriatric Psychiatry Fellowship
University of Florida, Shands Hospital
Gainesville, FL
1994 - 2002

Co-Director, Sleep Disorders Center
University of Florida
Gainesville, FL
1991-2002

Co-Director, Anxiety Disorders Unit
Adult Psychiatry Outpatient Clinic
University of Florida, Gainesville, Florida
1992 - 1993

Assistant Professor of Psychiatry
University of Florida
Gainesville, FL
1990-1995

Medical Director, Chemical Dependency Unit
Sarasota Palms Hospital
Sarasota, FL
1989-1990

University of Florida, Faculty Senate
College of Medicine Representative
1996-1997

Head of Quality Assurance/Risk Management Committee
Sarasota Palms Hospital
1989 - 1990

Richard A. Greer, M.D.
Curriculum Vitae

Page 6

Pharmacy and Therapeutic Committee Member
Shands Hospital, Gainesville, FL
1992-2000

Administrative Chief Resident and Resident
Representative to Faculty, Education Committee and
Resident Selection Committee
Harbor UCLA Medical Center, Department of Psychiatry

Chairman, Curriculum Committee for Residency
Education - Department of Psychiatry
University of Florida
Gainesville, FL
1991-1992,

Fellow, Forensic Psychiatry Division
University of Florida
Gainesville, FL
1990-1991

Associate/Consulting Medical Staff
Northeast Florida State Hospital
Macclenny, FL
1990-1991

Associate Medical Staff in Forensic Psychiatry
North Florida Evaluation and Treatment Center
Gainesville, FL  1990-2002

Assistant Director and Attending Psychiatrist
Adult Psychiatry Inpatient unit
University of Florida
Gainesville, FL
1990-1991

**SOCIETIES:**                    American Academy of Psychiatry and the Law
                                   819 Park Avenue
                                   Baltimore, Maryland  21201

                                   Florida Psychiatric Society
                                   P.O. Box 10002
                                   Tallahassee, Florida 32302

Richard A. Greer, M.D.
Curriculum Vitae

Page 7

American Medical Association
535 North Dearborn Street
Chicago, Illinois  60610

American Psychiatric Association
1400 K Street, N.W.
Washington, D.C.  20005

Alachua County Medical Society/Florida Medical Association
234 S W 2nd Avenue
Gainesville FL  32601-6256

**RESEARCH/GRANTS:**

1992- 1994     Cato Research Ltd.
A Study of Pramiracetam in Depressed Inpatients Undergoing
Electroconvulsive Therapy.
Researcher ($30,000).

1993-1994  Abbott Laboratories
Safety and Efficacy of Depakote in the Prevention of Mania
in Patients with Bipolar Disorder
Researcher ($117,000)

1996-1997     Division of Sponsored Research
Transcranial Magnetic Stimulating in Treatment of Depression
Principal Investigator ($25,000)

2001     Pfizer Pharmaceutical
Educational Preceptorship Grant
Director ($7,000)

**TEACHING/HONORS:**

North

Listed in Best Doctors for 2001-2002, 2006-2007, 2007-2008, 2008-
2009, 2009-2010-- (10 yr. data base including 31,000 physicians in
America)

American Medical Association
Physician Recognition Award
1997-98

Outstanding Young Americans, 31st Anniversary Edition - 1998

Listed in Best Doctors in America, Southeast Region
1996-1997

Richard A. Greer, M.D.
Curriculum Vitae

Page 8

Teacher of the Year, University of Florida Psychiatry Residents Association, 1994-1995

College of Medicine, Senior Class Advisor, University of Florida 1994-1995

**COMMITTEE WORK:**     College of Medicine Faculty Council
University of Florida
2000-2001

Association of Fellowship Directors
American Academy of Psychiatry and the Law
1992-2002

Department of Psychiatry Curriculum Committee
University of Florida, Gainesville, FL  1991-1992

Pharmacy and Therapeutic Committee
Shands Hospital, Gainesville, FL - 1992-2001

Bylaws Committee
American Academy Psychiatry and Law - 1993-1998

Mission Representative and Interviewer: Harvard College
1994-present

Alachua County Substance Abuse Policy Board
Gainesville, FL   1994-1999

North Florida Evaluation and Treatment Center Advisory Committee – 1995 - 2001

National Psychiatry Speakers Alliance -
Pfizer  Pharmaceutical
Toronto, Canada,  May 1998

Psychiatry Advisory Council
Pfizer Pharmaceutical
New York, New York -  1998-1999

Richard A. Greer, M.D.
Curriculum Vitae

Page 9

**PEER REVIEW JOURNALS/ARTICLES**

Greer RA, Ware M, Grauer K:  Sex After Sixty.  <u>Family Practice Recertification</u>,  May, 1991.

Waldman, AJ, Marchese MJ, Greer, RA:  Pseudocyesis in a Schizophrenic Woman of Child-Bearing Age.  <u>Psychosomatics</u>. 33(3):360-1, 1992

Greer RA, Herkov MJ:  Erectile Dysfunction in Geriatric Males:  Diagnosis and Treatment.  <u>Family Practice Recertification</u> December, 1992

Greer RA & Stewart R:  Electroconvulsive Therapy in Geriatric Patients with Hyponatremia.  <u>American Journal of Psychiatry</u>, August, 1993.

Herkov MJ, Gordon RA, Greer RA:  Differences Between Adolescent and Adult Perceived MMPI Item Subtlety.  <u>Journal of Personality Assessment</u>.  62(1), 9-16, 1994

Evans DL, Byerly MJ, Greer RA:  Secondary Mania:  Diagnosis and Treatment.   <u>J Clin Psychiatry</u>.     56:suppl 3:31-37, 1995.

Greer RA, Herkov MJ & Hill LL:  Sexuality within a Russian Geriatric Sample: A Pilot Study.  <u>Psychological Reports.</u>  74:491-494. 1994

Herkov MJ, Greer RA, Blau BI, McGuire JM, & Eaker D:  "Bulimia: An Empirical Analysis of Psychodynamic Theory",  <u>Psychol Reports.</u>  75:51-56. 1994

Shaw T, Herkov MJ, & Greer RA:  "Prediction of Treatment Outcome Among Incarcerated Sex Offenders."  <u>Bull Am Acad Psychiatry Law</u>, 23:1. 1995

Repetitive Transcranial Magnetic Stimulation to the Right Pre-Frontal Cortex in Depressed Patients.  American Psychiatric Association Syllabus Annual Meeting.  p149, June 1998.

Triggs WJ, McCoy KJM, Greer R, Rossi F, Bowers D, Kortenkamp S, Nadeau SE, Heilman KM, Goodman WK; Effects of Left Frontal Transcranial Magnetic Stimulation on Depressed Mood, Cognition and Corticomotor Threshold.  <u>Biological Psychiatry</u>. (In Press), 1999.

McCoy K, Greer R, Triggs W, Bowers, D:  Mood and Cognitive Effects of Repetitive Transcranial Magnetic Stimulation.  International Neuropsychological Society, 27th Annual Meeting.  Boston, MA, February 10-13, 1999

Greer, R.  The Neuropsychiatric Examination of Closed Head Injuries.  Legal Minds Law Review,  Volume I, Issue I, Spring, 2000.

Greer, R, Justice J, Finkenbine R, Schwartz-Watts, D:  The Standard of Care in Outpatient Psychiatric Practice.  American Academy of Psychiatry and Law Syllabus Annual Meeting.  Vancouver, BC.  October 2000

Richard A. Greer, M.D.
Curriculum Vitae

Page 10

Greer, R, Kenworthy, P, Stetson, R, Newman:  The Effects of Divalproex Sodium Treatment of Incarcerated Violent Offenders.  American Psychiatric Association Syllabus.  Annual Meeting.  New Orleans, LA.  May 2001..

Nadeau, S., McCoy K, Crucian G., Greer RA., Rossi F., Bowers D., Kortenkamp S., Goodman W., Heilman K., Triggs W. Cerebral Blood Flow Changes In Depressed Patients Following Treatment With Repetitive Transcranial Magnetic Stimulation. Neurology, (In Press) 2002.


**PUBLICATIONS:**

Greer RA:  Drug and Alcohol Abuse.  Suncoast Health Magazine. February, 1990

Greer RA:  Allaying Concerns About Halcion.  Patient Care.  November, 1991.

Greer RA:  Anorexia in the Elderly - Audio-Digest Psychiatry.  December, 1991 Vol. 20 No. 20-23.

Greer RA:  Biology and Treatment of Bipolar Disorder - Use of Antidepressants.
Audio Digest Foundation, The Spoken Medical Journals.  Vol 22, No, 24, December 20, 1993


**PUBLICATIONS: (Submitted):**

Greer RA:  A Sexual History for the Geriatric Patient.  (submitted)

Greer RA:  Use of Zolpidem Tartrate in Depressed ECT Patients.  (submitted)

Greer RA, Herkov MJ, Heilman KM:  Sexuality in Alzheimer's Disease Patients (submitted)

Greer RA, Herkov, MJ.  Acute Alcohol Effects in Healthy Young Physicians. (submitted)  Also presented at Southern Association in Research Psychiatry Annual Meeting.  March 2001, Gainesville, FL.

Greer RA, Saft, H.  Medroxy Progesterone Treatment in a Sexually Assaultive Male with HIV Dementia.  American Journal of Psychiatry (submitted).

**BOOK CHAPTERS**

Marsiglio W  & Greer RA:  A Gender Analysis of Older Men's Sexuality:  Social, Psychological and Biological Dimensions.  Older Men's Lives, (Chapter).  Edward H. Thompson (Ed.).  Newbury Park, CA:  Sage, 1993.

Richard A. Greer, M.D.
Curriculum Vitae

Page 11

Greer, RA:  Evaluation of Quazepam for the Treatment of Insomnia in Patients Receiving Psychoactive Drugs Associate with Sleep Disturbances. (submitted)

Greer RA, Tueth MR, Petitto JM, Evans DL:  Inpatient Psychiatry in the 1990's: Diagnostic Evaluation.  (in press)

## BOOK/MANUSCRIPT REVIEWS:

Greer RA:  Asphyxophilia, The Breathless Orgasm.  *Florida Medical Journal* February, 1992

Greer RA:  The Kaspar Hauser Syndrome.  *Florida Medical Journal.*  Vol 80, No 9. September, 1993.

Greer RA:  Assessment and Prediction of Suicide.  *Depression*  Vol.1  November 5, 1993.

Greer  RA:  Chronic  Fatigue  Syndromes:  The  Limbic  Hypothesis.    *The  Annals  of Pharmacotherapy.*  Vol. 28. May, 1994

## JOURNAL REVIEW EDITOR:

Greer RA:  "Syndrome of Inappropriate ADH Secretion Induced by Different Drugs in One Patient".  *The Annals of Pharmacotherapy.*

Greer RA:  The Significance of Clinical EEG Abnormalities in Depressed Patients Treated with ECT.  *Convulsive Therapy.*

Greer RA:  ECT and Intracranial Aneurysm.  *Convulsive Therapy.*  10/3/94

Greer RA:  *Journal of Medical Monitoring.*  J.S. Gravenstein, Editor.  1993

**MEDIA PRESENTATIONS:** Monthly radio talk show "The Big Show" WELE AM-1390.

## PRESENTATIONS (partial list):

"Depression:  A Clinicians Review"  presented during 1st Annual Forum on Mental Health. Blake HCA Hospital, Bradenton, FL  1990.

"Alcohol and Substance Abuse", presented during Mental Health Awareness Week, Sarasota Palms Hospital, Sarasota, FL, 1990.

"Geriatric Sexuality"   Grand  Rounds  presentation  to  Department  of  Family  Practice, University of Florida, 1990

Richard A. Greer, M.D.
Curriculum Vitae

Page 12

"Insomnia:  Diagnosis and Treatment", Department of Family Practice, University of Florida, 1991.

"Alcoholism:  Diagnosis and Treatment", 2nd year Medical Student Lecture, University of Florida, College of Medicine, Gainesville, FL  1990.

"Death Penalty for the Criminally Insane", Rotary Club of Gainesville, FL,  1990.

"Anorexia in the Elderly":  GRECC/Veteran Administration Hospital, University of Florida. 1991

"Benzodiazepine Abuse vs Use":  South Carolina Osteopathic Medicine Conference.  Hilton Head, South Carolina, 1991.

"Update on Electroconvulsive Therapy":  Charter Hospital, Ocala, Florida, 1991.

"Sex After 60":  Academy of Psychosomatic Medicine Annual Meeting.  Atlanta, GA.  1991.

"Prevalence and Demographics of Sleep Disorders":  Southern Medical Association Annual Meeting, Atlanta, GA, 1991

"Rational Use of Sedative Hypnotics":  Florida Academy of Family Practice Physicians Annual Meeting, Tampa, FL  May, 1992.

"Psychiatric Aspects of AIDS":  University of Florida Medical Alumni Meeting, St Thomas, Virgin Island, August, 1992.

"Depression in the 90's, The Impact of Sleep", Moultrie, GA, September 1992

"Selective Serotonin Reuptake Inhibitors", Tyndall Air Force Base, Panama City, FL, October, 1992.

"Sexuality in Alzheimer's Disease Patients", Florida Neurological Society Annual Meeting, Orlando, FL. December, 1992.

"Antidepressants of the '90's", Chattahoochee State Hospital, Tallahassee, FL,  January , 1993

"Advances in the Treatment of Affective Disorders".  University of Florida and Glenbeigh Psychiatric Hospital.  Symposium, "New Chairs of the Old South".  February, 1993.

"Depression in the Elderly":  Puerto Rico Psychiatric Society.  Puerto Rico.  February, 1993.

"Selective Serotonin Reuptake Inhibitors".  Riverdale Psychiatric Hospital,  Ft. Walton, FL, March, 1993.

Richard A. Greer, M.D.
Curriculum Vitae

Page 13

"Sexual Dysfunction in Alzheimer's Patients and their Spouses".   American Psychiatric Association      Annual Meeting. San Francisco, CA.  May, 1993

"Forensic Psychiatry in Medical Practice".  University of Florida Medical Alumni Meeting. Barbados, West Indies. August, 1993.

"Eating Disorders in Geriatric Patients".   International Association of Eating Disorders Professional Annual Meeting. Orlando, FL. August, 1993.

"The History of Forensic Psychiatry and the Insanity Defense".  Department of Psychiatry Grand Rounds, University of Florida. September, 1993.

"Medical Legal Issues in Psychiatry".  Bay Pines VA Medical Center.  Psychiatry Grand Rounds. St. Petersburg, FL. October, 1993

"Sexual Function in the Elderly".   19th Annual Course in Behavioral Neurology and Neuropsychology, The Brain and Emotion. Orlando, FL, November, 1993

"Legal Aspect of Managed Care".   American Psychiatric Association Annual Meeting. Philadelphia, PA.  May, 1994.

"Medical Legal Aspect of Psychiatric Practice".   University Hospital, Department of Medicine Grand Rounds.  University of Florida, Jacksonville, FL.  May, 1995

"Brain Injury Evaluations".  American Association of Legal Nurse Consultants.  Orlando, FL. May, 1995.

"Obsessive Compulsive Disorder Diagnosis and Treatment".   Florida Academy of Family Practitioners. Ponte Vedra, FL.  March, 1995.

"Use of Psychological Tests in Psychiatric Practice".   American Academy of Physician Assistants. Orlando, FL  March, 1995.

"Advances in Psychiatric Evaluations and Treatment".  Academy of Family Practitioners. St. Petersburg, FL.  April, 1996.

"The Effects of Alcohol/Substance Abuse in Depression and Psychiatric Disorders". American Academy of Family Practitioners. St. Petersburg, FL   April, 1996.

"Psychological Evaluations in a Legal Setting: A Case of Lithium Toxicity".  Department of Medicine Grand Rounds, University of Florida. April, 1996.

"Competency Evaluation in Psychiatry".    Department of Psychiatry Grand Rounds, University       of       Florida. December 1996.

Richard A. Greer, M.D.
Curriculum Vitae

Page 14

"Psychopharmacology in the 1990's  - New Treatments"  Association of Family Practitioners. New Orleans, LA.  June, 1997.

"Medico-Legal Considerations in the Treatment of Psychiatric Disorders"  Internal Medicine Grand Rounds.  Jacksonville Naval Air Station, Jacksonville, FL.  August, 1997

"Advances in the Treatment of Depression".   Association of Internists and Family Practitioners. Montgomery, AL.  November, 1997.

"Psychiatric Evaluations and Problems in an Emergency Setting".   Shands Hospital, University of Florida, Department of Emergency Medicine.  May, 1998.

"Diagnosis and Treatment of Post Traumatic Stress Disorder in a Forensic Population" Grand Rounds.  Department of Corrections, North Florida Reception Center, Lake Butler, FL. September, 2000.

"Medical Legal Aspects of Diagnosing and Treating Insomnia".  University of South Florida, Department of Psychiatry Grand Rounds.  October, 2000.

"The Standard of Care in Psychiatric Practice."  American Academy of Psychiatry and the Law. Vancouver, British Columbia.  October 2000.

"Medical Legal Aspects of New Pharmacologic Agents."  Jacksonville Psychiatric Society. Jacksonville, FL.  February, 2001.

"Medical Legal Aspects of Antipsychotics".   North Central Florida Psychiatric Society. Ocala, FL  February 2001.

"Acute Alcohol Intoxication in Healthy Young Physicians".   Southern Association of Research in Psychiatry.  Annual Meeting. Gainesville, FL  March 2001.

"The Insanity Defense:  A Practical Review".   Grand Rounds.  Department of Psychiatry. University of Florida. Gainesville, FL.  March 2001.

"Augmentation of Antipsychotics in Schizophrenia."  Grand Rounds.  Department of Psychiatry.
Daytona Beach, Fl. December 2002.

"Atypical Antipsychotics in Emergency Situations". Grand Rounds.  Department of Emergency Medicine Nursing. Daytona Beach, Fl. March 2003.

"Forensic Implications of Antipsychotic Use". Grand Rounds. Department of Psychiatry. Rusk State Hospital. Tyler, Tx. April 2003.

"Intramuscular Atypical Antipsychotics in the Emergency Room". Department of Emergency Medicine. Medical University of South Carolina. Greenville, S.C. April 2003.

Richard A. Greer, M.D.
Curriculum Vitae

Page 15

"The Use of Antipsychotics in Schizophrenia & Bipolar Disorder." World Psychiatry Conference. Rye, New York. September 2009.

June, 2015



**UF** |UNIVERSITY *of* FLORIDA

Florida Healthcare Plans
Richard A. Greer M.D.
3 Tomoka View Drive
Ormond Beach, FL 32174
386-290-5963

**April 25, 2022**

      **RE:** **Greer fee schedule**
**Case:**

The charges for services rendered in this case by Richard A Greer, M D are billed at $600.00 per hour:

| Date of Service | Service | Hours | Charge |
|---|---|---|---|
| 4/25/22 | Retainer Agreement | 7.0 | $4200.00 |
| | **TOTAL** | | **$4,200.00** |

**Payable/Remit to**:    Richard A. Greer M.D.
                                3 Tomoka View Drive
                                Ormond Beach, Fl 32174

## PLEASE MAKE CHECK PAYABLE TO PHYSICIAN

Exhibit F



3/4/2022
Dr. Richard A. Greer---- CASES IN WHICH DEPOSITION OR TRIAL TESTIMONY
WAS PROVIDED  IN LAST 3 YEARS:

    Winner v. Winner (plaintiff-James Pressly-West Palm Beach)

    State of Florida v. Marcus White (criminal case-Volusia County-Court Appointed)

    Dyer v. Dyer (Volusia County-plaintifff-Doug Kneller)

    Nunez v.  Bayel Brothers (Orange County –plaintiff-Ed Normand)

    Malvezzi v.Allstate (Volusia County-defense –Chobee Ebbets)

    Candiff v. Ocean View (Volusia County-plaintiff-Chobee Ebbets)

    Joanne Perry v. Henderson Behavioral Health (Broward County-defense-Jeff
Lawley)

    Kelly v. Slevats (Orange County-defense-Nick Evangelo)

    Uselman v. Allied Property and Casualty (Palm Beach County-defense-Brent
Palmer)


    Hotz v.Gabriel, et al        (Orange County-plaintiff- Ed Normand)

    Rios v. Ranger Construction (Orange County-defense-Lauren Smith)

    Martin v. Nationwide (Orange County – defense -Brent Palmer)

    Hall v. Reynier Lorenzo Martinez (Indian River County-plaintiff-Riley Allen)

    Guice v. S.E. Combined (Broward County-defense- Theodore O'Brien)

    Tran v. Alvin's Stores, Inc (Bay County—defense—Brent Palmer)



DEFENDANT'S
EXHIBIT
tabbies
H



NEUROPSYCHOLOGICAL
— S C I E N C E S —

**Jason A. Demery, PhD, ABPP**
*Licensed Psychologist and Board-Certified Neuropsychologist*

*Curriculum Vita*

| **MAILING ADDRESS** | **OFFICE ADDRESS** | **PHONE & EMAIL** |
|---|---|---|
| Neuropsychological Sciences, LLC | 330 NW 76th Drive | (352) 359-7620 |
| 14260 W. Newberry Road | Suite B | jasondemery@gmail.com |
| #417 | Gainesville, Florida 32607 | |
| Newberry, Florida 32669-2765 | | |

## CURRENT EMPLOYMENT & SERVICE CREDENTIALS

**Clinical & Forensic Neuropsychologist**
*Neuropsychological Sciences, LLC*
Gainesville, Florida

**Staff Neuropsychologist**
Psychology Service
*Gainesville VA Medical Center*
Gainesville, Florida

**Licensed Psychologist** *(Florida) PY-7500*

**Board Certified in Clinical Neuropsychology - #7707**
(American Board of Professional Psychology; ABPP)

## EDUCATION AND TRAINING

**Emergency Medical Technician;** 08/22-12/22
*Santa Fe College, Gainesville, Florida*
Emergency Medical Services Programs

**Florida Forensic Examiner Training**

**Postdoctoral Fellowship in Neuropsychology;** 8/04 – 12/05
*University of Florida, Gainesville, Florida*
Departments of Clinical & Health Psychology and Neuroscience

Page **1** of **19**

Jason A. Demery, PhD, ABPP

## EDUCATION AND TRAINING (Cont.)

**Ph.D. in Clinical & Health Psychology (APA Accredited); 8/04**
*University of Florida, Gainesville, Florida*
<u>Area of Concentration</u>: Neuropsychology

**Pre-doctoral Internship in Clinical Psychology (APA Accredited); 8/03 - 8/04**
*Tampa VA Medical Center, Tampa, Florida*
<u>Area of Concentration</u>:  Neuropsychology

**M.A. in Clinical – Adult Psychology; 12/96**
*Southern Illinois University, Edwardsville, Illinois*

**B.A. in Psychology; 5/95**
*University of West Florida, Pensacola, Florida*

## ACADEMIC SCHOLARSHIPS, AWARDS & HONORS

| | |
|---|---|
| 1998 | Dean of the College of Health Professions Research Scholarship - *University of Florida* |
| 1996 | Psi Chi Research Excellence Award - *Southern Illinois University at Edwardsville* |
| 1995 | President's List - *University of West Florida* |
| | National Dean's List |
| 1994 | Psi Chi - *University of West Florida* |
| | University of West Florida Student Psychology Association, Vice President |

## PROFESSIONAL MEMBERSHIPS

American Psychological Association (APA)
APA Division 40:  Society for Clinical Neuropsychology
APA Division 41:  American Psychology and Law Society
American Board of Professional Psychology (ABPP)
American Academy of Clinical Neuropsychology (AACN)
Florida Psychological Association, Neuropsychology & Forensic Psychology Divisions

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 01/11-11/12 | **Assistant Professor** |
| | Department of Psychiatry |
| | College of Medicine |
| | University of Florida |
| | |
| 12/05-07/07 | **Clinical Assistant Professor** |
| | Department of Clinical & Health Psychology |
| | College of Public Health & Health Professions |
| | University of Florida |

Jason A. Demery, PhD, ABPP

## MILITARY SERVICE (Active Duty)

1987-1995     **Sergeant,** United States Marine Corps (Honorable Discharge)

## NEUROPSYCHOLOGY & FORENSIC PSYCHOLOGY EXPERIENCE

11/12-Present    **Clinical & Forensic Neuropsychologist.** *Neuropsychological Sciences, LLC*
& 7/07-1/11      <u>Duties</u>:  Provide comprehensive forensic neuropsychological assessments of mental
competency to proceed, mental state at the time of offense (sanity), pre- or post-
conviction mitigation, future dangerousness, psychological injury (e.g.,
posttraumatic stress disorder, depression, grief & loss, etc.) and neuropsychological
injury (e.g., traumatic brain injury).  Conduct records review for case merit,
scientific literature review and other litigation consultation services for plaintiff and
defense counsel.  Provide evidence-based testimony as expert witness.

11/12-Present    **Staff Neuropsychologist.** *Gainesville VA Medical Center*
& 7/07-1/11      Psychology Service
<u>Duties</u>:  Provide comprehensive neuropsychological assessment and intervention
services for individuals with Traumatic Brain Injury (TBI), Stroke, Dementia,
Brain Tumors, Epilepsy, Multiple Sclerosis, ADHD, Learning Disability and
various neuropsychiatric disorders.  Teach and supervise pre-doctoral clinical
psychology interns and postdoctoral fellows in neuropsychological assessment and
intervention.  Perform evaluations of federal law enforcement officers.

1/11-11/12       **Assistant Professor & Assistant Program Director of Forensic Psychology.**
*University of Florida Forensic Institute, Gainesville, Florida*
Department of Psychiatry, College of Medicine
<u>Duties</u>:  Provide forensic psychology and forensic neuropsychology services within
the UF Forensic Institute.  Complete comprehensive forensic psychological and
forensic neuropsychological evaluations in the context of criminal (e.g.,
competency, sanity, sentencing mitigation) and civil (personal injury, psychological
malpractice) litigation.  Provide objective testimony in legal cases as expert
witness.  Teach UF medical students, Department of Psychiatry residents and
forensic psychiatry fellows about the role of forensic psychology and
neuropsychology in legal settings.  Supervise psychiatry fellows in forensic
practice.

12/05-7/07       **Clinical Assistant Professor.** *University of Florida HSC*
Department of Clinical and Health Psychology, College of PHHP
<u>Duties</u>:  Provide comprehensive neuropsychological services for the Shands/UF
Inpatient Neurotrauma Service.  Perform neuropsychological evaluations of
patients with traumatic brain injury (TBI) as they emerge from coma and/or post-
traumatic amnesia.  Make recommendations for rehabilitation and provide
psychotherapeutic services to patients with acquired brain injuries and their
families.  Perform outpatient clinical and forensic neuropsychological evaluations
in patients with various acquired neurological diseases (e.g., TBI, stroke, dementia)

Jason A. Demery, PhD, ABPP

## NEUROPSYCHOLOGY & FORENSIC PSYCHOLOGY EXPERIENCE (Cont.)

and develop treatment plans to maximize functional independence.  Provide long-term, individual psychotherapeutic services for patients with anxiety, depression, adjustment problems, and relationship difficulties.  Provide clinical supervision of clinical psychology graduate students, interns and postdoctoral associates.

8/04-12/05     **Neuropsychology Postdoctoral Associate.** *University of Florida HSC*
Departments of Clinical and Health Psychology and Neuroscience
<u>Duties</u>:  Performed comprehensive clinical and forensic neuropsychological evaluations of patients with traumatic brain injury (TBI), stroke, epilepsy, brain tumors, carbon monoxide poisoning, learning disability or attention deficit hyperactivity disorder.  Completed inpatient neuropsychological evaluations of patients with acute moderate/severe TBI and made recommendations for rehabilitation.  Provided long-term individual psychotherapy for patients with various psychological disorders.  Supervised clinical psychology graduate students and interns on clinical matters.  Research was conducted in traumatic brain injury in the Department of Neuroscience.

8/03-8/04     **Clinical Psychology Intern.** *Tampa VA Medical Center, Tampa, FL*
Psychology Service
<u>Duties</u>: Completed four clinical rotations (12-months) at this *APA-Accredited* internship site.  Completed two rotations (6 months) in neuropsychology with the traumatic brain injury and memory disorders clinics, one rotation (3 months) in spinal cord injury rehabilitation psychology, and one rotation (3 months) in inpatient psychiatry.  Experience in comprehensive neuropsychological and psychological assessment, and short- and long-term psychotherapy was obtained.

8/00-8/03     **Clinical Coordinator.** *University of Florida HSC*
University of Florida Mild Traumatic Brain Injury Clinic, Gainesville, FL
<u>Duties</u>:  Developed a clinic devoted exclusively to the assessment and treatment of the neuropsychological sequelae associated with mild traumatic brain injury.  Performed outpatient neuropsychological evaluations and individual psychotherapy.

8/01-12/01     **Advanced Neuropsychology Practicum.** *University of Florida HSC*
University of Florida Mild Traumatic Brain Injury Clinic, Gainesville, FL
<u>Duties</u>:  Performed comprehensive outpatient neuropsychological evaluations and developed multi-dimensional treatment plans for individuals who sustained a mild traumatic brain injury.  Educated mild traumatic brain injury patients and their families about the natural course of recovery following injury, and consulted with emergency room physicians and neurologists regarding treatment options for the sequelae associated with the post-concussive syndrome.

8/99-8/03     **Psychotherapy Practicum.** *University of Florida HSC*
University of Florida/Shands Hospital Psychology Clinic, Gainesville, FL

Jason A. Demery, PhD, ABPP

## NEUROPSYCHOLOGY & FORENSIC PSYCHOLOGY EXPERIENCE (Cont.)

Duties:  Conducted psychotherapy with inpatient and outpatient adults and children with a broad range of psychological disorders including Adjustment Disorder, Depression, Anxiety, Conversion Disorder, Conduct Disorder, Personality Disorder, Autism, Bipolar Disorder, and Post-Concussive Syndrome.  Clients were from high and low socioeconomic backgrounds and represented a diverse cultural and ethnic population.
Therapeutic approaches used in these cases were cognitive-behavioral, interpersonal and psychodynamic.

8/99-12/99    **Neuropsychology Practicum.**  *University of Florida HSC*
University of Florida/Shands Hospital Psychology Clinic, Gainesville, FL
Duties:  Conducted comprehensive neuropsychological evaluations that included medical records review, clinical interview, and neuropsychological testing to identify the neurocognitive complications in cases of intractable epilepsy.  Provided feedback to patient and family members regarding neuropsychological status and level of functional impairment.

7/96-8/98    **Neuropsychology Associate.** *Barnes-Jewish Hospital/Washington University School of Medicine, St. Louis, MO*
Department of Neurology, Division of Neurorehabilitation
Duties:  Provided comprehensive neuropsychological and psychotherapeutic services to individuals who had sustained traumatic brain injury or stroke.  Specific duties included selecting, administering and scoring test protocols, interpreting test findings, and writing reports that addressed cognitive and emotional status, level of functional disability, and likelihood of occupational return.  Experience was gained performing forensic evaluations in cases of personal injury following mild traumatic brain injury.

5/96-7/96    **Neuropsychology Practicum.**  *St. Louis University HSC, St. Louis, MO*
College of Medicine, Department of Neurology
Duties:  As part of the Neuropsychology Consultation Service, performed acute inpatient assessments and comprehensive outpatient evaluations in neurologically compromised individuals.  Attended didactic lectures, observed brain cuttings, and accompanied attending physicians and neurology fellows during rounds in the neurology and neurosurgery intensive care unit.

## RESEARCH FUNDING

3/09-3/14    Papa, L., **Demery, J.A.** (Co-Investigator), Wang, W.K., & Hayes, R.L. Biomarkers of Mild and Moderate Traumatic Brain Injury.  1R01NS057676-01A2. National Institute of Neurological Disorders and Stroke, $2,252,310.

8/01-7/02    **Demery, J.A.** (Principal Investigator), Dede, D., Idris, A., & Hayes, R.L..  The efficacy of early and comprehensive intervention on neuropsychological outcome following mild traumatic brain injury.  The McKnight Brain Institute.  $15,514.

Jason A. Demery, PhD, ABPP

## RESEARCH FUNDING (Cont.)

8/01-1/02 Ache, B.W., Hayes, R.L., Bacon-Moore, A., & **Demery, J.A.** (Associate Investigator). Analysis of Olfactory Dysfunction in Mild Traumatic Brain Injury. The McKnight Brain Institute, $28,900.

## CLINICAL RESEARCH TRIALS CONSULTANT

08/07-06/16 **Consulting Neuropsychologist.** *Neuropsychological Sciences, LLC*
Consultant to: *Neuren Pharmaceuticals Ltd. Newmarket, Auckland, New Zealand*
Project: *A Randomized, Double-Blind, Placebo-Controlled, Dose-Escalation Study of NNZ-2566 in Patients with Traumatic Brain Injury (TBI).*
Duties: Develop neuropsychological outcomes assessments used to evaluate the safety and efficacy (Phase II) of a novel compound to improve outcome after moderate-severe traumatic brain injury in humans. Conduct training and monitoring of site personnel in the administration of outcome measures at eleven medical centers across the United States. Assist in scoring and managing neuropsychological outcomes data for clinical trial. Contribute to scientific publications associated with the clinical trial and refine outcomes assessment procedures for pivotal Phase III clinical trial.

07/07-01/15 **Consulting Neuropsychologist.** *Neuropsychological Sciences, LLC*
Consultant to: *Banyan Biomarkers, Inc. Alachua, Florida USA*
Project: *ATO-04: Biomarkers of Brain Injury: Magnitude, Complications and Outcome of Mild and Moderate Traumatic Brain Injury – A Feasibility Study.*
Duties: Develop neuropsychological outcomes assessments used to clinically validate the use of serum biomarkers in detecting the presence and magnitude of acute brain injury severity in humans. Conduct training and monitoring of site personnel in the administration of outcome measures at several medical centers across the United States. Store and analyze neuropsychological outcomes data for clinical trial. Publish scientific papers related to the trial and provide data for additional sources of research funding for study sponsor.

## OTHER RESEARCH EXPERIENCE

8/04-12/05 **Neuropsychology Postdoctoral Associate.** *University of Florida HSC*
McKnight Brain Institute, Department of Neuroscience, Center for TBI Studies.
Duties: Extract acute critical care data (e.g., presence/duration prehospital hypotension, intracranial hypertension, pupillary function, GCS, etc.) from TBI patients' medical charts and maintain a large database of clinical information. Assess neuropsychological outcome in TBI patients utilizing a comprehensive neuropsychological battery. Compare traditional critical care indices of brain injury severity to serum- and csf-based biomarkers of brain injury severity in the prediction of neuropsychological outcome following TBI.

Jason A. Demery, PhD, ABPP

## OTHER RESEARCH EXPERIENCE (Cont.)

8/01-8/03      **Graduate Research Assistant.** *University of Florida HSC*
McKnight Brain Institute, Clinical/Cognitive Neuroscience Laboratory
<u>Duties</u>:  Recruited, interviewed and tested research participants for grant-funded research projects. Developed and maintained a large database with information from grant-funded research projects.  Analyzed and prepared research data for professional presentations.

2/00-8/00      **Graduate Research Assistant.** *University of Florida HSC*
McKnight Brain Institute, Center for Traumatic Brain Injury Studies
<u>Duties</u>:  Performed rodent surgeries (e.g., craniotomy, cortical impact, tissue extraction), tissue processing and western blot analysis in the investigation of proteolytic mechanisms of cell death following traumatic brain injury.

8/98-6/00      **Graduate Research Assistant.** *University of Florida HSC*
Department of Clinical and Health Psychology
<u>Duties</u>:  Developed testing materials, recruited and tested research participants according to research protocol specifications.  Maintained and collated research data, assisted the principal investigator in data analysis and presentation of research data at scientific meetings.

7/96-8/98      **Research Assistant.** (Part-time). *Barnes-Jewish Hospital/ Washington University School of Medicine, St. Louis, MO*
Department of Neurology, Division of Neurorehabilitation
<u>Duties</u>:  Developed and maintained a comprehensive database of demographic information, acute TBI/Stroke injury variables, and neuropsychological and functional outcome data.  Initiated and completed a grant-funded research project that focused on teaching traumatically brain injured individuals' occupationally relevant skills.

5/94-5/95      **Research Assistant.** *University of West Florida, Pensacola, FL*
Department of Psychology, Center for Behavioral Medicine
<u>Duties</u>:  Used electronic/computerized biofeedback equipment (e.g., EEG, EMG, Thermal, Skin Conductance) to collect research data that supported grant-funded research projects.

## PUBLICATIONS

1.      Hanlon, R.E., Mattson, D., **Demery, J.A.**, & Dromerick, A.W. (1998).  Axial movements are relatively preserved with respect to limb movements in aphasic patients.  <u>Cortex, 34</u> (5), 731-741.

2.      Hanlon, R.E., **Demery, J.A.**, Martinovich, Z., & Kelly, J.P. (1999).  Effects of acute injury characteristics on neuropsychological status and vocational outcome following mild traumatic brain injury.  <u>Brain Injury, 13</u> (11), 873-887.

Jason A. Demery, PhD, ABPP

## PUBLICATIONS (Cont.)

3.     **Demery, J.A.**, Hanlon, R.E., & Bauer, R.M. (2001).  Profound amnesia and confabulation following traumatic brain injury.  Neurocase, 7 (4), 295-302.

4.     **Demery, J.A.**, Pedraza, O., & Hanlon, R.E. (2002).  Differential profiles of verbal learning in traumatic brain injury.  Journal of Clinical and Experimental Neuropsychology, 24 (6), 818-827.

5.     Bauer, R.M. & **Demery, J.A.** (2003).  The agnosias.  In K.M. Heilman & E. Valenstein (Eds.), Clinical Neuropsychology (4th Ed.), pp. 236-295.  New York: Oxford University Press.

6.     **Demery, J.A.**, Hanlon, R.E., & Bauer, R.M. (2003).  The amnestic-confabulatory syndrome in traumatic brain injury.  Dementia Review Series, 3, 8-9.

7.     Perlstein, W.M., Cole, M.A., **Demery, J.A.**, Seignourel, P.J., Dixit, N.K., Larson, M.J. & Briggs, R.W. (2004).  Parametric manipulation of working memory load in traumatic brain injury: Behavioral and neural correlates.  Journal of the International Neuropsychological Society, 10 (5), 724-741.

8.     Hanlon, R.E., **Demery, J.A.**, Kuczen, C. & Kelly, J.P. (2005).  Effect of traumatic subarachnoid hemorrhage on neuropsychological profiles and vocational outcome following moderate or severe traumatic brain injury.  Brain Injury, 19 (4), 343-351.

9.     Belanger, H.G., Curtiss, G., **Demery, J.A.**, Lebowitz, B., & Vanderploeg, R.D.  (2005).  Factors moderating neuropsychological outcomes following mild traumatic brain injury:  A meta-analysis.  Journal of the International Neuropsychological Society, 11 (3), 215-227.

10.    Seignourel, P.J., Robins, D.L., Larson, M., **Demery, J.A.**, Cole, M.A., & Perlstein, W.M. (2005).  Cognitive control in closed head injury: Context maintenance dysfunction or prepotent response inhibition deficit? Neuropsychology, 19 (5), 578-590.

11.    Larson, M.J., Perlstein, W.M., **Demery, J.A.**, & Stigge-Kaufman, D.A.  (2006).  Cognitive control impairments in traumatic brain injury.  Journal of Clinical and Experimental Neuropsychology, 28 (6), 968-986.

12.    Pineda, J.A., Lewis, S.B., Valadka, A.B., Papa, L., Hannay, H.J., Heaton, S.C., **Demery, J.A.**, Liu, M.C., Aikman, J.M., Akle, V., Brophy, G.M., Tepas III, J.J., Wang, K.W., Robertson, C.S., & Hayes, R.L. (2007).  Clinical significance of Alpha-II Spectrin breakdown products in cerebrospinal fluid after severe traumatic brain injury.  Journal of Neurotrauma, 24 (2), 354-366.

13.    Papa, L., Robinson, G., Oli, M., Pineda, J., **Demery, J.A.**, Brophy, G. Robicsek, S.A., Gabrielli, A., Robertson, C.S., Wang, K.K., & Hayes, R.L. (2008).  Use of biomarkers for diagnosis and management of traumatic brain injury patients.  Expert Opinion on Medical Diagnostics, 2(8), 937-945.

Jason A. Demery, PhD, ABPP

## PUBLICATIONS (Cont.)

14.     Brophy, G.M., Pineda, J.A., Papa, L., Lewis, S.B., Valadka, A.B., Hannay, H.J., Heaton, S.C., **Demery, J.A.**, Liu, M.C., Tepas III, J.J., Gabrielli, A., Robicsek, S., Wang, K.W., Robertson, C.S., & Hayes, R.L. (2009).  Alpha-II Spectrin breakdown product cerebrospinal fluid exposure metrics suggest differences in cellular injury mechanisms after severe traumatic brain injury.  Journal of Neurotrauma, 26 (1), 1-9.

15.     Giuffrida, C.G., **Demery, J.A.**, Reyes, L.R., Lebowitz, B.K., & Hanlon, R.E. (2009).  Functional skill learning in men with traumatic brain injury.  American Journal of Occupational Therapy, 63(4), 396-405.

16.     Papa, L., Akinyi, L., Liu, M.C., Pineda, J.A., Tepas III, J.J., Oli, M.W., Zheng, W., Robinson, G., Robicsek, S.A., Gabrielli, A, Heaton, S.C., Hannay, J., **Demery, J.A.**, Brophy, G.M., Layon, J., Robertson, C.S., Hayes, R.L., & Wang, K.W. (2010).  Ubiquitin C-terminal hydrolase is a novel biomarker in humans for severe traumatic brain injury.  Critical Care Medicine, 38(1), 138-144.

17.     **Demery, J.A.**, Larson, M.J., Dixit, N.K., Bauer, R.M., & Perlstein, W.M. (2010).  Operating characteristics of executive functioning tests in traumatic brain injury.  The Clinical Neuropsychologist, 24(8), 1292-1308.

18.     Papa, L., Lewis, L.M., Falk, J.L., Zhang, Z., Silvestri, S., Giordano, P., Brophy, G.M., **Demery, J.A.**, Dixit, N.K., Ferguson, I., Liu, M.C., Mo, J., Akinyi, L., Schmid, K., Mondello, S., Robertson, C.S., Tortella, F.C., Hayes, R.L., & Wang, K.K. (2012).  Elevated Levels of Serum Glial Fibrillary Acidic Protein Breakdown Products in Mild and Moderate Traumatic Brain Injury are Associated With Intracranial Lesions and Neurosurgical Intervention.  Annals of Emergency Medicine, 59(6), 471-483.

19.     Papa, L., Lewis, L.M., Silvestri, S., Falk, J.L., Giodano, P., Brophy, G.M., **Demery, J.A.**, Liu, M.C., Mo, J., Akinyi, L., Mondello, S., Schmid, K., Robertson, C.S., Tortella, F.C., Hayes, R.L., & Wang, K.K.W. (2012).  Serum levels of ubiquitin C-terminal hydrolase distinguish mild traumatic brain injury from trauma controls and are elevated in mild and moderate TBI patients with intracranial lesions and neurosurgical intervention.  The Journal of Trauma and Acute Care Surgery, 72(5), 1335-1344.

20.     Cooke, B.K., Goddard, E.R., Ginory, A., **Demery, J.A.**, & Werner, T.L. (2012).  Firearms inquiries in Florida: "Medical Privacy" or Medical Neglect? Journal of the American Academy of Psychiatry and the Law, 40, 399-408.

21.     Reisfield, G.M., DuPont, R.L., **Demery, J.A.**, & Shults, T.F. (2013).  A protocol to evaluate drug-related workplace impairment.  Journal of Pain and Palliative Care Pharmacotherapy, 27(1), 43-48.

Jason A. Demery, PhD, ABPP

## PUBLICATIONS (Cont.)

22.     Papa, L., Silvestri, S., Brophy, G.M., Giordano, P., Falk, J.L., Braga, C.F., Tan, C.N., Ameli, N.J., **Demery, J.A.**, Dixit, N.K., Mendes, M.E., Hayes, R.L., Wang, K.K., & Robertson, C.S. (2014).  GFAP Out-performs S100B In Detecting Traumatic Intracranial Lesions On CT In Trauma Patients With Mild Traumatic Brain Injury And Those With Extracranial Lesions. Journal of Neurotrauma, 31(22), 1815-1822.

23.     Hanlon, R.E., Brook, M., **Demery, J.A.**, & Cunningham, M.D. (2016).  Domestic homicide:  Neuropsychological profiles of murderers who kill family members and intimate partners.  Journal of Forensic Sciences, 61 (Suppl 1), S163-170.

## PUBLISHED ABSTRACTS AND CONFERENCE PRESENTATIONS

1.     Hanlon, R.E., **Demery, J.A.**, & Diringer, M.N. (1998).  Use of acute treatment variables to predict neuropsychological outcome following traumatic brain injury.  Poster session presented at the annual meeting of the National Academy of Neuropsychology, Las Vegas.  Archives of Clinical Neuropsychology, 13 (1), 139.

2.     Hanlon, R.E., **Demery, J.A.**, Duchek, J.M., & Lux, W.E. (1998).  Classifying subtypes of mild traumatic brain injury based on acute injury characteristics.  Poster session presented at the annual meeting of the International Neuropsychological Society, Honolulu.  Journal of the International Neuropsychological Society, 4 (1), 14.

3.     **Demery, J.A.**, Duchek, J.M., & Hanlon, R.E. (1999).  Verbal learning following mild traumatic brain injury.  Poster session presented at the annual meeting of the International Neuropsychological Society, Boston.  Journal of the International Neuropsychological Society, 5 (2), 139.

4.     **Demery, J.A.**, & Hanlon, R.E. (1999).  Profound amnesia and confabulation following traumatic brain injury.  Poster session presented at the annual meeting of the American Neuropsychiatric Association, New Orleans.  Journal of Neuropsychiatry and Clinical Neuroscience, 11 (1), 149-150.

5.     Hanlon, R.E., & **Demery, J.A.** (1999).  Functional skill learning following severe traumatic brain injury.  Paper presented at the annual meeting of the International Neuropsychological Society, Boston.  Journal of the International Neuropsychological Society, 5 (2), 157.

6.     Hanlon, R.E., **Demery, J.A.**, & Kelly, J. (2000).  Impact of traumatic subarachnoid hemorrhage on neuropsychological outcome following moderate-to-severe head injury.  Poster session presented at the annual meeting of the International Neuropsychological Society, Denver. Journal of the International Neuropsychological Society, 6 (2), 185.

7.     **Demery, J.A.**, Giuffrida, C.G., & Hanlon, R.E. (2000).  Patterns of functional skill acquisition following severe traumatic brain injury: Verbal vs. procedural learning.  Poster

Jason A. Demery, PhD, ABPP

## PUBLISHED ABSTRACTS & CONFERENCE PRESENTATIONS (Cont.)

session presented at the annual meeting of the International Neuropsychological Society, Denver. Journal of the International Neuropsychological Society, 6 (2), 239.

8.      Pedraza, O., Selke, G., Gilmore, R., **Demery, J.A.**, Eckert, D., & Bowers, D. (2001). Contributions of hippocampal and amygdala asymmetries to verbal memory in temporal lobe epilepsy. Poster session presented at the annual meeting of the International Neuropsychological Society, Chicago. Journal of the International Neuropsychological Society, 7 (2), 208.

9.      **Demery, J.A.**, Hamby, M., & Bowers, D. (2001). Affect modulation of the acoustic startle response by semantic representation. Poster session presented at the annual meeting of the International Neuropsychological Society, Chicago. Journal of the International Neuropsychological Society, 7 (2), 243.

10.     Cole, M.A., Perlstein, W.M., Lowenthal, W., Jones, V.M., Lageman, S.K., Keil, K., & **Demery, J.A.** (2001). Steady state evoked potentials reveal spatio-temporal brain activity during working memory. Poster session presented at the annual meeting of the Society for Neuroscience, San Diego. Society for Neuroscience Abstracts, 27, Program #419.10.

11.     Perlstein, W.M., Lageman, S.K., Cole, M.A., Jones, V.M., **Demery, J.A.**, Carter, C.S., & Cohen, J.D. (2001). Working memory and inhibition: Prefrontal mediation and dysfunction in schizophrenia. Paper presented at the annual meeting of the Society for Neuroscience, San Diego. Society for Neuroscience Abstracts, 27, Program #886.3.

12.     **Demery, J.A.**, Giuffrida, C., & Hanlon, R.E. (2002). Acquisition, retention, and transfer of novel skill in traumatic brain injury. Poster session presented at the annual meeting of the International Neuropsychological Society, Toronto. Journal of the International Neuropsychological Society, 8 (2), 177.

13.     Weiner, B.A., **Demery, J.A.**, Kuczen, C., Hanlon, R.E., & Kelly, J.P. (2002). Relationship between patient complaints and neuropsychological status following mild traumatic brain injury. Poster session presented at the annual meeting of the American Psychological Association (Division 40 – Neuropsychology), Chicago. The Clinical Neuropsychologist, 16 (2), 213.

14.     Robins, D.L., Seignourel, P.J., **Demery, J.A.**, Cole, M.A., & Perlstein, W.M. (2003). Exploring Stroop interference in traumatic brain injury: Errors versus reaction time. Poster session presented at the annual meeting of the International Neuropsychological Society, Honolulu. Journal of the International Neuropsychological Society, 9 (2), 234.

15.     Cole, M.A., Dixit, N.K., Seignourel, P., **Demery, J.A.**, & Perlstein, W.M. (2003). Parametric manipulation of working memory load in chronic traumatic brain injury:

Jason A. Demery, PhD, ABPP

## PUBLISHED ABSTRACTS & CONFERENCE PRESENTATIONS (Cont.)

Behavioral and neural correlates.  Poster session presented at the annual meeting of the Organization   for Human Brain Mapping, New York.  NeuroImage, 19 (2), S36.

16.     Cole, M.A., **Demery, J.A.**, Larson, M.J., Seignourel, P.J., & Perlstein, W.M. (2004). Communality analysis and classification of traumatic brain injury group membership and severity based on assessment of working memory/executive function with the N-Back and PASAT tasks.  Poster session presented at the annual meeting of the International Neuropsychological Society, Baltimore.  Journal of the International Neuropsychological Society, 10 (S1), 172.

17.     Stigge-Kaufman, D.A., Larson, M.J., **Demery, J.A.**, & Perlstein, W.M. (2004).  Context processing in traumatic brain injury.  Poster session presented at the annual meeting of the Society for Neuroscience, San Diego.  Society for Neuroscience Abstracts, 30, Program #820.1.

18.     Papa-Ricci, L., Idris, A., **Demery, J.A.**, Heaton, H.C., Efros, D., Pineda, J., & Hayes, R.L. (2004).  Predicting functional impairment in patients with mild traumatic brain injury after emergency department discharge.  Poster session presented at the annual meeting of the Canadian Association of Emergency Physicians, Montreal.  Canadian Journal of Emergency Medicine, 6 (3), 189.

19.     **Demery, J.A.**, Seignourel, P.J., Bauer, R.M., & Perlstein, W.M. (2005).  Predictive power of executive functioning tests in mild and moderate/severe traumatic brain injury.  Poster session presented at the annual meeting of the International Neuropsychological Society, St. Louis. Journal of the International Neuropsychological Society, 11 (S1), 6.

20.     Perlstein, W.M., Larson, M.J., **Demery, J.A.**, Seignourel, P.J., & Stigge-Kaufman, D.A. (2005).  Cognitive control dysfunction in chronic traumatic brain injury.  Symposium presented at the annual meeting of the International Neuropsychological Society, St. Louis.  Journal of the International Neuropsychological Society, 11 (S1), 15.

21.     Belanger, H.G., Curtiss, G., **Demery, J.A.**, Lebowitz, B.K., & Vanderploeg, R.D. (2005). Factors moderating neuropsychological outcomes following mild traumatic brain injury:  A meta-analysis.  Poster session presented at the annual meeting of the International Neuropsychological Society, St. Louis.  Journal of the International Neuropsychological Society, 11 (S1), 164.

22.     Papa, L., Pineda, J., Wang, K., Lewis, S., Heaton, S., **Demery, J.A.**, Tepas, J.J., & Hayes, R.L. (2005).  Levels of alpha-II spectrin breakdown products in human cerebrospinal fluid and outcome after severe traumatic brain injury.  Poster session presented at the annual meeting of the Society for Academic Emergency Medicine, New York.  Academic Emergency Medicine, 12(5), S1, 139-140.

Jason A. Demery, PhD, ABPP

**PUBLISHED ABSTRACTS & CONFERENCE PRESENTATIONS (Cont.)**

23.     Papa, L., **Demery, J.A.**, Efros, D., Heaton, S., Schmeck, A., Rees, E., Ferguson, K., Goldfeder, B., Light, J., Luetke, C., Stair, R., Seaberg, D., Baskin, B., Pokroy, R., Willett, M., Patterson, L., Wohl, A., Meurer, D., & Hayes, R. (2005).  Do intoxicated patients with a mild traumatic brain injury have greater risk of functional impairment from their injury after leaving the emergency department?  Poster session presented at the annual meeting of the Society for Academic Emergency Medicine, New York.  Academic Emergency Medicine, 12(5), S1, S113.

24.     Papa, L., Lewis, S.B., Heaton, S., **Demery, J.**, Tepas III, J.J., Wang, K., Robertson, C.S., & Hayes, R.L. (2006).  Predicting early outcome using alpha-II spectrin breakdown products in human cerebrospinal fluid after severe traumatic brain injury.  Poster session presented at the annual meeting of the Society for Academic Emergency Medicine, San Fransisco.  Academic Emergency Medicine, 13(5), S1, S39-S40.

25.     Papa, L., **Demery, J.A.**, Rees, E., McCormick, S., Heaton, S., & Hayes, R.L. (2007).  In patients with suspected mild traumatic brain injury, are non-neurosurgical CT abnormalities and GCS score associated with cognitive impairment?  Poster session presented at the annual meeting of the Society for Academic Emergency Medicine, Chicago.  Academic Emergency Medicine, 14(5), S1, S61-S62.

26.     Dixit, N.K., **Demery, J.A.**, & Hanlon, R.E. (2009).  The effects of acute barbiturate infusion on cognitive outcome in moderate to severe traumatic brain injury.  Poster session presented at the annual meeting of the American Academy of Clinical Neuropsychology, San Diego.  The Clinical Neuropsychologist, 23(4), 577-578.

27.     **Demery, J.A.**, Dixit, N.K., Mondello, S., Carrin, C., Papa, L. Wang, K.K.W., Streeter, J., & Hayes, R.L. (2011).  Serum biomarker levels predict memory impairment following traumatic brain injury: A pilot study.  Poster session presented at the annual meeting of the International Neuropsychological Society, Boston.  Journal of the International Neuropsychological Society, 17(S1), 324.

28.     **Demery, J.A.**, Larson, M.J., Dixit, N.K., Bauer, R.M., & Perlstein, W.M. (2011).  Operating characteristics of executive functioning tests following traumatic brain injury.  Poster session presented at the annual meeting of the International Neuropsychological Society, Boston.  Journal of the International Neuropsychological Society, 17(S1), 247.

29.     Papa, L., Lewis, L., Falk, J., Silvestri, S., Giordano, P., Liu, M., Mo, J., Akinyi, L., **Demery, J.A.**, Brophy, G., Draviam, S., Braga, C., Schmid, K., Robertson, C., Tortella, F., Hayes, R.L., & Wang, K.W. (2011).  Serum levels of glial fibrillary acidic protein (GFAP) distinguishes mild traumatic brain injury from trauma controls and predict intracranial injuries on CT in mild and moderate traumatic brain injury.  Poster session presented at the annual meeting of the Society for Academic Emergency Medicine, Boston.  Academic Emergency Medicine, 18(5), S1, S5.

Jason A. Demery, PhD, ABPP

## PUBLISHED ABSTRACTS & CONFERENCE PRESENTATIONS (Cont.)

30.    Papa, L., Lewis, L., Falk, J., Silvestri, S., Giordano, P., Liu, M., Mo, J., **Demery, J.A.**, Brophy, G., Draviam, S., Braga, C., Tortella, F., Hayes, R.L., & Wang, K.W. (2011).  A new serum biomarker for mild and moderate traumatic brain injury is associated with intracranial injuries and neurosurgical intervention.  Poster session presented at the annual meeting of the Society for Academic Emergency Medicine, Boston.  Academic Emergency Medicine, 18(5), S1, S178.

31.    Papa L., **Demery J.**, Dixit N., Braga C., Zhang Z., Brophy G., Burks S., Ilic S., Streeter J., Tortella F., Hayes R., Wang K.W.W. (2011).  Early serum levels of Glial Fibrillary Acidic Protein Breakdown Product (GFAP-BDP) are associated with global outcome at one month post-injury in mild and moderate traumatic brain injury.  Poster session presented at the annual meeting of the National Neurotrauma Society, Hollywood, Florida.  Journal of Neurotrauma, 28, A-5.

32.    Papa L., Lewis L., Falk J., **Demery J.**, Brophy G., Liu MC., Mo J., Mondello S., Schmid K., Robertson C., Tortella F., Hayes R., Wang K.W.W. (2011).   Serum levels of UCH-L1 distinguishes mild and moderate traumatic brain injury from trauma controls and is associated with lesions on computed tomography.  Symposium presented at the annual meeting of the National Neurotrauma Society, Hollywood, Florida. Journal of Neurotrauma, 28, A-63.

33.    Papa, L., Wang, K.W., Brophy, G., **Demery, J.A.**, Silvestri, S., Giordano, P., Falk, J., Schid, K., Tortella, F.C., Hayes, R.L., Robertson, C.S.  (2012).  Serum levels of spectrin breakdown product 150 (SBDP150) distinguish mild traumatic brain injury from trauma and uninjured controls and predict intracranial injuries on CT and neurosurgical intervention.  Poster session presented at the annual meeting of the National Neurotrauma Society, Phoenix, Arizona. Journal of Neurotrauma, 29, A-28.

34.    Jivani, S., Larson, M.J., Demery, J.A., Dixit, N.K., Hopkins, R.O., Diringer, M.N., & Hanlon, R.E. (2013).  Do APACHE-II scores, an index of ICU illness severity, predict cognitive outcomes following severe TBI?  Poster session presented at the annual meeting of the International Neuropsychological Society, Waikoloa, Hawaii.  Journal of the International Neuropsychological Society.

35.    Papa, L., Braga, C., Tan, C., Ameli, N., **Demery, J.**, Dixit, N., Burks, S., Hayes, R.L., Wang, K.W.W., Brophy, G.M. (2013).  Serum glial fibrillary acidic protein outperforms S100B in detecting traumatic intracranial lesions on CT in a general trauma population with mild traumatic brain injury.  Poster session presented at the annual meeting of the National Neurotrauma Society, Nashville, Tennessee.  Journal of Neurotrauma, 30, A-69.

36.    Papa, L., **Demery J.**, Dixit N., Braga, C., Tan, C., Ameli, N., Wang, K.W.W., Hayes, R.L., Brophy, G.M. (2013).  Elevated levels of SBDP150 in the emergency department are associated with poor outcome at one month from mild and moderate traumatic brain injury.  Poster session presented at the annual meeting of the National Neurotrauma Society, Nashville, Tennessee. Journal of Neurotrauma, 30, A69-A70.

Jason A. Demery, PhD, ABPP

## PUBLISHED ABSTRACTS & CONFERENCE PRESENTATIONS (Cont.)

37.      **Demery, J.A.**, Dixit, N.K., Houck, Z.M., Hoehn, M.W., Braga, C.F., Tan, C.N., & Papa, L. (2014).  Prevalence and Recovery of Objective Memory Impairment at One and Six Months following Mild TBI:  A Prospective Cohort Study.  Poster session presented at the annual meeting of the American Academy of Clinical Neuropsychology, New York, New York.  The Clinical Neuropsychologist, 28(3), 372.

38.      **Demery, J.A.**, Sozda, C.N., Tree, H.A., Dow, C.C., Dixit, N.K., Houck, Z.M., Williams, S., Braga, C.F., & Papa, L. (2016).  Characteristics of memory test performance at Six Months following Mild Traumatic Brain Injury:  A prospective cohort study.  Poster session presented at the annual meeting of the American Academy of Clinical Neuropsychology, Chicago, Illinois.  The Clinical Neuropsychologist.

## OTHER PRESENTATIONS

1.      **Demery, J.A.** (1996, April).  Relaxation induced by light/sound stimulation and by verbal instruction:  A comparative approach.  In K.M. Kleinman (Chair), Southern Illinois University at Edwardsville Research Symposium.  Paper presented at the annual meeting of the SIUE Graduate School, Edwardsville, IL.

2.      **Demery, J.A.** (1997, August).  Behavioral implications of traumatic brain injury.  Presentation to the Division of Neurorehabilitation, Washington University School of Medicine, St. Louis.

3.      **Demery, J.A.** & Jong, C.N. (1997, August).  Research design and statistical inference.  Presentation to medical residents of the Department of Physical Medicine and Rehabilitation, Washington University School of Medicine, St. Louis.

4.      Hanlon, R.E. & **Demery, J.A.** (1997, October).  Subtypes of mild traumatic brain injury.  Paper presented at the annual meeting of the National Brain Injury Association, Philadelphia.

5.      **Demery, J.A.** (1999, February).  Profound amnesia and confabulation following severe traumatic brain injury.  Neuropsychology research seminar, University of Florida.

6.      Perlstein, W.M., Cole, M., Jones, V., & **Demery, J.A.** (2001, March).  Context maintenance and inhibition deficits in schizophrenia:  Mediation by prefrontal cortex.  Paper presented at the annual meeting of the Florida Conference on Cognition, Language, Action, Sensation and Perception, Gainesville, Florida.

7.      **Demery, J.A.** (2002, February).  Pain, cognition and the litigating mild traumatic brain injury patient.  Neuropsychology research seminar.  University of Florida, Gainesville.

8.      **Demery, J.A.** (2002, March).  Forensic issues in traumatic brain injury.  Invited address presented at the Forensic Psychology Training Conference.  North Florida Evaluation and Treatment Center, Gainesville, Florida.

Jason A. Demery, PhD, ABPP

**OTHER PRESENTATIONS (Cont.)**

9.      **Demery, J.A.** (2005, June).  <u>Neuropsychological management of the post-concussive syndrome</u>.  Neurorehabilitation Lecture Series.  College of Medicine, Department of Neurology, University of Florida, Gainesville.

10.     **Demery, J.A.** (2005, July).  <u>Neuropsychology practice in trauma care</u>.  Invited address presented at the UF/Shands Hospital Multidisciplinary Trauma Conference.  College of Medicine, Department of Surgery, University of Florida, Gainesville.

11.     **Demery, J.A.** (2005, October).  <u>Overview of traumatic brain injury and the Shands at UF Neurotrauma Service</u>.  Invited address presented at the UF Department of Clinical and Health Psychology Case Conference.  College of Public Health and Health Professions, Department of Clinical and Health Psychology, University of Florida, Gainesville.

12.     **Demery, J.A.** (2008, March).  <u>Neuropsychology of traumatic brain injury</u>.  Invited address presented at the Gainesville VA Medical Center Primary Care Lecture Series.  Gainesville, Florida.

13.     **Demery, J.A.** (2008, May).  <u>Shared and unique features of post traumatic stress disorder and traumatic brain injury:  Implications for care</u>.  Lecture presented at the North Florida/South Georgia Polytrauma Continuum of Care Conference:  From Battlefield to VA.  Gainesville, Florida.

14.     **Demery, J.A.** (2008, November).  <u>Neuropsychological impact of traumatic brain injury</u>.  Invited address presented at the quarterly meeting of the Jacksonville Neuropsychology Group.  Jacksonville, Florida.

15.     **Demery, J.A.** (2009, March).  <u>Traumatic brain injury:  What clinician's should know</u>.  Invited address presented at the Deployment Mental Health Symposium:  Serving Those Who Have Served.  University of North Florida, Jacksonville, Florida.

16.     **Demery, J.A.** (2009, May).  <u>Traumatic Brain Injury:  What clinician's should know</u>.  Invited address presented at the Deployment Mental Health Symposium.  The Hidden Casualties of War:  Moving to Solutions.  University of West Florida, Pensacola, Florida.

17.     **Demery, J.A.** (2009, May).  <u>Neuropsychology of traumatic brain injury</u>.  Invited address presented at the annual meeting of the Florida Speech and Hearing Association.  Marco Island, Florida.

18.     **Demery, J.A.** (2010, July, August).  <u>Applications of forensic neuropsychology in traumatic brain injury</u>.  Lecture presented at the quarterly meeting of the Tampa Bay and Orlando Chapters of the American Association of Legal Nurse Consultants.

Jason A. Demery, PhD, ABPP

## OTHER PRESENTATIONS (Cont.)

19.      **Demery, J.A.** (2012, January).  Neuropsychological outcome in complicated versus uncomplicated mild traumatic brain injury.  Lecture presented at the quarterly meeting of the Tampa, Florida Chapter of the American Association of Legal Nurse Consultants.  Tampa, Florida.

20.      **Demery, J.A.** (2012-Present).  Outcome Following TBI.  2.5 hour Florida Bar Association-Approved CLE Course provided to plaintiff and defense law firms and various insurance companies.

21.      **Demery, J.A.** (2020, January).  The Neuropsychology of Traumatic Brain Injury and Posttraumatic Stress Disorder.  Lecture presented at the annual meeting of the U.S. Army Special Victim Prosecutor Course and Complex Litigation Course – Mental Health Defenses.  San Antonio, Texas.

22.      **Demery, J.A.** (2022, January).  Neuropsychology, Traumatic Brain Injury, Posttraumatic Stress Disorder, and Partial Mental Health Defenses.  Lecture presented at the annual meeting of the U.S. Army Special Victim Prosecutor Course – Defeating Mental Health Defenses.  Orlando, Florida.

## PROFESSION-RELATED SERVICE

2004-Present   **Manuscript Reviewer** for the following peer reviewed scientific journals:  Brain; The Clinical Neuropsychologist; Cognitive Neuropsychiatry; Journal of Neuroscience Research; Journal of the Neurological Sciences; Journal of the American Academy of Psychiatry and the Law.

2007   **Peer Reviewer** of grant submissions for the Congressionally Directed Medical Research Program (CDMRP) for Psychological Health and Traumatic Brain Injury.

2011   **Program Committee Member** for the 40th Annual meeting of the International Neuropsychological Society in Montreal, Quebec, Canada.

2012   **Peer Reviewer** of grant submissions for the U.S. Army Medical Research and Material Command (USAMRMC).

2013-2020   **Editorial Board**, Journal of the American Academy of Psychiatry and the Law.

## CLASSROOM TEACHING

2006   **Guest Lecturer:**  Human Higher Cortical Functions Course (CLP 6307)
*University of Florida, Department of Clinical and Health Psychology*
Provided lecture to neuropsychology doctoral students on the epidemiology, biomechanics and pathophysiology of traumatic brain injury.  Also discussed the

Jason A. Demery, PhD, ABPP

## CLASSROOM TEACHING (Cont.)

natural history of the disorder and the impact of cognitive rehabilitation on outcome.

2006      **Guest Lecturer:**  Neurological Rehabilitation I (PHT 6761C)
*University of Florida, Department of Physical Therapy*
Provided lecture to physical therapy graduate students on the epidemiology, biomechanics and pathophysiology of traumatic brain injury and the role of the neuropsychologist in transdisciplinary neurorehabilitation.

2006      **Guest Lecturer:**  Neuropsychological Assessment (CLP 7428)
*University of Florida, Department of Clinical and Health Psychology*
Provided lecture to doctoral students on use of acute neurological indices in predicting functional outcome after severe traumatic brain injury.  Also discussed methods of assessing neuropsychological status in patients in the intensive care unit.

2007      **Guest Lecturer:**  Introduction to Neuropsychology (CLP 4420)
*University of Florida, Department of Clinical and Health Psychology*
Provided lecture to undergraduate students on neuropsychological aspects of TBI.

2011      **Small Group Co-Facilitator:**  Essentials of Patient Care II (BMS 6016)
*University of Florida, College of Medicine*
Facilitated small group training and discussions to medical students on enhancing clinical effectiveness by using various forms of empathy in communicating with patients.

2011, 12      **Guest Discussant:**  Mental Health Issues in Litigation
*University of Florida, College of Law*
Provided clinician-informed discussions with law school students about the interface between mental health issues and the law.

2011, 12      **Faculty Participant & Lecturer:**  UF Forensic Psychiatry Fellowship
*University of Florida, College of Medicine, Department of Psychiatry*
Lectured on topics in forensic psychology and forensic neuropsychology to psychiatrists completing a forensic psychiatry fellowship.

## OTHER WORK EXPERIENCE

8/92-8/95      **Signals Intelligence Collection Instructor.**  *United States Marine Corps,* Naval Technical Training Command (NTTC), Pensacola, FL
<u>Commanding Officer</u>:  Larry Marshall, Major USMC
<u>Duties</u>:  Performed daily academic instruction to entry-level, signals intelligence students.  Conducted practical exercises in a laboratory setting with equipment valued at $500,000.  Diagnosed and remediated students' academic shortcomings

Jason A. Demery, PhD, ABPP

## OTHER WORK EXPERIENCE (Cont.)

and subsequently reduced student attrition rates.  Maintained student records and provided academic support to entry-level service members.

1/94-7/94    **Platoon Commander.**  *United States Marine Corps,*
Company "K" Marine Support Battalion, NTTC Corry Station, Pensacola, FL
<u>Commanding Officer</u>:  Larry Marshall, Major USMC
<u>Duties</u>:    As a collateral duty, taught military leadership classes, conducted personnel and barracks inspections, led physical training exercises and maintained training records on fifty entry-level Marines.

1/92-8/92    **Signals Intelligence Collection Supervisor.**  *United States Marine Corps,*
Company "H" Marine Support Battalion, Homestead Air Force Base, FL
<u>Commanding Officer</u>:  Richard Natale, Major USMC
<u>Duties</u>:  Supervised 15 communications signals intelligence operators in successfully acquiring targeted objectives defined by a higher authority.  Directed tasking and provided management of associated equipment worth more than $2,000,000.  Established an occupational skills training program for intelligence operators to ensure that military occupational specialty standards were maintained.

10/88-1/92    **Signals Intelligence Collection Operator.**  *United States Marine Corps,*
Company "H" Marine Support Battalion, Homestead Air Force Base, FL
<u>Commanding Officer</u>:  Roger Royston, Major USMC
<u>Duties</u>:  Granted access to top secret/sensitive compartmented information based on an extensive background investigation.  Primary duties included operating highly-sensitive electronic equipment in accordance with specified collection mandates.  Worked concomitantly with intelligence analysts to ensure that collection objectives were satisfied.

Last Updated:  02/17/2022



**NEUROPSYCHOLOGICAL**
— S C I E N C E S —

DEFENDANT'S
EXHIBIT
I

Mailing Address: 14260 W. Newberry Road - #417, Newberry, Florida 32669-2765
Office Address: 330 NW 76ᵗʰ Drive - Suite B, Gainesville, Florida 32607
Cell: (352) 359-7620  Email: jasondemery@gmail.com
*www.neuropsychologicalsciences.com*

## 2022 FEE SCHEDULE
*Jason A. Demery, Ph.D., ABPP*
*Board Certified in Clinical Neuropsychology*

Client: _____    Date: _____

Attorney: _____    Firm: _____

Tel: _____    Fax: _____

| | **Activity** | **Cost** |
|---|---|---|
| (1) | Medical & Legal Records Review | $400.00/Hr. |
| (2) | Clinical Interview | $400.00/Hr. |
| (3) | Psychological & Neuropsychological Testing | $400.00/Hr. |
| (4) | Test Scoring & Interpretation | $400.00/Hr. |
| (5) | Report Writing | $400.00/Hr. |
| (6) | Scientific Literature Review | $400.00/Hr. |
| (7) | Telephone or Face-to-Face Conference/Consultation | $400.00/Hr. |
| (8) | Predeposition/Pretrial Preparation | $400.00/Hr. |
| (9) | Deposition & Hearing/Trial Testimony | $600-$1,000/Hr.* |
| (10) | State/Federal Criminal Cases (Competency, Sanity, Sentencing Mitigation, etc.) | $300.00/Hr. |

- A retainer fee of $4,000 ($3,000 of which is nonrefundable) is generally required to begin new cases. Remaining balances will be invoiced when evaluation report is sent to retaining party.

- Travel time will be billed @ $300/Hr. plus expenses.

- For depositions, full payment must be received 48 hours prior to the deposition.

- Forty-eight hours notification is required on all cancellations of evaluations, depositions, or court appearances or an inconvenience fee at the rate of $400.00/Hr. for the duration of the scheduled activity will apply.

- *=**Hours 1-2** of deposition/trial testimony is billed at $600/Hr. **Hour 3** is billed at $750/Hr. **Hour 4** is billed at $900/Hr. **Hours 5** and above are billed at $1,000/Hr.

Exhibit I

DEFENDANT'S
EXHIBIT

tabbies

J

Exhibit J

# Jason A. Demery, PhD, ABPP Testimony History

| Year | Plaintiff vs. Defendant | Circuit/County | Referring Attorney Who Retained Dr. Demery | Retained by Plaintiff or Defense | Dr. Demery Provided Deposition Testimony? | Dr. Demery Provided Courtroom Testimony |
|---|---|---|---|---|---|---|
| 2015 | United States of America v. Keith Young | United States District Court Middle District of Florida Orlando Division | Atty Todd Doss and Investigator Jan Reed | Defense | No | Yes - Sentencing Hearing |
| 2015 | State of Florida v. Berenice Juarez | 15th Judicial Circuit - Palm Beach County | Assistant Public Defender Scott Pribble | Defense | No | Yes - Sentencing Hearing |
| 2015 | Petri v. MetLife | 13th Judicial Circuit - Hillsborough County | Jody Valdes | Defense | Yes | No |
| 2015 | United States of America v. Tyrone Jefferson | United States District Court Middle District of Florida Jacksonville Division | Court - Judge Joel Toomey | Court | No | Yes - Competency Hearing |
| 2015 | McCormick v. The Charter Oak Fire Insurance Company | 9th Circuit - Orange County | Luis Zavala | Defense | Yes | No |
| 2015 | McCarroll v. Pauzel, et al. | 8th Circuit - Alachua County | Wayne Argo | Defense | Yes | No |

| Year | Case | Court | Name | Role | | |
|---|---|---|---|---|---|---|
| 2017 | Hendricks v. Everwood Treatment Co. | 1st Judicial Circuit - Santa Rosa County | Daniel Ewert | Defense | No | Yes |
| 2016 | State of Florida v. Dwayne King | 8th Circuit - Union County | Janet Johnson | Defense | No | Yes - Sentencing Hearing |
| 2018 | Griffis v. Green | 8th Circuit - Alachua County | Susan Seigle | Defense | Yes | TBD |
| 2016 | United States of America v. Paul White | United States District Court Middle District of Florida Jacksonville Division | Lisa Call | Defense | No | Yes - Competency Hearing |
| 2017 | U.S. v. Paul White | United States District Court Middle District of Florida Jacksonville Division | Lisa Call | Defense | No | Yes |
| 2016 | United States of America v. Candia Williams | United States District Court Middle District of Florida Jacksonville Division | Court-Monte Richardson | Court | No | Yes - Competency Hearing |
| 2017 | Zellner v. Gundkali et al. | 13th Judicial Circuit - Hillsborough County | Chris Schulte | Defense | Yes | No |
| 2016 | State of Florida v. Derrick Grantely Schoppenhorst-Taylor v. | 20th Circuit - Charlotte County | Court - Judge George C. Richards | Court | No | Yes - Competency Hearing |
| 2017 | Figeroa | 8th Circuit - Alachua County | Susan Seigle | Defense | Yes | No |
| 2017 | U.S. v. Brian Russell Pollock | United States District Court Middle District of Florida Jacksonville Division | AUSA Rodney Brown | Prosecution | No | Yes |

| Year | Case | Court | Attorney/Party called by | Role | Deposition | Trial Testimony |
|---|---|---|---|---|---|---|
| 2017 | United States of America v. Anthony Robert Varsalona | United States District Court Middle District of Florida Jacksonville Division | Court-Monte Richardson called by AUSA Laura Taylor | Court | No | Yes -Competency Hearing |
| 2017 | Zeid v. Organic Accents | 16th Circuit - Monroe County | Edelberto Farres | Defense | Yes | Yes - Videotape |
| 2017 | U.S. v. SSG Jerry Cleveland | United States Army Trial Judiciary Fourth Judicial Circuit (Joint Base Lewis-McChord - Washington State) | Major David Odea and Captain Sara Gluckler | Special Victims Prosecution | No | Yes |
| 2017 | State of Florida v. Michael Able, Jr. | 7th Circuit - Putnam County | Trisha Laissle | Defense | Yes | No |
| 2017 | Kerrey v. VIP Tour Package et al. | 9th Circuit - Orange County | Michael Glass | Defense | Yes | Yes |
| 2018 | Benedict v. Comcast | 9th Circuit - Orange County | Laddie Buholz | Plaintiff | Yes | TBD |
| 2017 | Burdette v. Williams Brothers Trucking, Inc. | 14th Judicial Circuit - Jackson County | Shannon Saunders | Plaintiff | Yes | No |
| 2017 | Grabinski v. DeNardo | United States District Court Middle District of Florida - Orlando | Ramon Vazquez | Defense | Yes | No |
| 2018 | Luna v. Riedler | 12th Judicial Circuit - Sarasota County | Sean Conahan | Defense | Yes | No |
| 2018 | Kohlbrand v. East Coast Waffles | 18th Judicial District - Brevard County | Kimberly Young | Defense | Yes | TBD |
| 2018 | Warren v. Best | 13th Judicial Circuit - Hillsborough County | Doug Saltarelli | Defense | Yes | No |
| 2018 | Douglas v. Jolito Inc. | 18th Judicial District - Seminole County | Terry Dixon | Defense | Yes | TBD |
| 2018 | Goodson v. Boone Distributors, Inc. | 8th Judicial Circuit - Union County | Mike Donsky | Defense | Yes | TBD |

| Year | Case | Court | Name | Role | (Yes/No) | Yes - Risk protection Order (Firearm Possession) |
|---|---|---|---|---|---|---|
| 2018 | Gilchrist County Sheriff's Office v. Jefferson Davis. | 8th Judicial Circuit - Gilchrist County | Stephen K. Miller | Defense | No | Yes - via videotape. |
| 2018 | Stills v. Fitzgerald et al. | 8th Judicial Circuit - Bradford County | Peter Kellogg | Defense | Yes | TBD |
| 2018 | Mander v. Tampa General Hospital | 13th Judicial Circuit - Hillsborough County | Jim Evangelista | Defense | Yes | |
| 2018 | Richards v. Juston Heth Compton | 19th Judicial Circuit - Indian River County | Charles McKeon | Defense | Yes | TBD |
| 2018 | U.S. v. Walter Smith | United States District Court Middle District of Florida Jacksonville Division | Susan Yazgi | Defense | No | Yes - Competency Hearing |
| 2018 | Richards v. Juston Heth Compton | 19th Judicial Circuit - Indian River County | Charles McKeon | Defense | Yes | Yes |
| 2018 | Brazzell v. Patterson | 8th Judicial Circuit - Alachua County | Karen Yochim & Gilbert Alba | Plaintiff/Petitioner | Yes | No |
| 2018 | U.S. v. Jamaal Abu Talib Hameen | United States District Court Middle District of Florida Jacksonville Division | Court - Judge Joel Toomey | Court | No | Yes - Comptency Hearing |
| 2018 | Hartley v. JFK Medical Center | 15th Judicial Circuit - Palm Beach County | Michael Schwebel | Defense | Yes | TBD |
| 2018 | U.S. v. Madison | United States District Court Middle District of Florida, Orlando Division | Court-Karla Spaulding & Roy Dalton, Jr. | Court | No | Yes-Competency Hearing |


DEFENDANT'S EXHIBIT K

March 28, 2022

1

# Curriculum Vitae

## N. Neil Brown MD PhD FRCS(C) FACS FAANS
mdneur@aol.com
**cell (954) 644-9820**


# Postgraduate Medical Education

**Western University, Schulich School of Medicine and Dentistry**
        London, Ontario

i) surgical internship June 15, 1991 - June 14, 1992
        LMCC #75783 June 15, 1992
ii) neurosurgical residency July 1, 1992 - June 30, 1996
        one year research credit given for PhD for total of 6 year program (credit given by both Royal College of Physicians and Surgeons of Canada and American Board of Neurological Surgeons)
        – program well known internationally for its vascular training under Dr. Charles Drake and Dr. "Skip" Peerless;  nationally renowned program in epilepsy surgery, and typical "bread and butter" tumor, spine, peripheral nerve and trauma

**Note**: infolded during residency, a three month mini-fellowship in spinal instrumentation July 1 to September 30, 1995 was undertaken at **Barrow Neurological Institute** (Phoenix, AZ) under tutelage of Drs. Sonntag and Dickman.

iii) **certification** neurosurgery August 29, 1996 (Canadian)
*Fellow of Royal College of Surgery (Canada)* {FRCS(C)} November 8, 1996
(member # 457851)

iv) **certification** by the *American Board of Neurological Surgery* November 13, 2002 (#22066);
    **re-certification** expires December 31, 2022

v) **certification** by the *American Board of Spine Surgery* November 10, 2004
    **re-certification** expires December 31, 2024

part-time: mini-fellowship with Robert Masson, MD in minimally-invasive microscopic spine surgery: Start November 1, 2020 (purpose to learn efficient microsurgical techniques during Covid pandemic in a period of lower case load)

Exhibit K

2

**Post-Secondary Education:**
1.      Western University
        London, Ontario
**Field:**       Applied Mathematics
**Degree:**      HBSc, June 9, 1983

2.      McGill University
        Montreal, Quebec
**Field:**       Physics
**Degree:**      MSc, June 12, 1986

3.      Western University
        London, Ontario
**Field:**       Medicine (MD-PhD program)
**Degrees:**     MD, June 7, 1991
                 PhD (Medical Biophysics), June 10, 1994

**Honors/Scholarships:**   NSERC studentship     1984-1985
                           MRC studentship       1985-1988

**Medical Licenses:**
1.      Arizona         License number 23330, date 7/28/95; expires 9/28/2023
                        CSPMP ID: PMP031468

2.      Florida         License number ME-0071692, date 10/17/96; expires 1/31/2023

3.      Illinois        License number 036-096331, date 8/6/97; expires 7/31/2023

4.      California      License number C50657, date 9/5/01; expires 9/30/2023
                        CURES Registration: CACURES511434

5.      Colorado        License number DR.0057781, date 11/16/16; expires 04/30/2023

6.      Missouri        License number 2020009921, date 3/22/20; expires 01/31/2023

**NPI #:** 1366492803      **CAQH#**     11550083     **UPIN#:** G39085

**DEA#:** FL    BB5111149        expires 7/31/2023
          MO    FB1190886        expires 7/31/2024     Cont Sub # 2500075029

**Other Certificates:**

1. BLS (Basic Life Support)                Date 3/29/2020; expires 3/2024
2. ACLS (Advanced Cardiac Life Support)  Date 3/29/2020; expires 3/2024

3

## Employment History:

1.    Minimally Invasive Spine & Neurosurgery, Inc.
      (My Florida corp solo/independent contractor)
      Duration: March 1, 2016 – Present                    overlaps 2 & 3

2.    Colorado Springs Neurological Associates, Inc.    (employed – neurosurgery group)
      2312 N. Nevada Avenue, Suite 100                   unfortunately poor fit
      Colorado Springs, Colorado 80907
      Duration: October 15, 2018 – January 31, 2019

3.    Alexander Orthopaedics Associates   (employed by orthopedic group – terminated a week
      12416 66th Street N, Ste. A               following giving 2 months notice to join
      Largo, FL 33773                           Colorado Springs Neurological Associates)
      Duration: July 17, 2017 – July 31, 2018

4.    Neil Brown MD PhD PA      (My corp solo/independent contractor in South Florida)
      5300 West Hillsboro Blvd., Suite 103
      Coconut Creek, FL 33073
      Duration: February 18, 2005 – October 1, 2016

5.    Minimally Invasive Spine & Neurosurgery Medical Clinic Inc.
      (My corp solo/independent contractor)
      29243 Clear Spring Lane
      Highland, CA 92346  (Corporate Address)
      Duration: June 2, 2002 - February 1, 2005

6. Sabbatical: July 1, 2001 – May 31, 2002
      Surgical observation University of Illinois – Fady Charbel, MD – vascular cases
      Surgical observation Northwestern University – Hunt Batjer, MD – vascular cases
      Surgical observation Rush University – Rick Fessler, MD – minimally-invasive
                                                        spine cases

7.    Carle Clinic Association       (multi-specialty group)
      Division of Neurosurgery
      602 West University Ave.
      Urbana, IL 61801
                        Duration: Nov. 97 - June 30, 2001
                        Acting Chief ( July 2000 - June 30, 2001)
      Gap for immigration clearance due to change of employer

8.    Ocala Neurosurgical Center, Inc.     (employed – neurosurgery group)
      1901 SE 18th Avenue
      Ocala, FL 34474
                        Duration: Dec. 96 - July 97.
      Gap for immigration clearance from completion of residency training

**Academic Appointments:** (Nov 97 - June 2001)

1. Clinical Instructor, Faculty of Medicine, University of Illinois, Champaign - Urbana

2. Senate appointee, Department of Surgery, Faculty of Medicine, University of Illinois

## Clinical Memberships

**General:**
1. American Medical Association
2. Florida Medical Association
3. Broward County Medical Association

**Neurosurgical or Spine:**
1. Joint Sections AANS / CNS :

| | |
|---|---|
| Cerebrovascular | 1997 |
| Neurotrauma & Critical Care | 2001 |
| Spine & Peripheral Nerve | 2009 |

2. Canadian Neurosurgical Society — 1998
3. Congress of Neurological Surgeons — 1999
4. American Association of Neurological Surgeons — 2000
5. North American Spine Society (NASS) — 2001
6. California Association of Neurological Surgeons — 2003
7. Western Neurosurgical Society — 2003
8. American College of Spine Surgery — 2004
9. Florida Neurosurgical Society — 2007
10. Spine Intervention Society — 2007
11. International Society for the Advancement of Spine Surgery — 2011
12. Southern Neurosurgical Society — 2013

**Boards:**
1. Royal College of Physicians and Surgeons of Canada — 1996
2. American Board of Neurological Surgery — 2002
3. American Board of Spine Surgery — 2004
4. American College of Surgery — 2008

## Other Memberships:
American Society of Biomechanics — 2013



DEFENDANT'S EXHIBIT

tabbies®

L

# NEIL BROWN, MD
## Diplomate of the American Board of
## Neurological Surgery

### *Minimally-Invasive Spine & Neurosurgery*

## FEE SCHEDULE

**CONSULTATION:**

Neurosurgical Patient Consultation and MRI Film review: $750.00-$900.00 depending on complexity
(Does not require pre-payment)

**PREPARATION FOR TESTIMONY:**

Review of records for Deposition or Court Testimony: $1,000.00 per hour.

**DEPOSITIONS:**

Pre-Deposition Conference: $250.00 for every 15 minutes.

One-Hour Deposition or ZOOM: $1,250.00.
          Additional $325.00 for every 15 minutes thereafter.

Video Depositions: $1,500.00 per hour.
          Additional $375.00 for every 15 minutes thereafter.

Court Testimony: $5,000.00 for morning or afternoon appearance.
          $10,000.00 for entire day.

(plus any additional travel and lodging expenses. Travel is portal to portal based on time spent at $1,000 per hour
   during regular hours / negotiable after normal hours; additional info as per contract)

**TELEPHONE CONFERENCE OR LEGAL CONFERENCE:**

$250.00 for every 15 minutes.

**INDEPENDENT MEDICAL EVALUATIONS (IME):**

Includes: Patient consultation, basic MRI film review: $1,000.00.
          Thereafter, additional $1,000.00 for every 1 hour of medical record review and
          preparation of document/report.
          Pre-payment of $5,000 will be required if voluminous records.

**EXPERT WITNESS:**

Pre-payment of $5,000 (NON-REFUNDABLE) Includes 5 hrs of Medical Records Review/ writing report, research,
etc..
Thereafter, additional $1,000.00 for every 1 hour of medical record review and
preparation of document/report.

Exhibit L

2

**ALL SERVICES LISTED ABOVE REQUIRE PRE-PAYMENT\***
*\*Fee Schedule subject to change without notice\**



**Dr Brown's Trials**

| | DATE | CASE NUMBER | COURT | COUNTY | STATE | Pt Name | Plaintiff or Defense |
|---|---|---|---|---|---|---|---|
| 1 | 1/29/2009 | 06CA000262MB | 15th | Palm Beach | FL | Terri Riba | P |
| 2 | 3/30/2009 | 50-2008CA027005 | 15th | Miami | FL | Uriel Tinoco | P |
| 3 | 11/17/2009 | 11-20191 | 17th | Broward | FL | Malcolm Dixon | P |
| 4 | 8/1/2011 | 50-2008CA027005 | 15th | Palm Beach | FL | Thais Camacho | P |
| 5 | 4/19/2012 | 10-34411 | 17th | Broward | FL | Thomas Scog | P |
| 6 | 5/9/2012 | 11-20191 | 17th | Broward | FL | Ronald Belhomme | P |
| 7 | 4/24/2013 | 01-21453CA21 | 11th | Miami Dade | FL | Cindy Rolands | P |
| 8 | 11/13/2013 | 11-2829408 | 17th | Broward | FL | Jerome Times | PL |
| 9 | 11/14/2013 | 08-46176 CA10 | 11th | Miami Dade | FL | Caridad Dominguez | P |
| 10 | 3/5/2014 | 502011CA020761 | 15th | Palm Beach | FL | Neil Kauffman | P |
| 11 | 3/27/2014 | 502012CA016803 | 15th | Palm Beach | FL | Frank Sanzo | D - Exp |
| 12 | 4/17/2014 | 09-010815(05) | 17th | Broward | FL | Dezlin Anglin | P |
| 13 | 6/11/2014 | 10C01-1203-CT-046 | Circuit Court 1 | Clark | IN | Joseph Kannapel | P |
| 14 | 10/29/2015 | 11-006140(03) | 17th | Broward | FL | Stephanie Goodrich | P |
| 15 | 5/23/2017 | BC537381 | | Los Angeles | CA | Eric El-Tobgy | P - Exp |
| 16 | 3/10/2022 | 2018-CA-13297 | Orange Cty | Orlando | FL | Carol Reed | D - Exp |
| 17 | 3/10/2022 | 2019-CA-000790 AN | Osceola Cty | Kissimmee | FL | Raphael Rodriguez | D - Exp |

Exhibit M

Depositions

|  | Date | Attorney Requesting | Case # | Court | State | Pt Name |
|---|---|---|---|---|---|---|
| 1 | 2/11/2008 | Sandy Topkin | | | FL | Vilmane Guerrier |
| 2 | 2/22/2008 | Victor Malca | | | FL | Kenneth Jaeger |
| 3 | 3/14/2008 | Robert Fenstersheib | 06-008946 | 17th | FL | Karen Brogan |
| 4 | 4/10/2008 | Robert Fenstersheib | 200631845 | 7th | FL | Margie Marlow |
| 5 | 4/21/2008 | Jeffrey Wolfson | 07-003955 | 17th | FL | Rhonda Hilburn |
| 6 | 4/28/2008 | Jeffrey Wolfson | 502005CA011234 | 15th | FL | Osinachi Nwosa |
| 7 | 6/2/2008 | | | | | Mayda Morales |
| 8 | 8/7/2008 | John Hickey | | | FL | Santiago Martinezq |
| 9 | 8/21/2008 | | | | | Martin Gallagher |
| 10 | 8/25/2008 | Rebecca Nachlas | | | FL | Mary Watson |
| 11 | 9/12/2008 | | | | | Christie Dunlap |
| 12 | 10/2/2008 | Scott Sobol | 502007CA012034 | 15th | FL | Gary Katz |
| 13 | 10/2/2008 | Scott Sobol | 502007CA012034 | 15th | FL | Sharon Katz |
| 14 | 10/17/2008 | Dan Grissom | 06CA000262MB | 15th | FL | Terri Riba |
| 15 | 11/25/2008 | William Ruggiero | 08-30616CA15 | 11th | FL | Emilia Silva |
| 16 | 12/8/2008 | Eric Sandler | | | | William Huggins |
| 17 | 1/20/2009 | Michael Heinman | | | | Diana Viras |
| 18 | 8/13/2009 | Masnikoff & Sternberg | 08-031106DAL | OJCC | FL | Gene Digiacomo |
| 19 | 8/20/2009 | | | | | Kurt Taylor |
| 20 | 9/22/2009 | | | | | Katrina Jenkins |
| 21 | 10/22/2009 | | | | | Cheryl Davis |
| 22 | 11/11/2009 | Mark Egner | 07-014743 | 17th | FL | Leonard Lebrun |
| 23 | 2/26/2010 | Steve Farbman | 07-018621GCC | OJCC | FL | Marco Valdes |
| 24 | 3/4/2010 | Evan Krakauer | | | | Tammy Joseph |
| 25 | 4/9/2010 | Chris Lanza | 0324806 | 17th | FL | Kathryn Farber |
| 26 | 4/15/2010 | Robert Fenstersheib | 09-043248 | 17th | FL | Dorothy Matuszkal |

Depositions

| 27 | 6/10/2010 | | | | | Audrey Finn |
|---|---|---|---|---|---|---|
| 28 | 8/12/2010 | Raphael Roca | 502009CA032399 | 15th | FL | Osmany Mijares |
| 29 | 9/23/2010 | Denise Baker | CACE08049309 | 17th | FL | Quinn Daughtry |
| 30 | 11/1/2010 | Jeff Kirby | CACE10-010126 | 17th | FL | Robert Mendola |
| 31 | 12/9/2010 | Richard Meehan | 502010CA012205 | 15th | FL | Dale Severson |
| 32 | 12/17/2010 | Malcolm Purow | 502008CA027005 | 15th | FL | Thais Camacho |
| 33 | 2/22/2011 | Richard Bolton | 0918387CA20 | 11th | FL | Jorge Nunez |
| 34 | 3/8/2011 | Jeffrey Weisser | 502010CA008609 | 15th | FL | Jose Ramirez |
| 35 | 3/15/2011 | Tom Spall | 502009CA037511 | 15th | FL | Kimberly Armstrong |
| 36 | 3/22/2011 | Craig Goldenfarb | 502010CA014359 | 15th | FL | Michelle Barnes |
| 37 | 4/7/2011 | Barry Snyder | 2010CA17099 | 9th | FL | Sonya Hightower |
| 38 | 5/4/2011 | Bill McAfee | 10-05805CA | 17th | FL | Brendan Hicks |
| 39 | 5/23/2011 | Garrett Biondo | 50-2010CA029719 | 15th | FL | Jeffrey Gesten |
| 40 | 6/6/2011 | Rafael Roca | 502010CA025892 | 15th | FL | Brenda Lopez |
| 41 | 6/28/2011 | Andy Custer | 502009CA024433 | 15th | FL | Reinaldo Giraldo |
| 42 | 11/16/2011 | Steinger, Iscoe | 1160170-CIV-SEITZ/SIMONTON | USDC SFL | FL | Tami Mora |
| 43 | 12/5/2011 | Mayer Gattegno | 10-42234 | 17th | FL | Fitzroy Riley |
| 44 | 2/8/2012 | Sam Coffey | 2011-02690-CA-01 | 11th | FL | Faith Housen |
| 45 | 4/18/2012 | Craig Goldenfarb | 11-269CA | 19th | FL | Stuart Mackinnon |
| 46 | 5/17/2012 | Richard Bolton | 09-037210 | 17th | FL | Luis Llanes |
| 47 | 6/18/2012 | Mayer Gattegno | 09-010814 | 17th | FL | Dezlin Anglin |
| 48 | 7/9/2012 | John Hickey | 11-24346-CIV-ALTONAGA/Simonton | USDC SFL | FL | Jeffrey Weingart |
| 49 | 7/18/2012 | Richard Bolton | 08-46176CA10 | 11th | FL | Caridad Dominguez |
| 50 | 1/22/2013 | Jeff Kirby | 502011CA007508 (AF) | 15th | FL | Howard MacCann |
| 51 | 1/23/2013 | Richard Bolton | 0846176CA10 | 11th | FL | Caridad Dominguez |

Depositions

| 52 | 1/28/2013 | Cheven, Keely & Hatzis-NY | | | NY | Joan Sisson |
|---|---|---|---|---|---|---|
| 53 | 2/25/2013 | Sandy Topkin | 10 CA 026248 (AE) | 15th | FL | William Eldred |
| 54 | 2/26/2013 | DavidGaspari | 502011CA014537 | 15th | FL | Gayla Christensen |
| 55 | 4/24/2013 | Steinger, Iscoe | 11 31787(04) | 17th | FL | James Liberto |
| 56 | 10/7/2013 | Regina Murphy | CACE 10-031491 (14) | 17th | FL | Jacqueline Aikens |
| 57 | 10/15/2013 | Thomas McCausland | CACE 10021831 (21) | 17th | FL | Lawrence Giardina |
| 58 | 11/21/2013 | Peter Palmer | Case No. 10C02-1203-CT-046 | No.2 | IN | Joe Kannapel |
| 59 | 1/16/2014 | Renee Brant | 502012CA015526 | 15th | FL | Kathleen Collie |
| 60 | 3/21/2014 | Kerri Utter Esq. | 13000986CA | 19th | FL | Joy Jennings |
| 61 | 5/8/2014 | Jonathan Liss Esq. | 502012CA019918 MB | 15th | FL | Marlene Runge |
| 62 | 5/21/2014 | Michael Drahos Esq. | 12-44672CA11 | 11th | FL | Leta Middleton |
| 63 | 6/25/2014 | Marks Emanuel | 502012CA007459 | 15th | FL | Sean Prosser |
| 64 | 8/14/2014 | Farah Fugett-Mullen Esq | 10-03149(14) | 17th | FL | Jacqueline Aikens |
| 65 | 9/15/2014 | Tom Buser Esq | 11-028742(14) | 17th | FL | Wilfredo Hernandez |
| 66 | 2/13/2015 | Arthur Garel, P.A | 07-35250 CA | 11th | FL | Jeffrey Garnett |
| 67 | 3/6/2015 | Lane Verebay Esq. | 14-2814 CACE | 17th | FL | Roger Forbes |
| 68 | 3/20/2015 | John Montevideo Esq. | 30-201300645003 | Orange County | CA | George Handgis |
| 69 | 4/16/2015 | Berman&Berman | 14-018527 | 17th | FL | Ligia Cortes |
| 70 | 5/28/2015 | Goldman & Daszkal P.A | 3:14cv-851-J-39PDB | Jacksonville Div | FL | Timothy Robinson |
| 71 | 6/4/2015 | Jaime J. Baca Esq. | CACE-13-023517 | 17th | FL | David Grad |
| 72 | 7/9/2015 | Jennifer Lucy Esq (United Auto) | 12-3054CONO73 | Civil/Broward County | FL | Gladys Chaparro |
| 73 | 7/22/2015 | Tracy Prewitt Esq. | 82D03-1312-MI-05570 | Superior Court 3 | IN | Karel Byers |
| 74 | 7/29/2015 | Rusell Karr Esq | 11-27509-CA-10 | 11th | FL | Joaquin Rojas |
| 75 | 8/13/2015 | Gregory Reed Esq. | 11-25784 CACE25 | 17th | FL | Susan baldwin |

Depositions

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 9/29/2015 | Schochor, Federico & Staton PA |  |  | MD | Beverly Kempler |
| 76 | 9/30/2015 | Barry Mittelberg, P.A | CACE 13-014716 | 17th | FL | Naomi Dharamdas |
| 77 | 10/20/2015 | Michael Amezaga Esq | 2014 31356 CICI | 31 Perkins/Volusia County | FL | Viola Reid |
| 78 | 10/27/2015 | Schochor, Federico & Staton PA | 24C14006965 MM | Circuit Court | MD | Bevrly Kempler |
| 79 | 12/2/2015 | Daniel L. Hannula Esq. | 12-2-20293-1 | State of Washington | WA | Joan Bryant & Reba Golden |
| 80 | 1/11/2016 | Daniel B. Vinovich Esq. | 45D01-1411-CT-00247 | State of Indiana | IN | Lawrence Smith |
| 81 | 2/5/2016 | Alex Hunt Esq. | 13-000889 CA 25 | Dade County 11th | FL | Joseph Gautier |
| 82 | 2/25/2016 | Howard Grossman Esq. | CACE13-004753 (04) | Broward County 17th | FL | Marjeta Prekelezaj |
| 83 | 6/1/2016 | Melvin B Wright Esq | 135478MBW | Duval County |  | Michael Spradlin |
| 84 | 7/28/2016 | Rue & Ziffra | 2014-30013-CICI | Volusia County 7th | FL | Danielle Dambrosio |
| 85 | 8/12/2016 | David Marguiles, Esq. | BC537381 | Los Angeles County | CA | Eric El-Tobgy |
| 86 | 8/15/2016 | Marc Kaufman, Esq. | 14-06959 CA 01 | Dade County 11th | FL |  |
| 87 | 9/8/2016 | John Murphy, Esq. | 16-004611 (13) | Broward County 17th | FL |  |
| 88 | 10/18/2016 | Philip Federico, Esq. | 03-C-16-000782 | Baltimore County | MD |  |
| 89 | 12/6/2016 | Mariano Garcia, Esq. |  | Palm Beach County | FL | Brooks Rose-Depierro |
| 90 | 12/7/2016 | Ind Cont FLMedAssoc |  | Volusia County | FL |  |
| 91 | 1/27/2017 | Schlesinger Law Offices | CACE-14-018303 (5) | Broward County 17th | FL | Don Dawson |
|  | 3/1/2017 | Travis Little, Esq. |  |  | GA | Isabelle Tavarres |
| 93 | 3/8/2017 | Mapp & Parker, PA |  |  | FL |  |
| 94 | 4/11/2017 | Richard Bolton, Esq. | 8:16-cv-00349-RAL-AAS | Tampa Division | FL |  |
| 95 | 6/12/2017 | Cindy Goldstein, Esq. | CACE-22043 (12) | Broward County 17th | FL |  |
| 96 | 6/14/2017 | Scott Miller, Esq. | 2016-10904-CIDL | Volusia County | FL |  |
| 97 | 6/26/2017 | Mapp & Parker, PA |  |  | FL |  |

Depositions

| | | | | | | |
|---|---|---|---|---|---|---|
| 98 | 6/26/2017 | Paul Padda, Esq. | | Clark County | NV | |
| 99 | 10/14/2016 | Scott Miller, Esq. | 2016-10904-CIDL | Volusia County | FL | |
| 100 | 10/21/2016 | Mickael Falkowski,Esq. | 2015-11380-CIDL | Volusia County | FL | |
| 101 | 1/4/2018 | King & Markman, PA | 2015-CA-008080-0 | Orange County | FL | |
| 102 | 1/16/2018 | Rick Kolodinsky, PA | 2017 30439 CICI | Volusia County | FL | |
| 103 | 1/23/2018 | King & Markman, PA | 2015-CA-008080-0 | Orange County | FL | |
| 104 | 3/3/2018 | Zane Wilson, Esq. | | Anchorage | AK | Hope Solberg |
| 105 | 3/13/2018 | Julie Hagar, Esq. | 3AN-15-11352 CI | Broward County 17th | FL | |
| 106 | 7/10/2018 | Scott Miller, Esq. | | Hillsborough County | FL | Jonna Lemieux |
| 107 | 10/11/2018 | Mark Hungate, Esq. | 2016-CA4548F | St. Petersburg District | FL | |
| 108 | 3/26/2019 | Gilbert Dickinson, Esq. | OJCC #17-028509SLR | Colorado | CO | Samuel Chifalo |
| 109 | 3/28/2019 | Kristin Pierson, Esq. | 2018CV30092DOI | DeKalb County, Georgia | GA | |
| 110 | 6/11/2019 | Michael Moran, Esq. | 15A54916E3 | Osceola County, Florida | FL | |
| 111 | 8/13/2019 | Matthew Haynes, Esq. | 18-2015-CA-000533 | Broward County, 17th | FL | |
| 112 | 7/8/2020 | Scott Liotta, Esq. | CACE: 12-022043 12 | | FL | |
| 113 | 7/10/2020 | Todd Baker, Esq. | | Palm Beach County, 15th | FL | |
| | 4/1/2021 | Mathew Hayes, Esq. | CACE-15-019499 (13) | Broward County, 17th | FL | Patricia Andurai |
| 114 | 6/17/2021 | Robin Khanal, Esq. | 2017CA004447XXXXB GAG | Orange County, 9th | FL | Carol Reed |
| 115 | 6/17/2021 | Will Bates, Esq. | 2018-CA-013297-0 | Orange County, 9th | FL | David Young |
| 116 | 6/23/2021 | Will Bates, Esq. | 2017-CA-003791-0 | Orange County, 9th | FL | David Young |
| | 7/23/2021 | Jade Gummer, Esq. | 2017-CA-003791-0 | Brevard County, 18th | FL | Janette Doucette |
| | 1/14/2022 | Ronald Harrop, Esq. | 2017-CA-000790 AN | Orange County, 9th | FL | Rafael Rodriguez |
| | 1/25/2022 | Newlin Law | 2020-CA-010345-O | Orange County, 9th | FL | Maria Marrero |
| | 3/28/2022 | Elizabeth Plummer, Esq. | 2017-CA-11186-0 | Orange County, 9th | FL | Richard Reinecker |

**Depositions**

| Plaintiff or Defense |
|---|
| PL E fall |
| PL Auto |
| PL PI- other |
| PL |
| PL Auto |
| PI other |
| PL |
| PL E   Mar |
| |
| PL Auto |
| |
| PL Auto |
| PL Auto |
| PL PI - other |
| PL Fall |
| PL E fall |
| Def |
| PL Auto |
| |
| |
| PL Auto |
| PL WC |
| |
| PL Auto |
| PL Auto |

**Depositions**

| |
|---|
| PL Auto |
| PL E WC |
| PL Auto |
| PL Auto |
| PL Fall |
| PL Auto |
| PL Auto |
| PL Auto |
| PL Fall |
| PL Auto |
| PL Fall |
| PL Auto |
| PL Auto |
| PL Auto |
| PL PI - other |
| PL Auto |
| PL E Fall |
| PL Auto |
| PL Auto |
| PL Auto |
| PL E Mar |
| PL Fall |
| PL Auto |
| PL Fall |

**Depositions**

| |
|---|
| PL WC |
| Def Auto |
| PL Fall |
| PL Auto |
| PL Auto |
| PI Auto |
| PL E MedMal |
| Def MedMal |
| Def Med Mal |
| PL Auto |
| PL Auto |
| PL Fall |
| PL Auto |
| PL PI other |
| PL |
| PL Auto |
| PL E PI other |
| PL Auto |
| PL Auto |
| PL Auto |
| PL Auto |
| PL E MedMal |
| PL Auto |
| PL Fall |

**Depositions**

| |
|---|
| PL E MedMal |
| PL Auto |
| PL Auto |
| PL E Med Mal |
| PL E Med Mal |
| PL E Med Mal |
| PL Auto |
| PL Auto |
| PL E PI other |
| PL Fall |
| PL E Medmal |
| PL Auto |
| PL Auto |
| PL E Medmal |
| PL E Medmal |
| PL Auto |
| PL E Medmal |
| PL E Auto |
| PL Auto |
| PL E Fall |
| PL Auto |
| PL Auto |
| PL Auto |

**Depositions**

| |
|---|
| PL E Medmal |
| PL Auto |
| PL Auto |
| PL Auto |
| PL Auto |
| PL Auto |
| PL E Medmal |
| PL Auto |
| PL E Medmal |
| PL WC |
| Def E Medmal |
| Def E Medmal |
| PL Auto |
| PL Auto |
| PL Auto |
| PL Auto |
| PL Auto |
| Def E Pl other |
| PL Auto |
| PL Auto |
| Def E Fall |
| Def Auto |
| PL Auto |
| Def Auto |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BRENDA PENA and PEDRO PENA,

        Plaintiffs,

vs.                                  CASE NO.: 3:21-CV-1094

GOVERNMENT EMPLOYEES INSURANCE
COMPANY and OWNERS INSURANCE COMPANY,

        Defendants.
_____/

**<u>DEFENDANT GOVERNEMENT EMPLOYEES INSRUANCE
COMPANY'S RULE 26(A)(2) EXPERT DISCLOSURES</u>**

GOVERNMENT EMPLOYEES INSRURANCE COMPANY ("GEICO"),
pursuant to Fed. R. Civ. P. 26(a)(2), makes the following disclosures pursuant to the
Court's Order dated November 4, 2021 and states as follows:

A.

      Richard Greer, M.D.
      Department of Psychiatry, Florida Healthcare Plans
      3 Tomoka View Drive
      Ormond Beach, FL 32174
      (904)295-3685

<u>Testimony:</u>  Dr. Greer specializes in Neuropsychiatry. It is anticipated that Dr. Greer
will testify concerning his interview of Plaintiff and the results produced from
neuropsychiatric examination and testing with Plaintiff. His opinions will be based

upon his training, education, experience, and interview and/or examination. Defendant will provide a copy of Dr. Greer's report upon receipt.

Qualifications of expert:  Attached is a copy of Dr. Greer's Curriculum Vitae. (See Exhibit A)

Compensation to be paid to expert:  Dr. Greer has been paid $4,000.00.   Attached is Dr. Greer's fee schedule.   (See Exhibit B)

List of case in which the expert has testified: Attached is Dr. Greer's testimony history (See Exhibit C).

<div align="center">B.</div>

> Dr. James Demery
> Neuropsychological Sciences, LLC
> 330 NW 76th Drive
> Suite B
> Gainesville, FL 32607
> (352)359-7620

Testimony:  Dr. Demery specializes in Neuropsychology. It is anticipated that Dr. Demery will testify concerning his interview of Plaintiff and the results produced from the mental status neuropsychological examination and testing completed with Plaintiff. His opinions will be based upon his training, education, experience, and interview and/or examination. Defendant will provide a copy of Dr. Demery's report upon receipt.

Qualifications of expert:  Attached is a copy of Dr. Demery's Curriculum Vitae. (See Exhibit D)

<u>Compensation to be paid to expert:</u>   Dr. Demery has been paid $4,000.00 for his review of medical records, films and Compulsory Exam of Brenda Pena.   Attached is Dr. Demery's fee schedule. (See Exhibit E)

<u>List of case in which the expert has testified:</u> Attached  is  Dr.  Demery's  testimony history. (See Exhibit F)

<div align="center">C.</div>

Daniel Cousin, M.D.
304 Indian Trace #884
Weston, FL 33326

**Testimony:** Dr. Cousin is a radiologist. It is anticipated that Dr. Cousin will testify concerning numerous MRI images of Plaintiff. Attached is a copy of Dr. Cousin's report. (See Exhibit "G"). Additional images are pending review by Dr. Cousin.

**Qualifications:** Attached is a copy of Dr. Cousin's Curriculum Vitae. (See Exhibit "H").

**Compensation:** Dr. Cousin has been paid $3,500 for his review of the medical imaging and reports on Plaintiff. Attached is a copy of Dr. Cousin's fee schedule. (See Exhibit "I").

<div align="center">D.</div>

N. Neil Brown, MD, PhD
2855 Gulf to Bay Blvd., Apt. 8310
Clearwater, FL 33759

**<u>Testimony:</u>** Dr. Brown specializes in Neurological Surgery and Biomechanical engineering. It is anticipated that Dr. Brown will testify concerning any medical condition of Plaintiff, treatment and prognosis, causation of any medical condition, and the forces and mechanics of any injury to Plaintiff. His opinions will be based upon his medical training, education, experience, his review of the facts relative to the accident, a review of medical records, testimony, photographs, diagnostic testing, and the forces and mechanics of any injury in this matter. Defendant will provide a copy of Dr. Brown's report upon receipt.

**<u>Qualifications:</u>** Attached is a copy of Dr. Brown's Curriculum Vitae. (See Exhibit "J").

**<u>Compensation:</u>** Dr. Brown has been paid $5,000. Attached is a copy of Dr. Brown's fee schedule. (See Exhibit "K").

**<u>Testimony History:</u>** Attached is Dr. Brown's testimony history. (See Exhibit "L").

***INTENTIONALLY LEFT BLANK***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the within document with the Clerk of Court by using its CM/ECF system; which will, in turn, electronically transmit notice to all counsel of record, this 29th day of April, 2022.

<div style="margin-left: 40%;">

**/s/ Peter S. Roumbos**
PETER S. ROUMBOS, ESQUIRE
Florida Bar No. 613932
Quintairos, Prieto, Wood & Boyer, P.A.
114 East Gregory Street, 2nd Floor
Pensacola, Florida 32502
(850) 434-6490 [voice]
(850) 434-6491 [facsimile]
peter.roumbos@qpwblaw.com
leigh.hathaway@qpwblaw.com
justin.schipani@qpwblaw.com
melissa.smith@qpwblaw.com
Attorneys for Defendant GEICO

</div>

1

# CURRICULUM VITAE

**NAME:**                Richard Alden Greer, M.D.
**BIRTHDATE/PLACE:**    August 14, 1958/ New York, New York

**PRESENT ADDRESSES:**       Dept. of Psychiatry, Florida Healthcare Plans
                               3 Tomoka View Drive, Ormond Beach, Fl. 32174
                               Cell 386 290 5963 Office 904 295 3685

**APPOINTMENTS HELD:**       Clinical Associate Professor
                               Department of Psychiatry
                               Florida State University
                               2010-present.

Chairman, Dept. of Psychiatry
Halifax Health
Clinical Associate Professor
Florida State University
Daytona Beach, Fl.
2010 – 2019.

Adjunct Clinical Associate Professor
Family Practice Residency Program
Halifax Medical Center
Daytona Beach, Fl.
2010-present.

Medical Director, NPEU, Shands Hospital
Associate Professor, Department of Psychiatry
University of Florida, College of Medicine
Gainesville, Fl. 32610
2007-2009

Co-Director, Forensic Institute
University of Florida, College of Medicine
Gainesville, Fl. Vero Beach, Fl.
2008-2009

Medical Director
Halifax Behavioral Services
Child, Adolescent & Adult Psychiatry
841 Jimmy Ann Drive
Daytona Beach, Fl. 32117
2002-2007

Chairman, Department of Psychiatry
Reception and Medical Center
State of Florida, DOC
Gainesville, Fl.
2003-2005


EXHIBIT
tabbies
A

Richard A. Greer, M.D.
Curriculum Vitae

Page 2

Halifax Medical Center
Department of Psychiatry
Adult & Geriatric Inpatient Psychiatry
303 N. Clyde Morris Blvd.
Daytona Beach, Fl. 32118
2002-2007

Medical and Literary Professional Consultants
Private Practice Forensic Consultation
Gainesville, Fl.
2002-2007

Associate Professor (tenured)
Department of Psychiatry
Department of Neurology (combined appointment)
University of Florida
College of Medicine
1990-2002

Chief, Division of Forensic Psychiatry
Director, Fellowship in Forensic Psychiatry
Department of Psychiatry
University of Florida
Gainesville, FL
1993 – 2002

Director, Chronic Pain Clinic
Department of Psychiatry
Shands Hospital, Gainesville, Florida
1996 – 2002

Associate Director
Geriatric Psychiatry Fellowship
Department of Psychiatry
University of Florida
1995-2002

Associate Director
Addiction Psychiatry Fellowship
Department of Psychiatry
University of Florida
2000-2002

Richard A. Greer, M.D.
Curriculum Vitae

Page 3

Staff Physician
Department of Psychiatry
Gainesville Veterans Administration Hospital
Gainesville, Florida
1990 – 2000.

**WORK ADDRESS:**

Department of Psychiatry, Halifax Health
303 N. Clyde Morris Blvd
Daytona Beach, Fl. 32114
Phone: 386 254 4080

Halifax Behavioral Services
841 Jimmy Ann Drive
Daytona Beach, Fl. 32117
386 274 5333

**EDUCATION:**

P.K. Yonge Laboratory School High School
University of Florida
Gainesville, Florida
Honors: Valedictorian

Harvard University
Cambridge Massachusetts
B.A. Degree
1976 - 1980
Honors: Magna cum Laude

University of Florida, College of Medicine
Gainesville, Florida
M.D. Degree
1981 - 1985
Honors: Peter Regan, M.D., Psychiatry Award

Harbor-UCLA Medical Center
Torrance, California
Internship and Residency - Psychiatry
1985 - 1989
Honors: Chief Resident 1987 - 1988

Forensic Psychiatry Fellowship
University of Florida, Gainesville, Florida
Division of Forensic Psychiatry
1990-1992

Richard A. Greer, M.D.
Curriculum Vitae

Page 4

**CERTIFICATIONS:**           Diplomate,  National Board of Medical Examiners.  June, 1986

Minnesota Multiphasic Personality Inventory (MMPI-2) CME certified in administration, scoring and interpretation of MMPI-2.

**BOARD CERTIFICATIONS:**     American Board of Psychiatry and Neurology, Psychiatry, April, 1991

American Board of Psychiatry and Neurology, Forensic Psychiatry, October, 2005

American Board of Psychiatry and Neurology, Geriatric Psychiatry, June, 1994

American Board of Psychiatry and Neurology, Addiction Psychiatry, July, 1998

(The above board certifications are recognized and approved by the American Board of Medical Specialties, through the American Board of Psychiatry and Neurology.)

**Licensure:**                State of Florida ME: 54897

**POSITIONS HELD:**           Examiner, American Board of Psychiatry and Neurology, 1994 – Present

Medical Director, Halifax Behavioral Services
Halifax Health
Daytona Beach, Fl. 2005-2007

Chief, Division of Forensic Psychiatry
University of Florida
Gainesville, FL   1992-2002

Medical Director
Department of Psychiatry
Shands Hospital, University of Florida
Gainesville, FL 1998-2000

Richard A. Greer, M.D.
Curriculum Vitae

Page 5

Director, Consultation and Liaison Service
Department of Psychiatry
University of Florida, Gainesville, FL
1994-1998

Attending Psychiatrist and Director
Electroconvulsive Therapy Service
University of Florida, Shands Hospital
Gainesville, FL
1993-1998

Associate Director, Geriatric Psychiatry Fellowship
University of Florida, Shands Hospital
Gainesville, FL
1994 - 2002

Co-Director, Sleep Disorders Center
University of Florida
Gainesville, FL
1991-2002

Co-Director, Anxiety Disorders Unit
Adult Psychiatry Outpatient Clinic
University of Florida, Gainesville, Florida
1992 - 1993

Assistant Professor of Psychiatry
University of Florida
Gainesville, FL
1990-1995

Medical Director, Chemical Dependency Unit
Sarasota Palms Hospital
Sarasota, FL
1989-1990

University of Florida, Faculty Senate
College of Medicine Representative
1996-1997

Head of Quality Assurance/Risk Management Committee
Sarasota Palms Hospital
1989 - 1990

Richard A. Greer, M.D.
Curriculum Vitae

Page 6

Pharmacy and Therapeutic Committee Member
Shands Hospital, Gainesville, FL
1992-2000

Administrative Chief Resident and Resident
Representative to Faculty, Education Committee and
Resident Selection Committee
Harbor UCLA Medical Center, Department of Psychiatry

Chairman, Curriculum Committee for Residency
Education - Department of Psychiatry
University of Florida
Gainesville, FL
1991-1992,

Fellow, Forensic Psychiatry Division
University of Florida
Gainesville, FL
1990-1991

Associate/Consulting Medical Staff
Northeast Florida State Hospital
Macclenny, FL
1990-1991

Associate Medical Staff in Forensic Psychiatry
North Florida Evaluation and Treatment Center
Gainesville, FL  1990-2002

Assistant Director and Attending Psychiatrist
Adult Psychiatry Inpatient unit
University of Florida
Gainesville, FL
1990-1991

**SOCIETIES:**                   American Academy of Psychiatry and the Law
819 Park Avenue
Baltimore, Maryland  21201

Florida Psychiatric Society
P.O. Box 10002
Tallahassee, Florida 32302

Richard A. Greer, M.D.
Curriculum Vitae

Page 7

American Medical Association
535 North Dearborn Street
Chicago, Illinois 60610

American Psychiatric Association
1400 K Street, N.W.
Washington, D.C. 20005

Alachua County Medical Society/Florida Medical Association
234 S W 2nd Avenue
Gainesville FL 32601-6256

**RESEARCH/GRANTS:**

1992- 1994     Cato Research Ltd.
A Study of Pramiracetam in Depressed Inpatients Undergoing
Electroconvulsive Therapy.
Researcher ($30,000).

1993-1994  Abbott Laboratories
Safety and Efficacy of Depakote in the Prevention of Mania
in Patients with Bipolar Disorder
Researcher ($117,000)

1996-1997     Division of Sponsored Research
Transcranial Magnetic Stimulating in Treatment of Depression
Principal Investigator ($25,000)

2001    Pfizer Pharmaceutical
Educational Preceptorship Grant
Director ($7,000)

**TEACHING/HONORS:**

North

Listed in Best Doctors for 2001-2002, 2006-2007, 2007-2008, 2008-
2009, 2009-2010-- (10 yr. data base including 31,000 physicians in
America)

American Medical Association
Physician Recognition Award
1997-98

Outstanding Young Americans, 31st Anniversary Edition - 1998

Listed in Best Doctors in America, Southeast Region
1996-1997

Richard A. Greer, M.D.
Curriculum Vitae

Page 8

                          Teacher of the Year, University of Florida Psychiatry Residents
                  Association, 1994-1995

                          College of Medicine, Senior Class Advisor, University of Florida
                          1994-1995

**COMMITTEE WORK:**      College of Medicine Faculty Council
                          University of Florida
                          2000-2001

                          Association of Fellowship Directors
                          American Academy of Psychiatry and the Law
                          1992-2002

                          Department of Psychiatry Curriculum Committee
                          University of Florida, Gainesville, FL  1991-1992

                          Pharmacy and Therapeutic Committee
                          Shands Hospital, Gainesville, FL - 1992-2001

                          Bylaws Committee
                          American Academy Psychiatry and Law - 1993-1998

                          Mission Representative and Interviewer: Harvard College
                          1994-present

                          Alachua County Substance Abuse Policy Board
                          Gainesville, FL   1994-1999

                          North Florida Evaluation and Treatment Center Advisory
                  Committee – 1995 - 2001

                          National Psychiatry Speakers Alliance -
                          Pfizer  Pharmaceutical
                          Toronto, Canada,  May 1998

                          Psychiatry Advisory Council
                          Pfizer Pharmaceutical
                          New York, New York  -  1998-1999

Richard A. Greer, M.D.
Curriculum Vitae

Page 9

**PEER REVIEW JOURNALS/ARTICLES**

Greer RA, Ware M, Grauer K:  Sex After Sixty.  <u>Family Practice Recertification</u>,  May, 1991.

Waldman, AJ, Marchese MJ, Greer, RA:  Pseudocyesis in a Schizophrenic Woman of Child-Bearing Age.  <u>Psychosomatics</u>. 33(3):360-1, 1992

Greer RA, Herkov MJ:  Erectile Dysfunction in Geriatric Males:  Diagnosis and Treatment.  <u>Family Practice Recertification</u> December, 1992

Greer RA & Stewart R:  Electroconvulsive Therapy in Geriatric Patients with Hyponatremia.  <u>American Journal of Psychiatry</u>, August, 1993.

Herkov MJ, Gordon RA, Greer RA:  Differences Between Adolescent and Adult Perceived MMPI Item Subtlety.  <u>Journal of Personality Assessment</u>. 62(1), 9-16, 1994

Evans DL, Byerly MJ, Greer RA:  Secondary Mania: Diagnosis and Treatment.  <u>J Clin Psychiatry</u>.  56:suppl 3:31-37, 1995.

Greer RA, Herkov MJ & Hill LL:  Sexuality within a Russian Geriatric Sample: A Pilot Study.  <u>Psychological Reports.</u> 74:491-494. 1994

Herkov MJ, Greer RA, Blau BI, McGuire JM, & Eaker D:  "Bulimia: An Empirical Analysis of Psychodynamic Theory",  <u>Psychol Reports.</u> 75:51-56. 1994

Shaw T, Herkov MJ, & Greer RA:  "Prediction of Treatment Outcome Among Incarcerated Sex Offenders."  <u>Bull Am Acad Psychiatry Law</u>, 23:1. 1995

Repetitive Transcranial Magnetic Stimulation to the Right Pre-Frontal Cortex in Depressed Patients.  American Psychiatric Association Syllabus Annual Meeting.  p149, June 1998.

Triggs WJ, McCoy KJM, Greer R, Rossi F, Bowers D, Kortenkamp S, Nadeau SE, Heilman KM, Goodman WK; Effects of Left Frontal Transcranial Magnetic Stimulation on Depressed Mood, Cognition and Corticomotor Threshold.  <u>Biological Psychiatry</u>.  (In Press), 1999.

McCoy K, Greer R, Triggs W, Bowers, D:  Mood and Cognitive Effects of Repetitive Transcranial Magnetic Stimulation.  International Neuropsychological Society, 27th Annual Meeting.  Boston, MA, February 10-13, 1999

Greer, R.  The Neuropsychiatric Examination of Closed Head Injuries.  Legal Minds Law Review,  Volume I, Issue I, Spring, 2000.

Greer, R, Justice J, Finkenbine R, Schwartz-Watts, D:  The Standard of Care in Outpatient Psychiatric Practice.  American Academy of Psychiatry and Law Syllabus Annual Meeting.  Vancouver, BC.  October 2000

Richard A. Greer, M.D.
Curriculum Vitae

Page 10

Greer, R, Kenworthy, P, Stetson, R, Newman:  The Effects of Divalproex Sodium Treatment of Incarcerated Violent Offenders.  American Psychiatric Association Syllabus.  Annual Meeting.  New Orleans, LA.  May 2001..

Nadeau, S., McCoy K, Crucian G., Greer RA., Rossi F., Bowers D., Kortenkamp S., Goodman W., Heilman K., Triggs W. Cerebral Blood Flow Changes In Depressed Patients Following Treatment With Repetitive Transcranial Magnetic Stimulation. Neurology, (In Press) 2002.

**PUBLICATIONS:**

Greer RA:  Drug and Alcohol Abuse.  Suncoast Health Magazine. February, 1990

Greer RA:  Allaying Concerns About Halcion.  Patient Care.  November, 1991.

Greer RA:  Anorexia in the Elderly - Audio-Digest Psychiatry.  December, 1991 Vol. 20 No. 20-23.

Greer RA:  Biology and Treatment of Bipolar Disorder - Use of Antidepressants. Audio Digest Foundation, The Spoken Medical Journals.  Vol 22, No, 24, December 20, 1993

**PUBLICATIONS: (Submitted):**

Greer RA:  A Sexual History for the Geriatric Patient.  (submitted)

Greer RA:  Use of Zolpidem Tartrate in Depressed ECT Patients.  (submitted)

Greer RA, Herkov MJ, Heilman KM:  Sexuality in Alzheimer's Disease Patients (submitted)

Greer RA, Herkov, MJ.  Acute Alcohol Effects in Healthy Young Physicians.  (submitted) Also presented at Southern Association in Research Psychiatry Annual Meeting.  March 2001, Gainesville, FL.

Greer RA, Saft, H.  Medroxy Progesterone Treatment in a Sexually Assaultive Male with HIV Dementia.  American Journal of Psychiatry (submitted).

**BOOK CHAPTERS**

Marsiglio W  & Greer RA:  A Gender Analysis of Older Men's Sexuality:  Social, Psychological and Biological Dimensions.  Older Men's Lives, (Chapter).  Edward H. Thompson (Ed.).  Newbury Park, CA: Sage, 1993.

Richard A. Greer, M.D.
Curriculum Vitae

Page 11

Greer, RA:  Evaluation of Quazepam for the Treatment of Insomnia in Patients Receiving Psychoactive Drugs Associate with Sleep Disturbances. (submitted)

Greer RA, Tueth MR, Petitto JM, Evans DL:  Inpatient Psychiatry in the 1990's: Diagnostic Evaluation.  (in press)

**BOOK/MANUSCRIPT REVIEWS:**

Greer RA: Asphyxophilia, The Breathless Orgasm.  *Florida Medical Journal* February, 1992

Greer RA:  The Kaspar Hauser Syndrome.  *Florida Medical Journal*.  Vol 80, No 9. September, 1993.

Greer RA: Assessment and Prediction of Suicide.  *Depression*  Vol.1  November 5, 1993.

Greer RA: Chronic Fatigue Syndromes: The Limbic Hypothesis.  *The Annals of Pharmacotherapy*.  Vol. 28. May, 1994

**JOURNAL REVIEW EDITOR:**

Greer RA:  "Syndrome of Inappropriate ADH Secretion Induced by Different Drugs in One Patient".  *The Annals of Pharmacotherapy*.

Greer RA:  The Significance of Clinical EEG Abnormalities in Depressed Patients Treated with ECT.  *Convulsive Therapy*.

Greer RA:  ECT and Intracranial Aneurysm.  *Convulsive Therapy*.  10/3/94

Greer RA:  *Journal of Medical Monitoring*.  J.S. Gravenstein, Editor.  1993

**MEDIA PRESENTATIONS:** Monthly radio talk show "The Big Show" WELE AM-1390.

**PRESENTATIONS (partial list):**

"Depression:  A Clinicians Review"  presented during 1st Annual Forum on Mental Health. Blake HCA Hospital, Bradenton, FL  1990.

"Alcohol and Substance Abuse", presented during Mental Health Awareness Week, Sarasota Palms Hospital, Sarasota, FL, 1990.

"Geriatric Sexuality"  Grand Rounds presentation to Department of Family Practice, University of Florida, 1990

Richard A. Greer, M.D.
Curriculum Vitae

Page 12

"Insomnia:  Diagnosis and Treatment", Department of Family Practice, University of Florida, 1991.

"Alcoholism:  Diagnosis and Treatment", 2nd year Medical Student Lecture, University of Florida, College of Medicine, Gainesville, FL  1990.

"Death Penalty for the Criminally Insane", Rotary Club of Gainesville, FL,  1990.

"Anorexia in the Elderly":  GRECC/Veteran Administration Hospital, University of Florida. 1991

"Benzodiazepine Abuse vs Use":  South Carolina Osteopathic Medicine Conference.  Hilton Head, South Carolina, 1991.

"Update on Electroconvulsive Therapy":  Charter Hospital, Ocala, Florida, 1991.

"Sex After 60":  Academy of Psychosomatic Medicine Annual Meeting.  Atlanta, GA.  1991.

"Prevalence and Demographics of Sleep Disorders":  Southern Medical Association Annual Meeting, Atlanta, GA, 1991

"Rational Use of Sedative Hypnotics":  Florida Academy of Family Practice Physicians Annual Meeting, Tampa, FL  May, 1992.

"Psychiatric Aspects of AIDS":  University of Florida Medical Alumni Meeting, St Thomas, Virgin Island, August, 1992.

"Depression in the 90's, The Impact of Sleep", Moultrie, GA, September 1992

"Selective Serotonin Reuptake Inhibitors", Tyndall Air Force Base, Panama City, FL, October, 1992.

"Sexuality in Alzheimer's Disease Patients", Florida Neurological Society Annual Meeting, Orlando, FL.  December, 1992.

"Antidepressants of the '90's", Chattahoochee State Hospital, Tallahassee, FL,  January , 1993

"Advances in the Treatment of Affective Disorders".  University of Florida and Glenbeigh Psychiatric Hospital.  Symposium, "New Chairs of the Old South".  February, 1993.

"Depression in the Elderly":  Puerto Rico Psychiatric Society.  Puerto Rico.  February, 1993.

"Selective Serotonin Reuptake Inhibitors".  Riverdale Psychiatric Hospital,  Ft. Walton, FL, March, 1993.

Richard A. Greer, M.D.
Curriculum Vitae

Page 13

"Sexual Dysfunction in Alzheimer's Patients and their Spouses".   American Psychiatric Association     Annual Meeting. San Francisco, CA. May, 1993

"Forensic Psychiatry in Medical Practice".   University of Florida Medical Alumni Meeting. Barbados, West Indies. August, 1993.

"Eating Disorders in Geriatric Patients".   International Association of Eating Disorders Professional Annual Meeting. Orlando, FL. August, 1993.

"The History of Forensic Psychiatry and the Insanity Defense".   Department of Psychiatry Grand Rounds, University of Florida.  September, 1993.

"Medical Legal Issues in Psychiatry".   Bay Pines VA Medical Center.   Psychiatry Grand Rounds. St. Petersburg, FL. October, 1993

"Sexual Function in the Elderly".   19th Annual Course in Behavioral Neurology and Neuropsychology, The Brain and Emotion.  Orlando, FL, November, 1993

"Legal Aspect of Managed Care".   American Psychiatric Association Annual Meeting. Philadelphia, PA. May, 1994.

"Medical Legal Aspect of Psychiatric Practice".   University Hospital, Department of Medicine Grand Rounds.  University of Florida, Jacksonville, FL.  May, 1995

"Brain Injury Evaluations".  American Association of Legal Nurse Consultants.  Orlando, FL. May, 1995.

"Obsessive Compulsive Disorder Diagnosis and Treatment".  Florida Academy of Family Practitioners. Ponte Vedra, FL.  March, 1995.

"Use of Psychological Tests in Psychiatric Practice".   American Academy of Physician Assistants. Orlando, FL   March, 1995.

"Advances in Psychiatric Evaluations and Treatment".  Academy of Family Practitioners. St. Petersburg, FL. April, 1996.

"The Effects of Alcohol/Substance Abuse in Depression and Psychiatric Disorders". American Academy of Family Practitioners. St. Petersburg, FL   April, 1996.

"Psychological Evaluations in a Legal Setting: A Case of Lithium Toxicity".  Department of Medicine Grand Rounds, University of Florida.  April, 1996.

"Competency Evaluation in Psychiatry".   Department of Psychiatry Grand Rounds, University     of          Florida. December 1996.

Richard A. Greer, M.D.
Curriculum Vitae

Page 14

"Psychopharmacology in the 1990's - New Treatments" Association of Family Practitioners. New Orleans, LA. June, 1997.

"Medico-Legal Considerations in the Treatment of Psychiatric Disorders" Internal Medicine Grand Rounds. Jacksonville Naval Air Station, Jacksonville, FL. August, 1997

"Advances in the Treatment of Depression". Association of Internists and Family Practitioners. Montgomery, AL. November, 1997.

"Psychiatric Evaluations and Problems in an Emergency Setting". Shands Hospital, University of Florida, Department of Emergency Medicine. May, 1998.

"Diagnosis and Treatment of Post Traumatic Stress Disorder in a Forensic Population" Grand Rounds. Department of Corrections, North Florida Reception Center, Lake Butler, FL. September, 2000.

"Medical Legal Aspects of Diagnosing and Treating Insomnia". University of South Florida, Department of Psychiatry Grand Rounds. October, 2000.

"The Standard of Care in Psychiatric Practice." American Academy of Psychiatry and the Law. Vancouver, British Columbia. October 2000.

"Medical Legal Aspects of New Pharmacologic Agents." Jacksonville Psychiatric Society. Jacksonville, FL. February, 2001.

"Medical Legal Aspects of Antipsychotics". North Central Florida Psychiatric Society. Ocala, FL February 2001.

"Acute Alcohol Intoxication in Healthy Young Physicians". Southern Association of Research in Psychiatry. Annual Meeting. Gainesville, FL March 2001.

"The Insanity Defense: A Practical Review". Grand Rounds. Department of Psychiatry. University of Florida. Gainesville, FL. March 2001.

"Augmentation of Antipsychotics in Schizophrenia." Grand Rounds. Department of Psychiatry.
Daytona Beach, Fl. December 2002.

"Atypical Antipsychotics in Emergency Situations". Grand Rounds. Department of Emergency Medicine Nursing. Daytona Beach, Fl. March 2003.

"Forensic Implications of Antipsychotic Use". Grand Rounds. Department of Psychiatry. Rusk State Hospital. Tyler, Tx. April 2003.

"Intramuscular Atypical Antipsychotics in the Emergency Room". Department of Emergency Medicine. Medical University of South Carolina. Greenville, S.C. April 2003.

Richard A. Greer, M.D.
Curriculum Vitae

Page 15


"The Use of Antipsychotics in Schizophrenia & Bipolar Disorder." World Psychiatry Conference. Rye, New York. September 2009.


June, 2015

 **UNIVERSITY** *of* **FLORIDA**

Florida Healthcare Plans
Richard A. Greer M.D.
3 Tomoka View Drive
Ormond Beach, FL 32174
386-290-5963

**April 25, 2022**

      **RE:   Greer fee schedule**
      **Case:**

The charges for services rendered in this case by Richard A Greer, M D are billed at $600.00 per hour:

| Date of Service | Service | Hours | Charge |
|---|---|---|---|
| 4/25/22 | Retainer Agreement | 7.0 | $4200.00 |
| | **TOTAL** | | **$4,200.00** |

**Payable/Remit to**:    Richard A. Greer M.D.
                      3 Tomoka View Drive
                      Ormond Beach, Fl  32174

# <u>PLEASE MAKE CHECK PAYABLE TO PHYSICIAN</u>



EXHIBIT

B

3/4/2022
Dr. Richard A. Greer---- CASES IN WHICH DEPOSITION OR TRIAL TESTIMONY
WAS PROVIDED  IN LAST 3 YEARS:

Winner v. Winner (plaintiff-James Pressly-West Palm Beach)

State of Florida v. Marcus White (criminal case-Volusia County-Court Appointed)

Dyer v. Dyer (Volusia County-plaintifff-Doug Kneller)

Nunez v.  Bayel Brothers (Orange County –plaintiff-Ed Normand)

Malvezzi v.Allstate (Volusia County-defense –Chobee Ebbets)

Candiff v. Ocean View (Volusia County-plaintiff-Chobee Ebbets)

Joanne Perry v. Henderson Behavioral Health (Broward County-defense-Jeff
Lawley)

Kelly v. Slevats (Orange County-defense-Nick Evangelo)

Uselman v. Allied Property and Casualty (Palm Beach County-defense-Brent
Palmer)


Hotz v.Gabriel, et al       (Orange County-plaintiff- Ed Normand)

Rios v. Ranger Construction (Orange County-defense-Lauren Smith)

Martin v. Nationwide (Orange County – defense -Brent Palmer)

Hall v. Reynier Lorenzo Martinez (Indian River County-plaintiff-Riley Allen)

Guice v. S.E. Combined (Broward County-defense- Theodore O'Brien)

Tran v. Alvin's Stores, Inc (Bay County—defense—Brent Palmer)

.



NEUROPSYCHOLOGICAL SCIENCES

**Jason A. Demery, PhD, ABPP**
*Licensed Psychologist and Board-Certified Neuropsychologist*

***Curriculum Vita***

**MAILING ADDRESS**
Neuropsychological Sciences, LLC
14260 W. Newberry Road
#417
Newberry, Florida 32669-2765

**OFFICE ADDRESS**
330 NW 76th Drive
Suite B
Gainesville, Florida 32607

**PHONE & EMAIL**
(352) 359-7620
jasondemery@gmail.com

## CURRENT EMPLOYMENT & SERVICE CREDENTIALS

**Clinical & Forensic Neuropsychologist**
*Neuropsychological Sciences, LLC*
Gainesville, Florida

**Staff Neuropsychologist**
Psychology Service
*Gainesville VA Medical Center*
Gainesville, Florida

**Licensed Psychologist** *(Florida) PY-7500*

**Board Certified in Clinical Neuropsychology - #7707**
(American Board of Professional Psychology; ABPP)

## EDUCATION AND TRAINING

**Emergency Medical Technician;** 08/22-12/22
*Santa Fe College, Gainesville, Florida*
Emergency Medical Services Programs

**Florida Forensic Examiner Training**

**Postdoctoral Fellowship in Neuropsychology;** 8/04 – 12/05
*University of Florida, Gainesville, Florida*
Departments of Clinical & Health Psychology and Neuroscience

EXHIBIT
tabbies
D

Jason A. Demery, PhD, ABPP

## EDUCATION AND TRAINING (Cont.)

**Ph.D. in Clinical & Health Psychology (APA Accredited); 8/04**
*University of Florida, Gainesville, Florida*
Area of Concentration: Neuropsychology

**Pre-doctoral Internship in Clinical Psychology (APA Accredited); 8/03 - 8/04**
*Tampa VA Medical Center, Tampa, Florida*
Area of Concentration:  Neuropsychology

**M.A. in Clinical – Adult Psychology; 12/96**
*Southern Illinois University, Edwardsville, Illinois*

**B.A. in Psychology; 5/95**
*University of West Florida, Pensacola, Florida*

## ACADEMIC SCHOLARSHIPS, AWARDS & HONORS

1998   Dean of the College of Health Professions Research Scholarship - *University of Florida*
1996   Psi Chi Research Excellence Award - *Southern Illinois University at Edwardsville*
1995   President's List - *University of West Florida*
       National Dean's List
1994   Psi Chi - *University of West Florida*
       University of West Florida Student Psychology Association, Vice President

## PROFESSIONAL MEMBERSHIPS

American Psychological Association (APA)
APA Division 40:  Society for Clinical Neuropsychology
APA Division 41:  American Psychology and Law Society
American Board of Professional Psychology (ABPP)
American Academy of Clinical Neuropsychology (AACN)
Florida Psychological Association, Neuropsychology & Forensic Psychology Divisions

## ACADEMIC APPOINTMENTS

01/11-11/12   **Assistant Professor**
              Department of Psychiatry
              College of Medicine
              University of Florida

12/05-07/07   **Clinical Assistant Professor**
              Department of Clinical & Health Psychology
              College of Public Health & Health Professions
              University of Florida

Jason A. Demery, PhD, ABPP

## MILITARY SERVICE (Active Duty)

1987-1995   **Sergeant,** United States Marine Corps (Honorable Discharge)

## NEUROPSYCHOLOGY & FORENSIC PSYCHOLOGY EXPERIENCE

11/12-Present   **Clinical & Forensic Neuropsychologist.** *Neuropsychological Sciences, LLC*
& 7/07-1/11      <u>Duties</u>:  Provide comprehensive forensic neuropsychological assessments of mental competency to proceed, mental state at the time of offense (sanity), pre- or post-conviction mitigation, future dangerousness, psychological injury (e.g., posttraumatic stress disorder, depression, grief & loss, etc.) and neuropsychological injury (e.g., traumatic brain injury).  Conduct records review for case merit, scientific literature review and other litigation consultation services for plaintiff and defense counsel.  Provide evidence-based testimony as expert witness.

11/12-Present   **Staff Neuropsychologist.** *Gainesville VA Medical Center*
& 7/07-1/11      Psychology Service
                 <u>Duties</u>:  Provide comprehensive neuropsychological assessment and intervention services for individuals with Traumatic Brain Injury (TBI), Stroke, Dementia, Brain Tumors, Epilepsy, Multiple Sclerosis, ADHD, Learning Disability and various neuropsychiatric disorders.  Teach and supervise pre-doctoral clinical psychology interns and postdoctoral fellows in neuropsychological assessment and intervention.  Perform evaluations of federal law enforcement officers.

1/11-11/12       **Assistant Professor & Assistant Program Director of Forensic Psychology.**
                 *University of Florida Forensic Institute, Gainesville, Florida*
                 Department of Psychiatry, College of Medicine
                 <u>Duties</u>:  Provide forensic psychology and forensic neuropsychology services within the UF Forensic Institute.  Complete comprehensive forensic psychological and forensic neuropsychological evaluations in the context of criminal (e.g., competency, sanity, sentencing mitigation) and civil (personal injury, psychological malpractice) litigation.  Provide objective testimony in legal cases as expert witness.  Teach UF medical students, Department of Psychiatry residents and forensic psychiatry fellows about the role of forensic psychology and neuropsychology in legal settings.  Supervise psychiatry fellows in forensic practice.

12/05-7/07       **Clinical Assistant Professor.** *University of Florida HSC*
                 Department of Clinical and Health Psychology, College of PHHP
                 <u>Duties</u>:  Provide comprehensive neuropsychological services for the Shands/UF Inpatient Neurotrauma Service.  Perform neuropsychological evaluations of patients with traumatic brain injury (TBI) as they emerge from coma and/or post-traumatic amnesia.  Make recommendations for rehabilitation and provide psychotherapeutic services to patients with acquired brain injuries and their families.  Perform outpatient clinical and forensic neuropsychological evaluations in patients with various acquired neurological diseases (e.g., TBI, stroke, dementia)

Jason A. Demery, PhD, ABPP

## NEUROPSYCHOLOGY & FORENSIC PSYCHOLOGY EXPERIENCE (Cont.)

and develop treatment plans to maximize functional independence. Provide long-term, individual psychotherapeutic services for patients with anxiety, depression, adjustment problems, and relationship difficulties. Provide clinical supervision of clinical psychology graduate students, interns and postdoctoral associates.

8/04-12/05    **Neuropsychology Postdoctoral Associate.** *University of Florida HSC*
Departments of Clinical and Health Psychology and Neuroscience
Duties: Performed comprehensive clinical and forensic neuropsychological evaluations of patients with traumatic brain injury (TBI), stroke, epilepsy, brain tumors, carbon monoxide poisoning, learning disability or attention deficit hyperactivity disorder. Completed inpatient neuropsychological evaluations of patients with acute moderate/severe TBI and made recommendations for rehabilitation. Provided long-term individual psychotherapy for patients with various psychological disorders. Supervised clinical psychology graduate students and interns on clinical matters. Research was conducted in traumatic brain injury in the Department of Neuroscience.

8/03-8/04    **Clinical Psychology Intern.** *Tampa VA Medical Center, Tampa, FL*
Psychology Service
Duties: Completed four clinical rotations (12-months) at this *APA-Accredited* internship site. Completed two rotations (6 months) in neuropsychology with the traumatic brain injury and memory disorders clinics, one rotation (3 months) in spinal cord injury rehabilitation psychology, and one rotation (3 months) in inpatient psychiatry. Experience in comprehensive neuropsychological and psychological assessment, and short- and long-term psychotherapy was obtained.

8/00-8/03    **Clinical Coordinator.** *University of Florida HSC*
University of Florida Mild Traumatic Brain Injury Clinic, Gainesville, FL
Duties: Developed a clinic devoted exclusively to the assessment and treatment of the neuropsychological sequelae associated with mild traumatic brain injury. Performed outpatient neuropsychological evaluations and individual psychotherapy.

8/01-12/01    **Advanced Neuropsychology Practicum.** *University of Florida HSC*
University of Florida Mild Traumatic Brain Injury Clinic, Gainesville, FL
Duties: Performed comprehensive outpatient neuropsychological evaluations and developed multi-dimensional treatment plans for individuals who sustained a mild traumatic brain injury. Educated mild traumatic brain injury patients and their families about the natural course of recovery following injury, and consulted with emergency room physicians and neurologists regarding treatment options for the sequelae associated with the post-concussive syndrome.

8/99-8/03    **Psychotherapy Practicum.** *University of Florida HSC*
University of Florida/Shands Hospital Psychology Clinic, Gainesville, FL

Jason A. Demery, PhD, ABPP

## NEUROPSYCHOLOGY & FORENSIC PSYCHOLOGY EXPERIENCE (Cont.)

<u>Duties</u>:  Conducted psychotherapy with inpatient and outpatient adults and children with a broad range of psychological disorders including Adjustment Disorder, Depression, Anxiety, Conversion Disorder, Conduct Disorder, Personality Disorder, Autism, Bipolar Disorder, and Post-Concussive Syndrome.  Clients were from high and low socioeconomic backgrounds and represented a diverse cultural and ethnic population.
Therapeutic approaches used in these cases were cognitive-behavioral, interpersonal and psychodynamic.

8/99-12/99   **Neuropsychology Practicum.**  *University of Florida HSC*
University of Florida/Shands Hospital Psychology Clinic, Gainesville, FL
<u>Duties</u>: Conducted comprehensive neuropsychological evaluations that included medical records review, clinical interview, and neuropsychological testing to identify the neurocognitive complications in cases of intractable epilepsy.  Provided feedback to patient and family members regarding neuropsychological status and level of functional impairment.

7/96-8/98   **Neuropsychology Associate.** *Barnes-Jewish Hospital/Washington University School of Medicine, St. Louis, MO*
Department of Neurology, Division of Neurorehabilitation
<u>Duties</u>:  Provided comprehensive neuropsychological and psychotherapeutic services to individuals who had sustained traumatic brain injury or stroke.  Specific duties included selecting, administering and scoring test protocols, interpreting test findings, and writing reports that addressed cognitive and emotional status, level of functional disability, and likelihood of occupational return.  Experience was gained performing forensic evaluations in cases of personal injury following mild traumatic brain injury.

5/96-7/96   **Neuropsychology Practicum.** *St. Louis University HSC, St. Louis, MO*
College of Medicine, Department of Neurology
<u>Duties</u>:  As part of the Neuropsychology Consultation Service, performed acute inpatient assessments and comprehensive outpatient evaluations in neurologically compromised individuals.  Attended didactic lectures, observed brain cuttings, and accompanied attending physicians and neurology fellows during rounds in the neurology and neurosurgery intensive care unit.

## RESEARCH FUNDING

3/09-3/14   Papa, L., **Demery, J.A.** (Co-Investigator), Wang, W.K., & Hayes, R.L. Biomarkers of Mild and Moderate Traumatic Brain Injury.  1R01NS057676-01A2. National Institute of Neurological Disorders and Stroke, $2,252,310.

8/01-7/02   **Demery, J.A.** (Principal Investigator), Dede, D., Idris, A., & Hayes, R.L..  The efficacy of early and comprehensive intervention on neuropsychological outcome following mild traumatic brain injury.  The McKnight Brain Institute.  $15,514.

Jason A. Demery, PhD, ABPP

## RESEARCH FUNDING (Cont.)

8/01-1/02    Ache, B.W., Hayes, R.L., Bacon-Moore, A., & **Demery, J.A.** (Associate Investigator).  Analysis of Olfactory Dysfunction in Mild Traumatic Brain Injury. The McKnight Brain Institute, $28,900.

## CLINICAL RESEARCH TRIALS CONSULTANT

08/07-06/16    **Consulting Neuropsychologist.** *Neuropsychological Sciences, LLC*
Consultant to: *Neuren Pharmaceuticals Ltd.  Newmarket, Auckland, New Zealand*
Project: *A Randomized, Double-Blind, Placebo-Controlled, Dose-Escalation Study of NNZ-2566 in Patients with Traumatic Brain Injury (TBI).*
Duties: Develop neuropsychological outcomes assessments used to evaluate the safety and efficacy (Phase II) of a novel compound to improve outcome after moderate-severe traumatic brain injury in humans.  Conduct training and monitoring of site personnel in the administration of outcome measures at eleven medical centers across the United States.  Assist in scoring and managing neuropsychological outcomes data for clinical trial.  Contribute to scientific publications associated with the clinical trial and refine outcomes assessment procedures for pivotal Phase III clinical trial.

07/07-01/15    **Consulting Neuropsychologist.** *Neuropsychological Sciences, LLC*
Consultant to: *Banyan Biomarkers, Inc.  Alachua, Florida USA*
Project: *ATO-04: Biomarkers of Brain Injury:  Magnitude, Complications and Outcome of Mild and Moderate Traumatic Brain Injury – A Feasibility Study.*
Duties: Develop neuropsychological outcomes assessments used to clinically validate the use of serum biomarkers in detecting the presence and magnitude of acute brain injury severity in humans.  Conduct training and monitoring of site personnel in the administration of outcome measures at several medical centers across the United States. Store and analyze neuropsychological outcomes data for clinical trial.  Publish scientific papers related to the trial and provide data for additional sources of research funding for study sponsor.

## OTHER RESEARCH EXPERIENCE

8/04-12/05    **Neuropsychology Postdoctoral Associate.** *University of Florida HSC*
McKnight Brain Institute, Department of Neuroscience, Center for TBI Studies.
Duties: Extract acute critical care data (e.g., presence/duration prehospital hypotension, intracranial hypertension, pupillary function, GCS, etc.) from TBI patients' medical charts and maintain a large database of clinical information. Assess neuropsychological outcome in TBI patients utilizing a comprehensive neuropsychological battery.  Compare traditional critical care indices of brain injury severity to serum- and csf-based biomarkers of brain injury severity in the prediction of neuropsychological outcome following TBI.

Jason A. Demery, PhD, ABPP

## OTHER RESEARCH EXPERIENCE (Cont.)

8/01-8/03      **Graduate Research Assistant.** *University of Florida HSC*
McKnight Brain Institute, Clinical/Cognitive Neuroscience Laboratory
<u>Duties</u>: Recruited, interviewed and tested research participants for grant-funded research projects. Developed and maintained a large database with information from grant-funded research projects. Analyzed and prepared research data for professional presentations.

2/00-8/00      **Graduate Research Assistant.** *University of Florida HSC*
McKnight Brain Institute, Center for Traumatic Brain Injury Studies
<u>Duties</u>: Performed rodent surgeries (e.g., craniotomy, cortical impact, tissue extraction), tissue processing and western blot analysis in the investigation of proteolytic mechanisms of cell death following traumatic brain injury.

8/98-6/00      **Graduate Research Assistant.** *University of Florida HSC*
Department of Clinical and Health Psychology
<u>Duties</u>: Developed testing materials, recruited and tested research participants according to research protocol specifications. Maintained and collated research data, assisted the principal investigator in data analysis and presentation of research data at scientific meetings.

7/96-8/98      **Research Assistant.** (Part-time). *Barnes-Jewish Hospital/ Washington University School of Medicine, St. Louis, MO*
Department of Neurology, Division of Neurorehabilitation
<u>Duties</u>: Developed and maintained a comprehensive database of demographic information, acute TBI/Stroke injury variables, and neuropsychological and functional outcome data. Initiated and completed a grant-funded research project that focused on teaching traumatically brain injured individuals' occupationally relevant skills.

5/94-5/95      **Research Assistant.** *University of West Florida, Pensacola, FL*
Department of Psychology, Center for Behavioral Medicine
<u>Duties</u>: Used electronic/computerized biofeedback equipment (e.g., EEG, EMG, Thermal, Skin Conductance) to collect research data that supported grant-funded research projects.

## PUBLICATIONS

1.      Hanlon, R.E., Mattson, D., **Demery, J.A.**, & Dromerick, A.W. (1998). Axial movements are relatively preserved with respect to limb movements in aphasic patients. <u>Cortex, 34</u> (5), 731-741.

2.      Hanlon, R.E., **Demery, J.A.**, Martinovich, Z., & Kelly, J.P. (1999). Effects of acute injury characteristics on neuropsychological status and vocational outcome following mild traumatic brain injury. <u>Brain Injury, 13</u> (11), 873-887.

Jason A. Demery, PhD, ABPP

## PUBLICATIONS (Cont.)

3.     **Demery, J.A.**, Hanlon, R.E., & Bauer, R.M. (2001).  Profound amnesia and confabulation following traumatic brain injury.  Neurocase, 7 (4), 295-302.

4.     **Demery, J.A.**, Pedraza, O., & Hanlon, R.E. (2002).  Differential profiles of verbal learning in traumatic brain injury.  Journal of Clinical and Experimental Neuropsychology, 24 (6), 818-827.

5.     Bauer, R.M. & **Demery, J.A.** (2003).  The agnosias.  In K.M. Heilman & E. Valenstein (Eds.), Clinical Neuropsychology (4th Ed.), pp. 236-295.  New York: Oxford University Press.

6.     **Demery, J.A.**, Hanlon, R.E., & Bauer, R.M. (2003).  The amnestic-confabulatory syndrome in traumatic brain injury.  Dementia Review Series, 3, 8-9.

7.     Perlstein, W.M., Cole, M.A., **Demery, J.A.**, Seignourel, P.J., Dixit, N.K., Larson, M.J. & Briggs, R.W.  (2004).  Parametric manipulation of working memory load in traumatic brain injury:  Behavioral and neural correlates.  Journal of the International Neuropsychological Society, 10 (5), 724-741.

8.     Hanlon, R.E., **Demery, J.A.**, Kuczen, C. & Kelly, J.P. (2005).  Effect of traumatic subarachnoid hemorrhage on neuropsychological profiles and vocational outcome following moderate or severe traumatic brain injury.  Brain Injury, 19 (4), 343-351.

9.     Belanger, H.G., Curtiss, G., **Demery, J.A.**, Lebowitz, B., & Vanderploeg, R.D.  (2005).  Factors moderating neuropsychological outcomes following mild traumatic brain injury:  A meta-analysis.  Journal of the International Neuropsychological Society, 11 (3), 215-227.

10.    Seignourel, P.J., Robins, D.L., Larson, M., **Demery, J.A.**, Cole, M.A., & Perlstein, W.M. (2005).  Cognitive control in closed head injury: Context maintenance dysfunction or prepotent response inhibition deficit? Neuropsychology, 19 (5), 578-590.

11.    Larson, M.J., Perlstein, W.M., **Demery, J.A.**, & Stigge-Kaufman, D.A.  (2006).  Cognitive control impairments in traumatic brain injury.  Journal of Clinical and Experimental Neuropsychology, 28 (6), 968-986.

12.    Pineda, J.A., Lewis, S.B., Valadka, A.B., Papa, L., Hannay, H.J., Heaton, S.C., **Demery, J.A.**, Liu, M.C., Aikman, J.M., Akle, V., Brophy, G.M., Tepas III, J.J., Wang, K.W., Robertson, C.S., & Hayes, R.L. (2007).  Clinical significance of Alpha-II Spectrin breakdown products in cerebrospinal fluid after severe traumatic brain injury.  Journal of Neurotrauma, 24 (2), 354-366.

13.    Papa, L., Robinson, G., Oli, M., Pineda, J., **Demery, J.A.**, Brophy, G. Robicsek, S.A., Gabrielli, A., Robertson, C.S., Wang, K.K., & Hayes, R.L. (2008).  Use of biomarkers for diagnosis and management of traumatic brain injury patients.  Expert Opinion on Medical Diagnostics, 2(8), 937-945.

Jason A. Demery, PhD, ABPP

## PUBLICATIONS (Cont.)

14.     Brophy, G.M., Pineda, J.A., Papa, L., Lewis, S.B., Valadka, A.B., Hannay, H.J., Heaton, S.C., **Demery, J.A.**, Liu, M.C., Tepas III, J.J., Gabrielli, A., Robicsek, S., Wang, K.W., Robertson, C.S., & Hayes, R.L. (2009).  Alpha-II Spectrin breakdown product cerebrospinal fluid exposure metrics suggest differences in cellular injury mechanisms after severe traumatic brain injury.  Journal of Neurotrauma, 26 (1), 1-9.

15.     Giuffrida, C.G., **Demery, J.A.**, Reyes, L.R., Lebowitz, B.K., & Hanlon, R.E. (2009).  Functional skill learning in men with traumatic brain injury.  American Journal of Occupational Therapy, 63(4), 396-405.

16.     Papa, L., Akinyi, L., Liu, M.C., Pineda, J.A., Tepas III, J.J., Oli, M.W., Zheng, W., Robinson, G., Robicsek, S.A., Gabrielli, A, Heaton, S.C., Hannay, J., **Demery, J.A.**, Brophy, G.M., Layon, J., Robertson, C.S., Hayes, R.L., & Wang, K.W. (2010).  Ubiquitin C-terminal hydrolase is a novel biomarker in humans for severe traumatic brain injury.  Critical Care Medicine, 38(1), 138-144.

17.     **Demery, J.A.**, Larson, M.J., Dixit, N.K., Bauer, R.M., & Perlstein, W.M. (2010).  Operating characteristics of executive functioning tests in traumatic brain injury.  The Clinical Neuropsychologist, 24(8), 1292-1308.

18.     Papa, L., Lewis, L.M., Falk, J.L., Zhang, Z., Silvestri, S., Giordano, P., Brophy, G.M., **Demery, J.A.**, Dixit, N.K., Ferguson, I., Liu, M.C., Mo, J., Akinyi, L., Schmid, K., Mondello, S., Robertson, C.S., Tortella, F.C., Hayes, R.L., & Wang, K.K. (2012).  Elevated Levels of Serum Glial Fibrillary Acidic Protein Breakdown Products in Mild and Moderate Traumatic Brain Injury are Associated With Intracranial Lesions and Neurosurgical Intervention.  Annals of Emergency Medicine, 59(6), 471-483.

19.     Papa, L., Lewis, L.M., Silvestri, S., Falk, J.L., Giodano, P., Brophy, G.M., **Demery, J.A.**, Liu, M.C., Mo, J., Akinyi, L., Mondello, S., Schmid, K., Robertson, C.S., Tortella, F.C., Hayes, R.L., & Wang, K.K.W.  (2012).  Serum levels of ubiquitin C-terminal hydrolase distinguish mild traumatic brain injury from trauma controls and are elevated in mild and moderate TBI patients with intracranial lesions and neurosurgical intervention.  The Journal of Trauma and Acute Care Surgery, 72(5), 1335-1344.

20.     Cooke, B.K., Goddard, E.R., Ginory, A., **Demery, J.A.**, & Werner, T.L. (2012).  Firearms inquiries in Florida: "Medical Privacy" or Medical Neglect? Journal of the American Academy of Psychiatry and the Law, 40, 399-408.

21.     Reisfield, G.M., DuPont, R.L., **Demery, J.A.**, & Shults, T.F. (2013).  A protocol to evaluate drug-related workplace impairment.  Journal of Pain and Palliative Care Pharmacotherapy, 27(1), 43-48.

Jason A. Demery, PhD, ABPP

## PUBLICATIONS (Cont.)

22.     Papa, L., Silvestri, S., Brophy, G.M., Giordano, P., Falk, J.L., Braga, C.F., Tan, C.N., Ameli, N.J., **Demery, J.A.**, Dixit, N.K., Mendes, M.E., Hayes, R.L., Wang, K.K., & Robertson, C.S. (2014).  GFAP Out-performs S100B In Detecting Traumatic Intracranial Lesions On CT In Trauma Patients With Mild Traumatic Brain Injury And Those With Extracranial Lesions. Journal of Neurotrauma, 31(22), 1815-1822.

23.     Hanlon, R.E., Brook, M., **Demery, J.A.**, & Cunningham, M.D. (2016).  Domestic homicide:  Neuropsychological profiles of murderers who kill family members and intimate partners.  Journal of Forensic Sciences, 61 (Suppl 1), S163-170.

## PUBLISHED ABSTRACTS AND CONFERENCE PRESENTATIONS

1.     Hanlon, R.E., **Demery, J.A.**, & Diringer, M.N. (1998).  Use of acute treatment variables to predict neuropsychological outcome following traumatic brain injury.  Poster session presented at the annual meeting of the National Academy of Neuropsychology, Las Vegas.  Archives of Clinical Neuropsychology, 13 (1), 139.

2.     Hanlon, R.E., **Demery, J.A.**, Duchek, J.M., & Lux, W.E. (1998).  Classifying subtypes of mild traumatic brain injury based on acute injury characteristics.  Poster session presented at the annual meeting of the International Neuropsychological Society, Honolulu.  Journal of the International Neuropsychological Society, 4 (1), 14.

3.     **Demery, J.A.**, Duchek, J.M., & Hanlon, R.E. (1999).  Verbal learning following mild traumatic brain injury.  Poster session presented at the annual meeting of the International Neuropsychological Society, Boston.  Journal of the International Neuropsychological Society, 5 (2), 139.

4.     **Demery, J.A.**, & Hanlon, R.E. (1999).  Profound amnesia and confabulation following traumatic brain injury.  Poster session presented at the annual meeting of the American Neuropsychiatric Association, New Orleans.  Journal of Neuropsychiatry and Clinical Neuroscience, 11 (1), 149-150.

5.     Hanlon, R.E., & **Demery, J.A.** (1999).  Functional skill learning following severe traumatic brain injury.  Paper presented at the annual meeting of the International Neuropsychological Society, Boston.  Journal of the International Neuropsychological Society, 5 (2), 157.

6.     Hanlon, R.E., **Demery, J.A.**, & Kelly, J. (2000).  Impact of traumatic subarachnoid hemorrhage on neuropsychological outcome following moderate-to-severe head injury.  Poster session presented at the annual meeting of the International Neuropsychological Society, Denver. Journal of the International Neuropsychological Society, 6 (2), 185.

7.     **Demery, J.A.**, Giuffrida, C.G., & Hanlon, R.E. (2000).  Patterns of functional skill acquisition following severe traumatic brain injury: Verbal vs. procedural learning.  Poster

Jason A. Demery, PhD, ABPP

## PUBLISHED ABSTRACTS & CONFERENCE PRESENTATIONS (Cont.)

session presented at the annual meeting of the International Neuropsychological Society, Denver. Journal of the International Neuropsychological Society, 6 (2), 239.

8.      Pedraza, O., Selke, G., Gilmore, R., **Demery, J.A.**, Eckert, D., & Bowers, D. (2001). Contributions of hippocampal and amygdala asymmetries to verbal memory in temporal lobe epilepsy. Poster session presented at the annual meeting of the International Neuropsychological Society, Chicago. Journal of the International Neuropsychological Society, 7 (2), 208.

9.      **Demery, J.A.**, Hamby, M., & Bowers, D. (2001).  Affect modulation of the acoustic startle response by semantic representation.  Poster session presented at the annual meeting of the International Neuropsychological Society, Chicago.  Journal of the International Neuropsychological Society, 7 (2), 243.

10.      Cole, M.A., Perlstein, W.M., Lowenthal, W., Jones, V.M., Lageman, S.K., Keil, K., & **Demery, J.A.** (2001).  Steady state evoked potentials reveal spatio-temporal brain activity during working memory.  Poster session presented at the annual meeting of the Society for Neuroscience, San Diego.  Society for Neuroscience Abstracts, 27, Program #419.10.

11.      Perlstein, W.M., Lageman, S.K., Cole, M.A., Jones, V.M., **Demery, J.A.**, Carter, C.S., & Cohen, J.D. (2001).  Working memory and inhibition:  Prefrontal mediation and dysfunction in schizophrenia.  Paper presented at the annual meeting of the Society for Neuroscience, San Diego. Society for Neuroscience Abstracts, 27, Program #886.3.

12.      **Demery, J.A.**, Giuffrida, C., & Hanlon, R.E. (2002).  Acquisition, retention, and transfer of novel skill in traumatic brain injury.  Poster session presented at the annual meeting of the International Neuropsychological Society, Toronto.  Journal of the International Neuropsychological Society, 8 (2), 177.

13.      Weiner, B.A., **Demery, J.A.**, Kuczen, C., Hanlon, R.E., & Kelly, J.P. (2002). Relationship between patient complaints and neuropsychological status following mild traumatic brain injury.  Poster session presented at the annual meeting of the American Psychological Association (Division 40 – Neuropsychology), Chicago.  The Clinical Neuropsychologist, 16 (2), 213.

14.      Robins, D.L., Seignourel, P.J., **Demery, J.A.**, Cole, M.A., & Perlstein, W.M. (2003). Exploring Stroop interference in traumatic brain injury:  Errors versus reaction time.  Poster session presented at the annual meeting of the International Neuropsychological Society, Honolulu.  Journal of the International Neuropsychological Society, 9 (2), 234.

15.      Cole, M.A., Dixit, N.K., Seignourel, P., **Demery, J.A.**, & Perlstein, W.M. (2003). Parametric manipulation of working memory load in chronic traumatic brain injury:

Jason A. Demery, PhD, ABPP

## PUBLISHED ABSTRACTS & CONFERENCE PRESENTATIONS (Cont.)

Behavioral and neural correlates.  Poster session presented at the annual meeting of the Organization   for Human Brain Mapping, New York.  NeuroImage, 19 (2), S36.

16.    Cole, M.A., **Demery, J.A.**, Larson, M.J., Seignourel, P.J., & Perlstein, W.M. (2004). Communality analysis and classification of traumatic brain injury group membership and severity based on assessment of working memory/executive function with the N-Back and PASAT tasks.  Poster session presented at the annual meeting of the International Neuropsychological Society, Baltimore.  Journal of the International Neuropsychological Society, 10 (S1), 172.

17.    Stigge-Kaufman, D.A., Larson, M.J., **Demery, J.A.**, & Perlstein, W.M. (2004).  Context processing in traumatic brain injury.  Poster session presented at the annual meeting of the Society for Neuroscience, San Diego.  Society for Neuroscience Abstracts, 30, Program #820.1.

18.    Papa-Ricci, L., Idris, A., **Demery, J.A.**, Heaton, H.C., Efros, D., Pineda, J., & Hayes, R.L. (2004).  Predicting functional impairment in patients with mild traumatic brain injury after emergency department discharge.  Poster session presented at the annual meeting of the Canadian Association of Emergency Physicians, Montreal.  Canadian Journal of Emergency Medicine, 6 (3), 189.

19.    **Demery, J.A.**, Seignourel, P.J., Bauer, R.M., & Perlstein, W.M. (2005).  Predictive power of executive functioning tests in mild and moderate/severe traumatic brain injury.  Poster session presented at the annual meeting of the International Neuropsychological Society, St. Louis. Journal of the International Neuropsychological Society, 11 (S1), 6.

20.    Perlstein, W.M., Larson, M.J., **Demery, J.A.**, Seignourel, P.J., & Stigge-Kaufman, D.A. (2005).  Cognitive control dysfunction in chronic traumatic brain injury.  Symposium presented at the annual meeting of the International Neuropsychological Society, St. Louis.  Journal of the International Neuropsychological Society, 11 (S1), 15.

21.    Belanger, H.G., Curtiss, G., **Demery, J.A.**, Lebowitz, B.K., & Vanderploeg, R.D. (2005). Factors moderating neuropsychological outcomes following mild traumatic brain injury:  A meta-analysis.  Poster session presented at the annual meeting of the International Neuropsychological Society, St. Louis.  Journal of the International Neuropsychological Society, 11 (S1), 164.

22.    Papa, L., Pineda, J., Wang, K., Lewis, S., Heaton, S., **Demery, J.A.**, Tepas, J.J., & Hayes, R.L. (2005).  Levels of alpha-II spectrin breakdown products in human cerebrospinal fluid and outcome after severe traumatic brain injury.  Poster session presented at the annual meeting of the Society for Academic Emergency Medicine, New York.  Academic Emergency Medicine, 12(5), S1, 139-140.

Jason A. Demery, PhD, ABPP

## PUBLISHED ABSTRACTS & CONFERENCE PRESENTATIONS (Cont.)

23.     Papa, L., **Demery, J.A.**, Efros, D., Heaton, S., Schmeck, A., Rees, E., Ferguson, K., Goldfeder, B., Light, J., Luetke, C., Stair, R., Seaberg, D., Baskin, B., Pokroy, R., Willett, M., Patterson, L., Wohl, A., Meurer, D., & Hayes, R. (2005).  Do intoxicated patients with a mild traumatic brain injury have greater risk of functional impairment from their injury after leaving the emergency department?  Poster session presented at the annual meeting of the Society for Academic Emergency Medicine, New York.  Academic Emergency Medicine, 12(5), S1, S113.

24.     Papa, L., Lewis, S.B., Heaton, S., **Demery, J.**, Tepas III, J.J., Wang, K., Robertson, C.S., & Hayes, R.L. (2006).  Predicting early outcome using alpha-II spectrin breakdown products in human cerebrospinal fluid after severe traumatic brain injury.  Poster session presented at the annual meeting of the Society for Academic Emergency Medicine, San Fransisco.  Academic Emergency Medicine, 13(5), S1, S39-S40.

25.     Papa, L., **Demery, J.A.**, Rees, E., McCormick, S., Heaton, S., & Hayes, R.L. (2007).  In patients with suspected mild traumatic brain injury, are non-neurosurgical CT abnormalities and GCS score associated with cognitive impairment?  Poster session presented at the annual meeting of the Society for Academic Emergency Medicine, Chicago.  Academic Emergency Medicine, 14(5), S1, S61-S62.

26.     Dixit, N.K., **Demery, J.A.**, & Hanlon, R.E. (2009).  The effects of acute barbiturate infusion on cognitive outcome in moderate to severe traumatic brain injury.  Poster session presented at the annual meeting of the American Academy of Clinical Neuropsychology, San Diego.  The Clinical Neuropsychologist, 23(4), 577-578.

27.     **Demery, J.A.**, Dixit, N.K., Mondello, S., Carrin, C., Papa, L. Wang, K.K.W., Streeter, J., & Hayes, R.L. (2011).  Serum biomarker levels predict memory impairment following traumatic brain injury:  A pilot study.  Poster session presented at the annual meeting of the International Neuropsychological Society, Boston.  Journal of the International Neuropsychological Society, 17(S1), 324.

28.     **Demery, J.A.**, Larson, M.J., Dixit, N.K., Bauer, R.M., & Perlstein, W.M. (2011).  Operating characteristics of executive functioning tests following traumatic brain injury.  Poster session presented at the annual meeting of the International Neuropsychological Society, Boston.  Journal of the International Neuropsychological Society, 17(S1), 247.

29.     Papa, L., Lewis, L., Falk, J., Silvestri, S., Giordano, P., Liu, M., Mo, J., Akinyi, L., **Demery, J.A.**, Brophy, G., Draviam, S., Braga, C., Schmid, K., Robertson, C., Tortella, F., Hayes, R.L., & Wang, K.W. (2011).  Serum levels of glial fibrillary acidic protein (GFAP) distinguishes mild traumatic brain injury from trauma controls and predict intracranial injuries on CT in mild and moderate traumatic brain injury.  Poster session presented at the annual meeting of the Society for Academic Emergency Medicine, Boston.  Academic Emergency Medicine, 18(5), S1, S5.

Jason A. Demery, PhD, ABPP

## PUBLISHED ABSTRACTS & CONFERENCE PRESENTATIONS (Cont.)

30.   Papa, L., Lewis, L., Falk, J., Silvestri, S., Giordano, P., Liu, M., Mo, J., **Demery, J.A.**, Brophy, G., Draviam, S., Braga, C., Tortella, F., Hayes, R.L., & Wang, K.W. (2011).  A new serum biomarker for mild and moderate traumatic brain injury is associated with intracranial injuries and neurosurgical intervention.  Poster session presented at the annual meeting of the Society for Academic Emergency Medicine, Boston.  Academic Emergency Medicine, 18(5), S1, S178.

31.   Papa L., **Demery J.**, Dixit N., Braga C., Zhang Z., Brophy G., Burks S., Ilic S., Streeter J., Tortella F., Hayes R., Wang K.W.W. (2011).  Early serum levels of Glial Fibrillary Acidic Protein Breakdown Product (GFAP-BDP) are associated with global outcome at one month post-injury in mild and moderate traumatic brain injury.  Poster session presented at the annual meeting of the National Neurotrauma Society, Hollywood, Florida.  Journal of Neurotrauma, 28, A-5.

32.   Papa L., Lewis L., Falk J., **Demery J.**, Brophy G., Liu MC., Mo J., Mondello S., Schmid K., Robertson C., Tortella F., Hayes R., Wang K.W.W. (2011).   Serum levels of UCH-L1 distinguishes mild and moderate traumatic brain injury from trauma controls and is associated with lesions on computed tomography.  Symposium presented at the annual meeting of the National Neurotrauma Society, Hollywood, Florida. Journal of Neurotrauma, 28, A-63.

33.   Papa, L., Wang, K.W., Brophy, G., **Demery, J.A.**, Silvestri, S., Giordano, P., Falk, J., Schid, K., Tortella, F.C., Hayes, R.L., Robertson, C.S.  (2012).  Serum levels of spectrin breakdown product 150 (SBDP150) distinguish mild traumatic brain injury from trauma and uninjured controls and predict intracranial injuries on CT and neurosurgical intervention.  Poster session presented at the annual meeting of the National Neurotrauma Society, Phoenix, Arizona. Journal of Neurotrauma, 29, A-28.

34.   Jivani, S., Larson, M.J., Demery, J.A., Dixit, N.K., Hopkins, R.O., Diringer, M.N., & Hanlon, R.E. (2013).  Do APACHE-II scores, an index of ICU illness severity, predict cognitive outcomes following severe TBI?  Poster session presented at the annual meeting of the International Neuropsychological Society, Waikoloa, Hawaii.  Journal of the International Neuropsychological Society.

35.    Papa, L., Braga, C., Tan, C., Ameli, N., **Demery, J.**, Dixit, N., Burks, S., Hayes, R.L., Wang, K.W.W., Brophy, G.M. (2013).  Serum glial fibrillary acidic protein outperforms S100B in detecting traumatic intracranial lesions on CT in a general trauma population with mild traumatic brain injury.  Poster session presented at the annual meeting of the National Neurotrauma Society, Nashville, Tennessee.  Journal of Neurotrauma, 30, A-69.

36.   Papa, L., **Demery J.**, Dixit N., Braga, C., Tan, C., Ameli, N., Wang, K.W.W., Hayes, R.L., Brophy, G.M. (2013).  Elevated levels of SBDP150 in the emergency department are associated with poor outcome at one month from mild and moderate traumatic brain injury.  Poster session presented at the annual meeting of the National Neurotrauma Society, Nashville, Tennessee. Journal of Neurotrauma, 30, A69-A70.

Jason A. Demery, PhD, ABPP

## PUBLISHED ABSTRACTS & CONFERENCE PRESENTATIONS (Cont.)

37.     **Demery, J.A.**, Dixit, N.K., Houck, Z.M., Hoehn, M.W., Braga, C.F., Tan, C.N., & Papa, L. (2014).  Prevalence and Recovery of Objective Memory Impairment at One and Six Months following Mild TBI:  A Prospective Cohort Study.  Poster session presented at the annual meeting of the American Academy of Clinical Neuropsychology, New York, New York.  The Clinical Neuropsychologist, 28(3), 372.

38.     **Demery, J.A.**, Sozda, C.N., Tree, H.A., Dow, C.C., Dixit, N.K., Houck, Z.M., Williams, S., Braga, C.F., & Papa, L. (2016).  Characteristics of memory test performance at Six Months following Mild Traumatic Brain Injury:  A prospective cohort study.  Poster session presented at the annual meeting of the American Academy of Clinical Neuropsychology, Chicago, Illinois.  The Clinical Neuropsychologist.

## OTHER PRESENTATIONS

1.      **Demery, J.A.** (1996, April).  Relaxation induced by light/sound stimulation and by verbal instruction: A comparative approach.  In K.M. Kleinman (Chair), Southern Illinois University at Edwardsville Research Symposium.  Paper presented at the annual meeting of the SIUE Graduate School, Edwardsville, IL.

2.      **Demery, J.A.** (1997, August).  Behavioral implications of traumatic brain injury.  Presentation to the Division of Neurorehabilitation, Washington University School of Medicine, St. Louis.

3.      **Demery, J.A.** & Jong, C.N. (1997, August).  Research design and statistical inference.  Presentation to medical residents of the Department of Physical Medicine and Rehabilitation, Washington University School of Medicine, St. Louis.

4.      Hanlon, R.E. & **Demery, J.A.** (1997, October).  Subtypes of mild traumatic brain injury.  Paper presented at the annual meeting of the National Brain Injury Association, Philadelphia.

5.      **Demery, J.A.** (1999, February).  Profound amnesia and confabulation following severe traumatic brain injury.  Neuropsychology research seminar, University of Florida.

6.      Perlstein, W.M., Cole, M., Jones, V., & **Demery, J.A.** (2001, March).  Context maintenance and inhibition deficits in schizophrenia:  Mediation by prefrontal cortex.  Paper presented at the annual meeting of the Florida Conference on Cognition, Language, Action, Sensation and Perception, Gainesville, Florida.

7.      **Demery, J.A.** (2002, February).  Pain, cognition and the litigating mild traumatic brain injury patient.  Neuropsychology research seminar.  University of Florida, Gainesville.

8.      **Demery, J.A.** (2002, March).  Forensic issues in traumatic brain injury.  Invited address presented at the Forensic Psychology Training Conference.  North Florida Evaluation and Treatment Center, Gainesville, Florida.

Jason A. Demery, PhD, ABPP

**OTHER PRESENTATIONS (Cont.)**

9.      **Demery, J.A.** (2005, June).  <u>Neuropsychological management of the post-concussive syndrome</u>.  Neurorehabilitation Lecture Series.  College of Medicine, Department of Neurology, University of Florida, Gainesville.

10.     **Demery, J.A.** (2005, July).  <u>Neuropsychology practice in trauma care</u>.  Invited address presented at the UF/Shands Hospital Multidisciplinary Trauma Conference.  College of Medicine, Department of Surgery, University of Florida, Gainesville.

11.     **Demery, J.A.** (2005, October).  <u>Overview of traumatic brain injury and the Shands at UF Neurotrauma Service</u>.  Invited address presented at the UF Department of Clinical and Health Psychology Case Conference.  College of Public Health and Health Professions, Department of Clinical and Health Psychology, University of Florida, Gainesville.

12.     **Demery, J.A.** (2008, March).  <u>Neuropsychology of traumatic brain injury</u>.  Invited address presented at the Gainesville VA Medical Center Primary Care Lecture Series.  Gainesville, Florida.

13.     **Demery, J.A.** (2008, May).  <u>Shared and unique features of post traumatic stress disorder and traumatic brain injury:  Implications for care</u>.  Lecture presented at the North Florida/South Georgia Polytrauma Continuum of Care Conference:  From Battlefield to VA.  Gainesville, Florida.

14.     **Demery, J.A.** (2008, November).  <u>Neuropsychological impact of traumatic brain injury</u>.  Invited address presented at the quarterly meeting of the Jacksonville Neuropsychology Group.  Jacksonville, Florida.

15.     **Demery, J.A.** (2009, March).  <u>Traumatic brain injury:  What clinician's should know</u>.  Invited address presented at the Deployment Mental Health Symposium:  Serving Those Who Have Served.  University of North Florida, Jacksonville, Florida.

16.     **Demery, J.A.** (2009, May).  <u>Traumatic Brain Injury:  What clinician's should know</u>.  Invited address presented at the Deployment Mental Health Symposium.  The Hidden Casualties of War:  Moving to Solutions.  University of West Florida, Pensacola, Florida.

17.     **Demery, J.A.** (2009, May).  <u>Neuropsychology of traumatic brain injury</u>.  Invited address presented at the annual meeting of the Florida Speech and Hearing Association.  Marco Island, Florida.

18.     **Demery, J.A.** (2010, July, August).  <u>Applications of forensic neuropsychology in traumatic brain injury</u>.  Lecture presented at the quarterly meeting of the Tampa Bay and Orlando Chapters of the American Association of Legal Nurse Consultants.

Jason A. Demery, PhD, ABPP

## OTHER PRESENTATIONS (Cont.)

19.     **Demery, J.A.** (2012, January).  Neuropsychological outcome in complicated versus uncomplicated mild traumatic brain injury.  Lecture presented at the quarterly meeting of the Tampa, Florida Chapter of the American Association of Legal Nurse Consultants.  Tampa, Florida.

20.     **Demery, J.A.** (2012-Present).  Outcome Following TBI.  2.5 hour Florida Bar Association-Approved CLE Course provided to plaintiff and defense law firms and various insurance companies.

21.     **Demery, J.A.** (2020, January).  The Neuropsychology of Traumatic Brain Injury and Posttraumatic Stress Disorder.  Lecture presented at the annual meeting of the U.S. Army Special Victim Prosecutor Course and Complex Litigation Course – Mental Health Defenses.  San Antonio, Texas.

22.     **Demery, J.A.** (2022, January).  Neuropsychology, Traumatic Brain Injury, Posttraumatic Stress Disorder, and Partial Mental Health Defenses.  Lecture presented at the annual meeting of the U.S. Army Special Victim Prosecutor Course – Defeating Mental Health Defenses.  Orlando, Florida.

## PROFESSION-RELATED SERVICE

2004-Present   **Manuscript Reviewer** for the following peer reviewed scientific journals:  Brain; The Clinical Neuropsychologist; Cognitive Neuropsychiatry; Journal of Neuroscience Research; Journal of the Neurological Sciences; Journal of the American Academy of Psychiatry and the Law.

2007           **Peer Reviewer** of grant submissions for the Congressionally Directed Medical Research Program (CDMRP) for Psychological Health and Traumatic Brain Injury.

2011           **Program Committee Member** for the 40th Annual meeting of the International Neuropsychological Society in Montreal, Quebec, Canada.

2012           **Peer Reviewer** of grant submissions for the U.S. Army Medical Research and Material Command (USAMRMC).

2013-2020      **Editorial Board**, Journal of the American Academy of Psychiatry and the Law.

## CLASSROOM TEACHING

2006           **Guest Lecturer:**  Human Higher Cortical Functions Course (CLP 6307)
               *University of Florida, Department of Clinical and Health Psychology*
               Provided lecture to neuropsychology doctoral students on the epidemiology, biomechanics and pathophysiology of traumatic brain injury.  Also discussed the

Jason A. Demery, PhD, ABPP

## CLASSROOM TEACHING (Cont.)

natural history of the disorder and the impact of cognitive rehabilitation on outcome.

2006    **Guest Lecturer:** Neurological Rehabilitation I (PHT 6761C)
*University of Florida, Department of Physical Therapy*
Provided lecture to physical therapy graduate students on the epidemiology, biomechanics and pathophysiology of traumatic brain injury and the role of the neuropsychologist in transdisciplinary neurorehabilitation.

2006    **Guest Lecturer:** Neuropsychological Assessment (CLP 7428)
*University of Florida, Department of Clinical and Health Psychology*
Provided lecture to doctoral students on use of acute neurological indices in predicting functional outcome after severe traumatic brain injury. Also discussed methods of assessing neuropsychological status in patients in the intensive care unit.

2007    **Guest Lecturer:** Introduction to Neuropsychology (CLP 4420)
*University of Florida, Department of Clinical and Health Psychology*
Provided lecture to undergraduate students on neuropsychological aspects of TBI.

2011    **Small Group Co-Facilitator:** Essentials of Patient Care II (BMS 6016)
*University of Florida, College of Medicine*
Facilitated small group training and discussions to medical students on enhancing clinical effectiveness by using various forms of empathy in communicating with patients.

2011, 12    **Guest Discussant:** Mental Health Issues in Litigation
*University of Florida, College of Law*
Provided clinician-informed discussions with law school students about the interface between mental health issues and the law.

2011, 12    **Faculty Participant & Lecturer:** UF Forensic Psychiatry Fellowship
*University of Florida, College of Medicine, Department of Psychiatry*
Lectured on topics in forensic psychology and forensic neuropsychology to psychiatrists completing a forensic psychiatry fellowship.

## OTHER WORK EXPERIENCE

8/92-8/95    **Signals Intelligence Collection Instructor.** *United States Marine Corps,*
Naval Technical Training Command (NTTC), Pensacola, FL
<u>Commanding Officer</u>: Larry Marshall, Major USMC
<u>Duties</u>: Performed daily academic instruction to entry-level, signals intelligence students. Conducted practical exercises in a laboratory setting with equipment valued at $500,000. Diagnosed and remediated students' academic shortcomings

Jason A. Demery, PhD, ABPP

## OTHER WORK EXPERIENCE (Cont.)

and subsequently reduced student attrition rates.  Maintained student records and provided academic support to entry-level service members.

1/94-7/94   **Platoon Commander.**  *United States Marine Corps,*
Company "K" Marine Support Battalion, NTTC Corry Station, Pensacola, FL
Commanding Officer:  Larry Marshall, Major USMC
Duties:    As a collateral duty, taught military leadership classes, conducted personnel and barracks inspections, led physical training exercises and maintained training records on fifty entry-level Marines.

1/92-8/92   **Signals Intelligence Collection Supervisor.**  *United States Marine Corps,*
Company "H" Marine Support Battalion, Homestead Air Force Base, FL
Commanding Officer:  Richard Natale, Major USMC
Duties:  Supervised 15 communications signals intelligence operators in successfully acquiring targeted objectives defined by a higher authority.  Directed tasking and provided management of associated equipment worth more than $2,000,000.  Established an occupational skills training program for intelligence operators to ensure that military occupational specialty standards were maintained.

10/88-1/92   **Signals Intelligence Collection Operator.**  *United States Marine Corps,*
Company "H" Marine Support Battalion, Homestead Air Force Base, FL
Commanding Officer:  Roger Royston, Major USMC
Duties:  Granted access to top secret/sensitive compartmented information based on an extensive background investigation.  Primary duties included operating highly-sensitive electronic equipment in accordance with specified collection mandates.  Worked concomitantly with intelligence analysts to ensure that collection objectives were satisfied.

Last Updated:  02/17/2022



**NEUROPSYCHOLOGICAL**
— S C I E N C E S —

Mailing Address: 14260 W. Newberry Road - #417, Newberry, Florida 32669-2765
Office Address: 330 NW 76th Drive - Suite B, Gainesville, Florida 32607
Cell: (352) 359-7620  Email: jasondemery@gmail.com
*www.neuropsychologicalsciences.com*

### 2022 FEE SCHEDULE
*Jason A. Demery, Ph.D., ABPP*
*Board Certified in Clinical Neuropsychology*

Client: _____     Date: _____

Attorney: _____     Firm: _____

Tel: _____     Fax: _____

| **Activity** | **Cost** |
|---|---|
| (1) Medical & Legal Records Review | $400.00/Hr. |
| (2) Clinical Interview | $400.00/Hr. |
| (3) Psychological & Neuropsychological Testing | $400.00/Hr. |
| (4) Test Scoring & Interpretation | $400.00/Hr. |
| (5) Report Writing | $400.00/Hr. |
| (6) Scientific Literature Review | $400.00/Hr. |
| (7) Telephone or Face-to-Face Conference/Consultation | $400.00/Hr. |
| (8) Predeposition/Pretrial Preparation | $400.00/Hr. |
| (9) Deposition & Hearing/Trial Testimony | $600-$1,000/Hr.* |
| (10) State/Federal Criminal Cases (Competency, Sanity, Sentencing Mitigation, etc.) | $300.00/Hr. |

- A retainer fee of $4,000 ($3,000 of which is nonrefundable) is generally required to begin new cases. Remaining balances will be invoiced when evaluation report is sent to retaining party.

- Travel time will be billed @ $300/Hr. plus expenses.

- For depositions, full payment must be received 48 hours prior to the deposition.

- Forty-eight hours notification is required on all cancellations of evaluations, depositions, or court appearances or an inconvenience fee at the rate of $400.00/Hr. for the duration of the scheduled activity will apply.

- *=**Hours 1-2** of deposition/trial testimony is billed at $600/Hr. **Hour 3** is billed at $750/Hr. **Hour 4** is billed at $900/Hr. **Hours 5** and above are billed at $1,000/Hr.



**EXHIBIT**
E

## Jason A. Demery, PhD, ABPP Testimony History

| Year | Plaintiff vs. Defendant | Circuit/County | Referring Attorney Who Retained Dr. Demery | Retained by Plaintiff or Defense | Dr. Demery Provided Deposition Testimony? | Dr. Demery Provided Courtroom Testimony |
|---|---|---|---|---|---|---|
| 2015 | United States of America v. Keith Young | United States District Court Middle District of Florida Orlando Division | Atty Todd Doss and Investigator Jan Reed | Defense | No | Yes - Sentencing Hearing |
| 2015 | State of Florida v. Berenice Juarez | 15th Judicial Circuit - Palm Beach County | Assistant Public Defender Scott Pribble | Defense | No | Yes - Sentencing Hearing |
| 2015 | Petri v. MetLife | 13th Judicial Circuit - Hillsborough County | Jody Valdes | Defense | Yes | No |
| 2015 | United States of America v. Tyrone Jefferson | United States District Court Middle District of Florida Jacksonville Division | Court - Judge Joel Toomey | Court | No | Yes - Competency Hearing |
| 2015 | McCormick v. The Charter Oak Fire Insurance Company | 9th Circuit - Orange County | Luis Zavala | Defense | Yes | No |
| 2015 | McCarroll v. Pauzel, et al. | 8th Circuit - Alachua County | Wayne Argo | Defense | Yes | No |



EXHIBIT

tables

F

| Year | Case | Court | Retained By | Role | Testified | Outcome |
|---|---|---|---|---|---|---|
| 2017 | Hendricks v. Everwood Treatment Co. | 1st Judicial Circuit - Santa Rosa County | Daniel Ewert | Defense | No | Yes |
| 2016 | State of Florida v. Dwayne King | 8th Circuit - Union County | Janet Johnson | Defense | No | Yes - Sentencing Hearing |
| 2018 | Griffis v. Green | 8th Circuit - Alachua County | Susan Seigle | Defense | Yes | TBD |
| 2016 | United States of America v. Paul White | United States District Court Middle District of Florida Jacksonville Division | Lisa Call | Defense | No | Yes - Competency Hearing |
| 2017 | U.S. v. Paul White | United States District Court Middle District of Florida Jacksonville Division | Lisa Call | Defense | No | Yes |
| 2016 | United States of America v. Candia Williams | United States District Court Middle District of Florida Jacksonville Division | Court-Monte Richardson | Court | No | Yes - Competency Hearing |
| 2017 | Zellner v. Gundkali et al. | 13th Judicial Circuit - Hillsborough County | Chris Schulte | Defense | Yes | No |
| 2016 | State of Florida v. Derrick Grantely | 20th Circuit - Charlotte County | Court - Judge George C. Richards | Court | No | Yes - Competency Hearing |
| 2017 | Schoppenhorst-Taylor v. Figeroa | 8th Circuit - Alachua County | Susan Seigle | Defense | Yes | No |
| 2017 | U.S. v. Brian Russell Pollock | United States District Court Middle District of Florida Jacksonville Division | AUSA Rodney Brown | Prosecution | No | Yes |

| Year | Case | Court | Attorney | Retained By | | |
|---|---|---|---|---|---|---|
| 2017 | United States of America v. Anthony Robert Varsalona | United States District Court Middle District of Florida Jacksonville Division | Court-Monte Richardson called by AUSA Laura Taylor | Court | No | Yes -Competency Hearing |
| 2017 | Zeid v. Organic Accents | 16th Circuit - Monroe County | Edelberto Farres | Defense | Yes | Yes - Videotape |
| 2017 | U.S. v. SSG Jerry Cleveland | United States Army Trial Judiciary Fourth Judicial Circuit (Joint Base Lewis-McChord - Washington State) | Major David Odea and Captain Sara Gluckler | Special Victims Prosecution | No | Yes |
| 2017 | State of Florida v. Michael Able, Jr. | 7th Circuit - Putnam County | Trisha Laissle | Defense | Yes | No |
| 2017 | Kerrey v. VIP Tour Package et al. | 9th Circuit - Orange County | Michael Glass | Defense | Yes | Yes |
| 2018 | Benedict v. Comcast | 9th Circuit - Orange County | Laddie Buñolz | Plaintiff | Yes | TBD |
| 2017 | Burdette v. Williams Brothers Trucking, Inc. | 14th Judicial Circuit - Jackson County | Shannon Saunders | Plaintiff | Yes | No |
| 2017 | Grabinski v. DeNardo | United States District Court Middle District of Florida - Orlando | Ramon Vazquez | Defense | Yes | No |
| 2018 | Luna v. Riedler | 12th Judicial Circuit - Sarasota County | Sean Conahan | Defense | Yes | No |
| 2018 | Kohlbrand v. East Coast Waffles | 18th Judicial District - Brevard County | Kimberly Young | Defense | Yes | TBD |
| 2018 | Warren v. Best | 13th Judicial Circuit - Hillsborough County | Doug Saltarelli | Defense | Yes | No |
| 2018 | Douglas v. Jolito Inc. | 18th Judicial District - Seminole County | Terry Dixon | Defense | Yes | TBD |
| 2018 | Goodson v. Boone Distributors, Inc. | 8th Judicial Circuit - Union County | Mike Donsky | Defense | Yes | TBD |

| Year | Case | Jurisdiction | Name | Retained By | Testified | Notes |
|---|---|---|---|---|---|---|
| 2018 | Gilchrist County Sheriff's Office v. Jefferson Davis. | 8th Judicial Circuit - Gilchrist County | Stephen K. Miller | Defense | No | Yes - Risk protection Order (Firearm Possession) |
| 2018 | Stills v. Fitzgerald et al. | 8th Judicial Circuit - Bradford County | Peter Kellogg | Defense | Yes | Yes - via videotape. |
| 2018 | Mander v. Tampa General Hospital | 13th Judicial Circuit - Hillsborough County | Jim Evangelista | Defense | Yes | TBD |
| 2018 | Richards v. Juston Heth Compton | 19th Judicial Circuit - Indian River County United States District Court Middle District of Florida Jacksonville Division | Charles McKeon | Defense | Yes | TBD Yes - Competency Hearing |
| 2018 | U.S. v. Walter Smith | | Susan Yazgi | Defense | No | |
| 2018 | Richards v. Juston Heth Compton | 19th Judicial Circuit - Indian River County | Charles McKeon | Defense | Yes | Yes |
| 2018 | Brazzell v. Patterson | 8th Judicial Circuit - Alachua County | Karen Yochim & Gilbert Alba | Plaintiff/Petitioner | Yes | No |
| 2018 | U.S. v. Jamaal Abu Talib Hameen | United States District Court Middle District of Florida Jacksonville Division | Court - Judge Joel Toomey | Court | No | Yes - Comptency Hearing |
| 2018 | Hartley v. JFK Medical Center | 15th Judicial Circuit - Palm Beach County | Michael Schwebel | Defense | Yes | TBD |
| 2018 | U.S. v. Madison | United States District Court Middle District of Florida, Orladno Division | Court-Karla Spaulding & Roy Dalton, Jr. | Court | No | Yes-Competency Hearing |



304 Indian Trace # 884
Weston, FL 33326

4/4/2022

**Radiology Consultation**
**Patient: BRENDA NYE PENA**

### Date of incident: 8/22/2017

Thank you for requesting my review of provided imaging examinations for **BRENDA NYE PENA**. I am asked to determine whether or not there is any imaging evidence to support injury from the date of incident alleged to be 8/22/2017. I make the following opinions within a high degree of medical and radiological certainty.

**Credentials:** I am a medical doctor licensed to practice medicine in the states of New York and Florida. I am a board-certified, fellowship-trained expert in Diagnostic Radiology. I have been licensed as a Medical Doctor in the State of Florida since 2008. I am certified by both the American Board of Radiology and also the National Board of Physicians and Surgeons. I am currently the Clinical Director for a private radiology practice in Florida. I majored in Cognitive Neuroscience and graduated Magna Cum Laude from Harvard University, from where I obtained my undergraduate degree. Additionally, I did my residency at Yale University and at University of Florida. I completed a fellowship at Columbia University. I was selected as Program Director of the Radiology Residency of Columbia University's Harlem Hospital affiliate.

**Materials reviewed:** I am in receipt of the following imaging exams for **BRENDA NYE PENA**:

**Imaging with reports:**

Radiology Consultation – **BRENDA NYE PENA**

EXHIBIT

G

Page 1

1. CT Cervical Spine without Contrast dated 9/16/2017
2. CT Head without Contrast dated 9/16/2017
3. CT Biopsy Needle Guided Placement dated 5/16/2017

**Imaging without reports:**

1. X-ray Cervical Spine dated 8/24/2017
2. X-ray Right Hip dated 9/20/2017
3. CE- MRI Right Hip dated 5/27/2014
4. X-ray Right Hip dated 4/24/2017

**Others:**

1. X-ray Right Hip dated 9/29/2016
2. X-ray Right Hip dated 12/23/2015
3. X-ray Right Hip dated 11/18/2015
4. X-ray Right Hip dated 10/7/2015
5. X-ray Right Hip dated 9/22/2015
6. X-ray Pelvis dated 9/22/2015
7. X-ray Right Hip dated 9/22/2015
8. X-ray Right Hip dated 6/3/2015
9. Arthrogram Right Hip dated 5/27/2014
10. X-ray Right Hip dated 5/6/2014
11. X-ray Lumbar Spine dated 12/4/2013
12. ABC – Core Biopsy of Breast with Vacuum Assist dated 12/14/2011
13. ABC – Analog Digitized dated 12/15/2008
14. ABC – Analog Digitized dated 11/8/2007
15. ABC – Diagnostic Mammogram dated 6/25/2002

**Discussion:** For reasons to be delineated, no posttraumatic findings are noted and no evidence for causation with respect to the date of incident is identified. The constellation of multilevel changes, degenerative distributions of pathology, a lack of posttraumatic associated findings, and the presence of chronic findings – all in composite argue against any causation with respect to the date of incident of 8/22/2017 on the basis of radiology evidence.

# *CERVICAL SPINE DISCUSSION*

***POST-INCIDENT***

<u>*Comments: X-ray Cervical Spine dated 8/24/2017*</u>

*In reviewing the imaging, there are no post-traumatic findings.* In fact, there is only degenerative pathology. Anterior and posterior marginal osteophytes are present at the multiple levels. At the C5-6 level there is disc space reduction with endplate sclerosis. Additionally, there are no associated vertebral or facet fractures or soft tissue edema, which indicates there is no association with a traumatic incident.

If there were truly a significant injury on 8/22/2017, one would expect there to still be posttraumatic findings on the examination date of 8/24/2017 approximately 2 days later, that is not seen here. For example, there is no fracture, dislocation or soft tissue edema. There is a normal lordotic physiologic curvature of the spine which argues against any significant spasm as might be expected if there were any significant injury on the date of incident.

This exam was performed on a normal quality X-ray machine. There are no limitations on examination quality and resolution. The examination is diagnostic quality. *Overall, there is no X-ray characteristic to suggest any finding that is definitively or proximately related to the date of incident of 8/22/2017.*

<u>*Comments: CT Cervical Spine without Contrast dated 9/16/2017*</u>

I have reviewed the report interpretation by radiologist, Clark M. Pollitt Overall, I agree with the original report. *In reviewing the imaging, there are no post-traumatic findings.* The reading radiologist, Dr. Clark M. Pollitt described disc space narrowing and osteophyte spurring at the C5-6 and C6-7 levels and minimal osteophyte spurring at the C4-5 level.

In fact, again seen are anterior and posterior marginal osteophytes present at multiple levels. At the C5-6 and C6-7 levels, there is disc space narrowing. The central canal and neural foramina are patent. However, changes at these levels reflect age-related degeneration and are chronic in nature.  The findings on this exam are most prominent in the mid cervical spine. This distribution favors degenerative, chronic process. These involved disc levels are the ones where degenerative pathology is usually seen as a result of weightbearing and normal physiologic daily activity and movements over the patient's life.

Additionally, there is no association with a traumatic incident as there are no posttraumatic associated findings such as vertebral or facet fractures or soft tissue edema. As mentioned, when there is a significant trauma, one expects typical post traumatic associated findings to be persistent or at least resolving on any scans in proximity to the date of incident. Thus, if there was truly any injury on 8/22/2017, one would expect for there to be possibly soft tissue edema, fracture or dislocation on the examination date of 9/16/2017 approximately 25 days later. However, no such posttraumatic associated findings are described. Upon correlating with the available prior scan of X-ray cervical spine dated 8/24/2017, there appears to be no traumatic findings on either of the scans. This point of stability argues against causal relationship to the alleged injury on the date of incident.

The quality of this exam is diagnostic. The study was performed using a normal quality CT machine. There are no limitations on examination quality and resolution. *Overall, in composite there is no CT characteristic to suggest any finding that is definitively or proximately related to the date of incident of 8/22/2017.*

# *HEAD DISCUSSION*

**POST-INCIDENT**

*Comments: CT Head without Contrast dated 9/16/2017*

I am in receipt of the initial report as interpreted by Clark M. Pollitt and would comment as follows - overall, I agree with the report as interpreted. *In reviewing the imaging, there are no post-traumatic or abnormal findings.* Essentially, the initial reader described a normal CT study of the head. In fact, there is no significant abnormality. There is no evidence intracranial hemorrhage, mass lesion or acute infarct. Additionally, no fracture, dislocation or soft tissue edema is noted. Were there truly any injury on 8/22/2017, one would expect for there to be possibly soft tissue edema, fracture or dislocation on the examination date of 9/16/2017 approximately 25 days later. However, no such posttraumatic associated findings are described.

This exam was performed on a normal quality CT machine. There are no limitations on examination quality and resolution. The examination is diagnostic quality. *Overall, there is no CT characteristic to suggest any finding that is definitively or proximately related to the date of incident of 8/22/2017.*

# RIGHT HIP DISCUSSION

**POST-INCIDENT**

*Comments: X-ray Right Hip dated 9/20/2017*

*In reviewing the imaging, there are no post-traumatic findings.* In fact, a right hip prosthesis is demonstrated. There is no evidence of fracture, dislocation or soft tissue edema. As mentioned, when there is a significant trauma, one expects typical post traumatic associated findings to be persistent or at least resolving on any scans in proximity to the date of incident. Thus, if there was truly any injury on 8/22/2017, one would expect for there to be possibly soft tissue edema, fracture or dislocation on

the examination date of 9/20/2017, approximately 29 days later. However, no such posttraumatic associated findings are described. Upon correlating with the available prior scan of X-ray right hip dated 4/24/2017, there appears to be no traumatic findings on either of the scans. This point argues against causal relationship to the alleged injury on the date of incident. The quality of this exam is diagnostic.

The study was performed using a normal quality X-ray machine. There are no limitations on examination quality and resolution. *Overall, there is no X-ray characteristic to suggest any finding that is definitively or proximately related to the date of incident of 8/22/2017.*


**PRE-INCIDENT**

<u>Comments: CE- MRI Right Hip dated 5/27/2014</u>

In reviewing the imaging acquired before the date of incident, there are no post-traumatic findings. This examination predates the date of incident and serves as baseline imaging. There are femoral head and acetabular marginal osteophytes, thinning of the articular cartilage and mild to moderate joint effusion consistent with osteoarthritis. No fracture, dislocation, marrow or soft tissue edema is observed.

This exam was performed on a high magnetic field strength 1.5 Tesla machine. There are no limitations on examination quality and resolution. The examination is diagnostic quality. *This examination predates the date of incident and is therefore useful in demonstrating a baseline pre-incident appearance of the right hip.*

<u>Comments: X-ray Right Hip dated 4/24/2017</u>

In reviewing the imaging this examination predates the date of incident and serves as baseline imaging. A right hip prosthesis is demonstrated. There is no evidence of fracture, dislocation or soft tissue edema. The quality of this exam is diagnostic. The

study was performed using a normal quality X-ray machine. There are no limitations on examination quality and resolution. This examination predates the date of incident and is therefore useful in demonstrating a baseline pre-incident appearance of the right hip.

## *Comments: CT Biopsy Needle Guided Placement dated 5/16/2017*

I am in receipt of the initial report as interpreted by Dr. Lamar E. Robinson and would comment as follows - overall, I agree with the report as interpreted. In reviewing the imaging acquired before the date of incident. This examination predates the date of incident and serves as baseline imaging. Essentially, the initial reader described uneventful CT guided right psoas tendon injection. In fact, a percutaneous needle is placed under CT guidance. A hip joint prosthesis is noted. There is no fracture, dislocation or soft tissue edema. This exam was performed on a normal quality CT machine. There are no limitations on examination quality and resolution. The examination is diagnostic quality. *This examination predates the date of incident and is therefore useful in demonstrating a baseline pre-incident appearance of the right hip.*

**Conclusion:**

Overall, given the available radiology information, in composite there are *no imaging abnormalities present that are definitively or proximately related to the date of incident of 8/22/2017.* The constellation of findings – without any posttraumatic abnormalities, and with multilevel degenerative findings – in composite represents compelling evidence for the defense merit and renders any allegations for causation quite tenuous at best. From a radiology perspective, the imaging evidence suggests that the claim for injury as alleged to occur on 8/22/2017 is a "nothingburger" and nothing more. I would be happy to generate additional discussion if/when the outstanding reports by the initial readers are provided per the materials reviewed, however, I would not expect my opinion to change, which I make

within a high degree of medical and radiological certainty. Essentially, the absence of any imaging evidence to support the claimant's position therefore constitutes in fact evidence for the defense case merit.

I, Daniel Cousin, M.D., hereby declare that I am a duly licensed medical doctor and that my assertions and conclusions in the above report are true to the best of my knowledge and information. The claimant's radiology examinations were evaluated according to the restricted rules concerning an independent radiology examination. It is, therefore, understood that no doctor/patient relationship exists or is implied by this examination. Management decisions should not be based on the above radiology interpretation. The claimant's examination was examined in reference to the specific complaints emanating from the original injury. Any other medical conditions, which were either underreported or felt to be unrelated to the original injury, are considered to be beyond the purview of this examination. I further declare that information contained in this document was prepared by and is the product of the undersigned and is true to the best of my knowledge and information. My opinions herein are based on the available medical records and I expressly reserve the right to alter my opinions if and when new records are provided to me for review and analysis. My opinions rendered herein are meant to apply solely to the specific circumstances of this case involving **BRENDA NYE PENA** and shall not be used for any other purpose.

Sincerely yours,

Daniel Cousin, M.D.
Diagnostic Radiologist
Certified by the American Board of Radiology
Radsurity, P.A., President
*"Be sure with Radsurity"*
*WWW.RADSURITY.COM*

*cousin@post.harvard.edu*
646-303-3125 (cell)



# Curriculum Vitae – Daniel Cousin, M.D.

Cage: 8PS47 DUN: 021491772

## ADDRESS:

304 Indian Trace #884
Weston, FL 33326

Phone: (646) 303-3125 (cell)
E-mail: cousin@post.harvard.edu

## EDUCATION:

**B.A.**   Harvard University                                                                 2000
- major: Cognitive Neuroscience (double honors major)
- graduated Magna Cum Laude
- other academic scholarships and awards received:
    Mease Health Care Scholarship, Harvard College Scholarship, Soroptimist International
    Scholarship, David J. Hanson Award

**M.D.**   Albert Einstein College of Medicine                                               2005

## PROFESSIONAL EXPERIENCE:

**Bayview Radiology, Tampa, FL (private outpatient imaging)**          1/2016 – present
- Clinical Director
- Diagnostic Radiologist
- Consulting – various (medicolegal/medmal/personal injury/utilization/insurance IME, etc.)
  providing expert consultation and testimony for attorneys and organization both local and
  national.

**Radsurity, P.A., Delray Beach, FL**                                 1/2013 – present
- President
- Medical Consultant
- Consulting – various (medicolegal/personal injury, utilization/insurance, etc.)
- Selected as "Top Doctor in Delray Beach, FL" by International Association of Radiologists
  (IAR), 2016
- Selected - 2016 Best of Delray Beach Awards for Radiologist.
- Selected as Top Doctor Award 2017

**DIA, Boca/Delray/Boynton, FL (private outpatient imaging)**         1/2013 – 12/2015
- Medical Director
- Lead radiologist

**Columbia / Harlem Hospital Center, New York, NY**                   7/2011 – 6/2012

   **Assistant Clinical Professor of Nuclear Radiology**
- Program Director of the Radiology Residency, 12/2011-4/2012
- Associate Program Director of the Radiology Residency, 9/2011-11/2011
- Physician Affiliate Group of New York local Governance Council, elected term 2011-12
- Residency Education Committee, member, 7/2011-6/2012
- Helpful in the successful ACR credentialing of Harlem's Nuclear Medicine Dept, 2011
- Teacher's Program Certificate, AUR course, San Antonio 2012



EXHIBIT
H

Daniel Cousin, M.D.                                                    Page 2

- Lecturer, 7/2011-6/2012
- Selected as Top Doctor by the IAR (International Association of Radiologists), 2013, spotlighted in renowned publication, *The Leading Physicians of the World.*

**Columbia University / New York Presbyterian Hospital, New York, NY**          **7/2010 – 6/2011**

**Post Doctorate ACGME Clinical Fellowship in Whole Body Imaging, including PET-CT and Nuclear Radiology**
- Chief Fellow
- Employee of the Month Award, selected for January 2011, Columbia University/NYPresb.
- Cardiac Imaging Mini-Fellowship (including training in Cardiac MRI and CTA)
- Guest Lecturer:        Nuclear Medicine Advanced Course at Manhattan College
                        Medical Physics Graduate Student Course, Columbia University
                        Radiology Residency Boards Review, Columbia/NYP

**University of Florida Shand's Hospital, Gainesville,  FL**          **5/2008 – 6/2010**

**Radiology Resident, R3 and R4**
- Adjunct Professor, Center for the Arts in Healthcare, University of Florida
- Lecturer, School of Nursing, University of Florida
- Co-Treasurer, Florida Radiology Society, Residents & Fellow Section, 2008
- Ambassador, Resident Ambassador Program for incoming House Staff

**Yale – Norwalk Hospital, Radiology Residency, New Haven – Norwalk, CT**          **7/2006 – 4/2008**

**Radiology Resident, R1 and R2**
- Program Representative, House Officer Assembly, 2006 – 2008
- Interviewer, Resident Applicant Admissions Committee, 2008

**Mount Sinai – Cabrini Medical Center, Internship in Internal Medicine, NYC**          **7/2005 – 6/2006**
- Medical Intern

---

**LICENSURES:**          **Florida – active since 2008**
                        **New York – active since 2010**
                        **Maine – 2013 – 2015, now inactive**
                        **CERTIFICATIONS: American Board of Radiology, 2011 – present**
                        **National Board of Physicians and Surgeons 2015 - present**
                        **ACLS/BCLS certified, 2005 – 2014**

---

**PROFESSIONAL AFFILIATION**

Daniel Cousin, M.D.                                                                      Page 3

Active member of:
- American College of Radiology, 2011- present
- AEPi Fraternity, Founding Father of Harvard University's chapter and active member of the alumni committee, 2000 - present

Previously a member of:
- Association of Program Directors in Radiology-committee member
- Association of University Radiologists
- Radiological Society of North America-annual convention attendee
- American Society of Emergency Radiology-elected as a T3 member
- Florida Radiology Business Management Association-meeting attendee
- American Medical Association- interim convention delegate
- American Roentgen Ray Society
- New York County Medical Society
- Florida Medical Association/Florida Radiology Society

### PROJECTS/PRESENTATIONS/RESEARCH/OTHER AWARDS

- Weir I, Drescher F, Cousin D, Fraser E, Lee R, Berman L, Strauss E, Wang Y, Fine J. Trends in use and yield of chest computed tomography with angiography for diagnosis of pulmonary embolism in a CT hospital emergency department. Conn Med, 2010;74:5-9.
- D. Cousin, MD, J. Bauman, MD, A. Meinke, MD., Case Report: Cecal Herniation through the Foramen of Winslow, Diagnostic Imaging, September 2007. 9:14.
- Cousin MD, Jagait MD, Gilet MD, The Burden Factor: A novel, dynamic approach for identifying resident fatigue in radiology training programs, ARRS accepted, 4-2012.
- Cousin MD, Jagait MD, Gilet MD, The Burden Factor: A novel, dynamic approach for identifying resident fatigue in radiology training programs, abstract accepted at 89th Annual Meeting and Chapter Leadership / American College of Radiology Conference, 4-2012.
- Evaluation of collaborative factors and medico legal consideration in radiology and patient care UF Systems Based Project: Research Week 2009. University of Florida. project ongoing.
- Judge, Resident and Fellow Research Fair, Harlem Hospital, March 13, 2012
- Gerrard, MD, Cousin MD. Radiology to Go: Mobile Medical Radiology Applications – A Review and Analysis of Radiology Applications on Various Mobile Platforms, electronic exhibit, accepted RNSA 2012
- Gerrard, MD, Cousin MD. Radiology to Go: Mobile Medical Radiology Applications – A Review and Analysis of Radiology Applications on Various Mobile Platforms, oral presentation, accepted RNSA 2012
- Presenter, Society for Nuclear Medicine Annual Meeting, Miami, Continuing Education, 2012 "Review of NRC Regulations"
- Presenter, Society for Nuclear Medicine Annual Meeting, Miami, Current Problems, Controversies, and Techniques in Nuclear Medicine, 2012 "There Is No "I" in Nukes, but There Is a "You!"
- "In 3D, A New Powerful Medicolegal Tool," Daniel Cousin, M.D. Presentation, AALNC Conference, Clearwater Florida 4/14/2018.
- "Your case in 4D- A Powerful Diagnostic Tool" - Chapter Meeting Keynote Speaker, Case Management Society of America (CMSA), 1-10-2019
- "Walk the Walk, Don't Just Talk the Talk: The Truth About Your Case Merit" – Keynote Speaker, 21st Annual IARP (International Association of Rehabilitation Professionals) Southeast Florida W/ C Claims Conference (IARP), Sunrise, FL 11-8-2019
- "Spine Imaging and What Makes a Good Plaintiff or Defense Case." Speaker, Tampa Bay Trial Lawyers Association 7-11-2020
- "Radiology and Case Valuations in 4D" Speaker, Government Employees Insurance Company – South Florida Division 8-20-2020
- "New Approaches to Case Valuations using 4D Demonstrative Evidence," Lecture, State Farm FL Division 9-25-2020.
- Medilaw Physician of the Year Award 2020 and 2021.
- "Advanced Imaging Principles," Lecturer, Concorde Career Institute, 2-11-2021.
- "Neuroradiology for Auto Accidents" Lecturer, Geico Defense Counsel, 3-2-2021
- "Entrepreneur Series: Finding a Supervising/Collaborative Physician," Lecturer, PAVMT Virtual Medicine 3-4-2021
- "Demonstrative Evidence for Medico Imaging of Accidents." 6/4/2021, rubinfiorella.com,

Daniel Cousin, M.D.                                                                   Page 4
6/4/2021.
- "Neuroimaging 101 and Nothingburgers with Cheese: Alleged vs Actual injuries - and how to tell the difference. Lecture for Examworks offering CEUs for FL, TX, an DE 7-29-2021
- Neuroradiology and Nothingburgers with a Side of Fries, AAAM webinar 9-29-2021

**LANGUAGES:**

- English
- Spanish (moderate fluency)



**RADSURITY**
BE SURE WITH RADSURITY
304 Indian Trace, #884
Weston, FL 33326

## Diagnostic Radiology Consultation

Services Rendered
_____

initial retainer                                    →        $3500
*professional courtesy*

Dr. Daniel Cousin, MD
Discounted fees (billed against the retainer)
-General Consulting rates -  $575/hr
-Unused retainer portion may be refunded.

-Deposition/Testimony rates - $975/hr
-4 hr prepayment depositions, 8 hr prepayment trials, both 20 days prior
-Reasonable travel expenses reimbursed
_____
                                        **Total due:**        **$3500**

**Please make payment of $3500 to "Radsurity" and mail to the following address:**
        304 Indian Trace #884
        Weston, FL 33326

Thank you for your consultation.

Sincerely,

Daniel Cousin, M.D.
Diplomate of the American Board of Radiology
Radsurity, P.A., President
*"Be sure with Radsurity"*
*www.Radsurity.com*
cousin@post.harvard.edu
646-303-3125 (cell)

*Payments not received by 60 days after the invoice may be assessed a 5% interest fee per month
of the total outstanding balance. Returning the retainer amount OR sending any chart materials
will constitute implied consent that all terms are hereby agreed to by both parties.*

**EXHIBIT
I**



Daniel Cousin, M.D. - medicolegal expert consultant testimony

Testimony:

1) **Trial:** Inman, 8/24/2015, Peoria County Case Nos. 14 JA 282

   Counsel: Troy Roberts, Law Office of Troy I. Roberts, P.C., Peoria, Illinois

2) **Deposition:** 1/12/2016, Pierce vs. TRMC

   Counsel: Meyerson & O'Neill, Meyerson & O'Neill, (meyersonlawfirm.com)

3) **Deposition:** Sam. vs. Funderburk.

   Counsel: Devesh Tiwary, MD, JD, (TiMedLaw.com)

4) **Deposition:** 9/5/2014, Rey vs. Cedars Medical Center

   Counsel: Haliczer, Pettis & Schwamm, Attorney Ken Miller, (hpslegal.com)

5) **Arbitration:** 9/3/2014, Enrique Casanova v West Palm Beach Hospital

   Counsel: Andrew Hament, Esq. Ford & Harrison LLP (fordharrison.com)

6) **Deposition:** 3/21/2016, Davis vs. North Star MRI, et al

   Counsel: Ed Quillin, Esq. (equillinlaw.com)

7) **Deposition:** 1/17/2017, Rothaug v. Martin Memorial Health and Eric A. Pfeiffer

   Counsel: Claire Hurley, Esq. (csklegal.com)

8) **Deposition:** 3/24/2017, Linton v. Schaner

   Counsel: Andrew Muehlbauer, Esquire (molegal.com)

9) **Trial:** 4/24/2017, McFeeley vs. Shah, Philadelphia, Pennsylvania

   Counsel: John Kantner and Esq. Albert Evans Esq. (feplawyers.com)

10) **Deposition:** 8/24/2017, Jackson vs. United States

    Counsel: Gunn Law Group (gunnlawgroup.com)

11) **Deposition:** 8/25/2017, Re Bard IVC Filters Product Liability Litigation

    Counsel: Nelson Mullins (nelsonmullins.com)

12) **Deposition:** 8/29/2017,  Angela Westerfield vs ANA Fitness

    Counsel: Cole, Scott & Kissane (csklegal.com)

13) **Deposition:** 1/2/2018, Hickock v. Cropper Deposition

    Counsel: Theodore Eastmoore (Matthewseastmoore.com)

14) **Trial:** 3/27/2018, Bard IVC Filters Product Liability Litigation

    Counsel: Nelson Mullins (nelsonmullins.com)

15) **Trial:** 3/20/2018, Hickock v. Cropper

    Counsel: Theodore Eastmoore (Matthewseastmoore.com)

16) **Hearing:** 4/12/2018, Veterans Administration vs Jordan Lavin

    Counsel: Stanley Ellenberg, Ellenberg Law (sellenberglaw.com)

17) **Deposition:** 5/10/2018, Boyle vs Samotin Orthopaedics

    Counsel: John Bringardner, Ulman Bursa Law (ublawoffices.com)

18) **Deposition:** 5/25/2018. Olensky vs Tradition Medical Center

    Counsel: Claire Hurley, Esq. (csklegal.com)

19) **Trial:** 8/6/2018. Anthem Blue Cross & Blue Shield vs Sentara Health System

Counsel: Michael Falk, Esq. (reedsmith.com)

20) **Hearing**: 9/6/2018, Division of Child and Family Services vs Cory and Nikki Fowler

Counsel: Walter Bugden, Esquire (bilaw.net)

21) **Deposition**: 1/21/2019, Cokley vs Centimark

Counsel: Robert Visca, Esquire (Rumberger.com)

22) **Deposition**: 1/25/2019, Swartz et al. v. Express Care

Counsel: Jocelyn Kiser, Esquire (moodklaw.com)

23) **Deposition**: 1/26/2019, Samuda matter

Counsel: Cameron Barnard, Esquire (fhvlegal.com)

24) **Deposition**: 4/16/2019, State of Florida vs. Kiereek Lemwell Seymour

Counsel: Peter Adrien, Esquire (ianrichards.com)

25) **Deposition**: 6/11/2019 Delviscovo  vs Milosis

Counsel: Barry Packin, Esquire, (seigellaw.com)

26) **Deposition**: 4/15/2016 Young v Naples Community Hospital, Inc.

**Counsel:**  Robert Cousins, Esquire (qpwblaw.com)

27) **Deposition**: 8/22/2019 Mioli v Levitsky

Counsel: Barry Packin, Esquire, (seigellaw.com)

28) **Deposition**: 5/21/2019 State v Nixon 17-08674-CF

Counsel: Brandon Breslow, Esquire, (kmf-law.com)

29) **Deposition**: 7/24/2019 Wilkinson J. Ninala et al v Anthony Rongione  Case No 450051-V

Counsel: Peter Grenier, Esquire, (Grenierlawgroup.com)

30) **Trial**: 9/17/2019 Mays v Caliendo file No 57300.4-00346

Counsel: Fred Fanelli, Esquire (feplawyers.com)

31) **Deposition**: 10/15/2019 Harris v Augusta Orthopedic, file No 2017-RCCV-303

Counsel: Kip McAllister, Esquire, (theconnorfirm.com)

32) **Deposition**: 1/10/2020, Matinote et al vs Mazko and Wake Radiology Consultant, Granville

County Superior Court Division 10 CVS 474. Counsel: Melvin Bailey Esquire,

(www.melvinfirm.com)

33) **Deposition**: 4/27/2020, Hobbs v Dupont Crossing, LLC, Cause No 02D09-1805-CT-000285, Allen

Superior Court of Indiana,  Counsel: Curt Condict (hanover.com)

34) **Trial**: 2/10/2020, United States v TSgt Caleb Humphrey. Dept of the Air Force, 15th Wing,

15WG/JA, Joint Base Pearl Harbor Hickam Hawaii 96853, Captain Roza Sheffield

35) **Deposition**: 8/17/2020, Galloway v Resurgens P.C.,

State court of Cobb County, Counsel: raglandfirm.com, Dar Ragland, Esq., Andre Johnson Esq.

36) **Deposition**: 10/16/2020, Gutierrez, Ricardo vs Gonzalez Acosta DBA Flabias Trucking, cause, 37th

District Court, Bexar County, TX, #2019C100091 Counsel: Hartlinebarger.com

37) **Deposition**: 11/16/2020, Jordan vs Arlington Motor Co and Bolin Jr. James, 4th Judicial Circuit

Court Duval County, 2018-CA-6912 zurichna.com

38) **Deposition**: 12/4/2929, Luqman v Dr. Bonsell & Genuine Parts Co, Case#16-2018-CA006264,, Stewart

Williams, Esq., williamslaw-fl.com.

39) **Trial**: 1/25/2021, US v. Smith, Air Force Trial Defense Division (AF/JAD), Whiteman Air Force Base,

S Maj Allen Abrams USAF AFLOA

40) **Deposition:** 2/19/2021 Rudsinski v Bush and Associates/John Bush/Cherise Bush, M.D. Cook County, Illinois, Tim Richardson, Esq., 17L10459 wsorlaw.com

41) **Trial:** 3/18/2021 Miller, Tracey W. vs Zamora, Jose A & State Farm Mutual, Superior Court 2 Himlton County, IN, 29D02-1803-CT-001943, Attny Guthrie, k-glaw.com

42) **Deposition:** 3/29/2021, Wagoneer vs Geico, CA-18-1108, Division 55. Attorney Kitchen, Geico.com

43) **Deposition:** 4/9/202, Kasundia Woods vs Delta Logistics Inc and Rex A Underhill, Cause no DC-19-10679, Attorney Miller mklawpc.com.

44) **Trial:** 4/22/2021, Shakira Redding v. Ameditrans, Inc. Charlotte County Board of County Commissioners, and Ronald Fredrick Smith, viz zoom. Case No 19-CA-0309, Attorney Richards, Colin Richards Law,

45) **Deposition,** 4/23/2021, Medley v Virtua Health, Inc. dba Virtua Voorhees Hosp, et al. Docket L-2669-18, Attorney Kurtz, ogklawyers.com

46) **Deposition,** 5/3/2021, Michelle Page v John L. Kuchta, case no: 16-2019-CA-009178, Duval County, Kubickidaper.com

47) **Deposition:** 5/17/2021, Michael/Virginia Palmer vs Marino et al., docket No. PAS-L-1202-18, Passaic County, Attorney Barry Packin, seigellaw.com.

48) **Deposition:** 5/21/2021, Jeffery Price v Radiology Associates of Albuquerque PA et al, D-202-CV-2019-04122, State of New Mexico, County of Bernalillo, Second Judicial District, Attorney Maggiore btblaw.com,

49) **Deposition:** 6/11/2021, Jennifer Noren (Sapirman) vs Emily Chandler, Case no 2019-CA-002822, circuit court of 18th judicial circuit and for Seminole County, FL Attorney Kevin Knight, dsklawgroup.com

50) **Deposition:** 6/11/2021, Jodi Pannell et al v UPS,inc and Steven Miller, Case no 20CY-CV06976, circuit court of Clay County, Missouri, Attorney Robert Schroeder, accursolaw.com

51) **Deposition:** 7/12/2021, Serena Alvarez v Steven Martinez, Cause no D-1-GN-19-008375. 201st Judicial District Court of Travis County, Texas, Attorney Beth Scherer, wbclawfirm.com

52) **Deposition:** 7/16/2021, William Fugate v Brandon Alejandro et al., Case No: 2019-CA-003603-AN.Circuit Court o the Ninth Judicial Circuit in and for Osceola County, FL, Attorney Brandon Bornstein, dsklaw.com

53) **Deposition:** 7/23/2021, Denholm v Nikolay, Case no: 2019- CA-007560-O Div 37., Circuit court of the 9th judicial Circuit in and for Orange County FL, , Attorney Brandon Bornstein

54) **Trial:** 8/9/2021, Denholm v Nikolay, Case no: 2019- CA-007560-O Div 37., Circuit court of the 9th judicial Circuit in and for Orange County FL, , Attorney Brandon Bornstein

55) **Deposition:** 9/9/2021, Fields v Morse, Case no: 2020-CA-1596, 12th Judicial Circuit In and For Manatee County, FL, Attorney Brian Agliano, jbfirm.com

56) **Deposition:** 9/24/2021, Melody Chambers Peters v Summer Vinson and Joseph Vinson, Case no: 19-Ca-005565, Circuit Court of 13th Judicial Circuit in and for Hillsborough County, FL Civil Division, Attorney Brandon Schelle, bankerlopez.com.

57) **Deposition:** 10/7/2021, Melody Chambers Peters v Summer Vinson and Joseph Vinson, Case no: 19-Ca-005565, Circuit Court of 13th Judicial Circuit in and for Hillsborough County, FL Civil Division, Attorney Brandon Schelle, bankerlopez.com.

58) **Deposition:** 10/8/2021 Akerman v State Farm, US District Court, Middle District of FL, Orlando Division, Case No: 6:20-cv-02334-ACC-EJK,  Attorney John Farren, dsklawgroup.com

59) **Trial:** 10/14/2021, Melody Chambers Peters v Summer Vinson and Joseph Vinson, Case no: 19-Ca-005565, Circuit Court of 13th Judicial Circuit in and for Hillsborough County, FL Civil Division, Attorney Brandon Schelle, bankerlopez.com.

60) **Deposition:** 10/22/2021, Yolanda Dace v Khaled R. Shahrour and Garrison Property and Casualy Insurance Company, Case No 18-CA-011618/DivG, Circuit Court of 13th Judicial Circuit in and for Hillsborough County, FL Civil Division Attny Geogymon George allstate.com

Sincerely,

Daniel Cousin, M.D.
Diplomate of the American Board of Radiology
Radsurity, P.A., President
*"Be sure with Radsurity"*
*www.Radsurity.com*
cousin@post.harvard.edu
646-303-3125 (cell)

1

March 28, 2022

# Curriculum Vitae

## N. Neil Brown MD PhD FRCS(C) FACS FAANS
mdneur@aol.com
**cell (954) 644-9820**


## Postgraduate Medical Education

**Western University, Schulich School of Medicine and Dentistry**
    London, Ontario

i) surgical internship June 15, 1991 - June 14, 1992
    LMCC #75783 June 15, 1992
ii) neurosurgical residency July 1, 1992 - June 30, 1996
        one year research credit given for PhD for total of 6 year program (credit given by both
        Royal College of Physicians and Surgeons of Canada and American Board of
        Neurological Surgeons)
        – program well known internationally for its vascular training under Dr. Charles Drake
         and Dr. "Skip" Peerless;  nationally renowned program in epilepsy surgery, and typical
         "bread and butter" tumor, spine, peripheral nerve and trauma

**Note**: infolded during residency, a three month mini-fellowship in spinal instrumentation July 1 to
September 30, 1995 was undertaken at **Barrow Neurological Institute** (Phoenix, AZ) under
tutelage of Drs. Sonntag and Dickman.

iii) **certification** neurosurgery August 29, 1996 (Canadian)
*Fellow of Royal College of Surgery (Canada)* {FRCS(C)} November 8, 1996
(member # 457851)

iv) **certification** by the *American Board of Neurological Surgery* November 13, 2002 (#22066);
    **re-certification** expires December 31, 2022

v) **certification** by the *American Board of Spine Surgery* November 10, 2004
    **re-certification** expires December 31, 2024

part-time: mini-fellowship with Robert Masson, MD in minimally-invasive microscopic spine
surgery: Start November 1, 2020 (purpose to learn efficient microsurgical techniques during
Covid pandemic in a period of lower case load)



2

**Post-Secondary Education:**

1.    Western University
        London, Ontario
**Field:**       Applied Mathematics
**Degree:**    HBSc, June 9, 1983

2.    McGill University
        Montreal, Quebec
**Field:**       Physics
**Degree:**    MSc, June 12, 1986

3.    Western University
        London, Ontario
**Field:**       Medicine (MD-PhD program)
**Degrees:**   MD, June 7, 1991
        PhD (Medical Biophysics), June 10, 1994

**Honors/Scholarships:**   NSERC studentship    1984-1985
        MRC studentship      1985-1988

**Medical Licenses:**

1.    Arizona        License number 23330, date 7/28/95; expires 9/28/2023
        CSPMP ID: PMP031468

2.    Florida        License number ME-0071692, date 10/17/96; expires 1/31/2023

3.    Illinois        License number 036-096331, date 8/6/97; expires 7/31/2023

4.    California        License number C50657, date 9/5/01; expires 9/30/2023
        CURES Registration: CACURES511434

5.    Colorado        License number DR.0057781, date 11/16/16; expires 04/30/2023

6.    Missouri        License number 2020009921, date 3/22/20; expires 01/31/2023

**NPI #:** 1366492803        **CAQH#**    11550083        **UPIN#:** G39085

**DEA#:**  FL    BB5111149        expires 7/31/2023
         MO    FB1190886        expires 7/31/2024        Cont Sub # 2500075029

**Other Certificates:**

1. BLS (Basic Life Support)        Date 3/29/2020; expires 3/2024
2. ACLS (Advanced Cardiac Life Support)   Date 3/29/2020; expires 3/2024

3

**Employment History:**

1.  Minimally Invasive Spine & Neurosurgery, Inc.
    (My Florida corp solo/independent contractor)
    Duration: March 1, 2016 – Present                     overlaps 2 & 3

2.  Colorado Springs Neurological Associates, Inc.      (employed – neurosurgery group)
    2312 N. Nevada Avenue, Suite 100                     unfortunately poor fit
    Colorado Springs, Colorado 80907
    Duration: October 15, 2018 – January 31, 2019

3.  Alexander Orthopaedics Associates   (employed by orthopedic group – terminated a week
    12416 66th Street N, Ste. A                following giving 2 months notice to join
    Largo, FL 33773                            Colorado Springs Neurological Associates)
    Duration: July 17, 2017 – July 31, 2018

4.  Neil Brown MD PhD PA      (My corp solo/independent contractor in South Florida)
    5300 West Hillsboro Blvd., Suite 103
    Coconut Creek, FL 33073
    Duration: February 18, 2005 – October 1, 2016

5.  Minimally Invasive Spine & Neurosurgery Medical Clinic Inc.
    (My corp solo/independent contractor)
    29243 Clear Spring Lane
    Highland, CA 92346  (Corporate Address)
    Duration: June 2, 2002 - February 1, 2005

6. Sabbatical: July 1, 2001 – May 31, 2002
    Surgical observation University of Illinois – Fady Charbel, MD – vascular cases
    Surgical observation Northwestern University – Hunt Batjer, MD – vascular cases
    Surgical observation Rush University – Rick Fessler, MD – minimally-invasive
                                                                spine cases

7.  Carle Clinic Association       (multi-specialty group)
    Division of Neurosurgery
    602 West University Ave.
    Urbana, IL 61801
                            Duration: Nov. 97 - June 30, 2001
                            Acting Chief ( July 2000 - June 30, 2001)
    Gap for immigration clearance due to change of employer

8.  Ocala Neurosurgical Center, Inc.      (employed – neurosurgery group)
    1901 SE 18th  Avenue
    Ocala, FL 34474
                            Duration: Dec. 96 - July 97.
    Gap for immigration clearance from completion of residency training

# NEIL BROWN, MD
### Diplomate of the American Board of
### Neurological Surgery

*Minimally-Invasive Spine & Neurosurgery*

## FEE SCHEDULE

**CONSULTATION:**

Neurosurgical Patient Consultation and MRI Film review: $750.00-$900.00 depending on complexity
(Does not require pre-payment)

**PREPARATION FOR TESTIMONY:**

Review of records for Deposition or Court Testimony: $1,000.00 per hour.

**DEPOSITIONS:**

Pre-Deposition Conference: $250.00 for every 15 minutes.

One-Hour Deposition or ZOOM: $1,250.00.
  Additional $325.00 for every 15 minutes thereafter.

Video Depositions: $1,500.00 per hour.
  Additional $375.00 for every 15 minutes thereafter.

Court Testimony: $5,000.00 for morning or afternoon appearance.
  $10,000.00 for entire day.

(plus any additional travel and lodging expenses. Travel is portal to portal based on time spent at $1,000 per hour
during regular hours / negotiable after normal hours; additional info as per contract)

**TELEPHONE CONFERENCE OR LEGAL CONFERENCE:**

$250.00 for every 15 minutes.

**INDEPENDENT MEDICAL EVALUATIONS (IME):**

Includes: Patient consultation, basic MRI film review: $1,000.00.
  Thereafter, additional $1,000.00 for every 1 hour of medical record review and
  preparation of document/report.
  Pre-payment of $5,000 will be required if voluminous records.

**EXPERT WITNESS:**

Pre-payment of $5,000 (NON-REFUNDABLE) Includes 5 hrs of Medical Records Review/ writing report, research,
etc..
Thereafter, additional $1,000.00 for every 1 hour of medical record review and
preparation of document/report.



2

**ALL SERVICES LISTED ABOVE REQUIRE PRE-PAYMENT\***
*\*Fee Schedule subject to change without notice\**

**Dr Brown's Trials**

| | DATE | CASE NUMBER | COURT | COUNTY | STATE | Pt Name | Plaintiff or Defense |
|---|---|---|---|---|---|---|---|
| 1 | 1/29/2009 | 06CA000262MB | 15th | Palm Beach | FL | Terri Riba | P |
| 2 | 3/30/2009 | 50-2008CA027005 | 15th | Miami | FL | Uriel Tinoco | P |
| 3 | 11/17/2009 | 11-20191 | 17th | Broward | FL | Malcolm Dixon | P |
| 4 | 8/1/2011 | 50-2008CA027005 | 15th | Palm Beach | FL | Thais Camacho | P |
| 5 | 4/19/2012 | 10-34411 | 17th | Broward | FL | Thomas Scog | P |
| 6 | 5/9/2012 | 11-20191 | 17th | Broward | FL | Ronald Belhomme | P |
| 7 | 4/24/2013 | 01-21453CA21 | 11th | Miami Dade | FL | Cindy Rolands | P |
| 8 | 11/13/2013 | 11-2829408 | 17th | Broward | FL | Jerome Times | PL |
| 9 | 11/14/2013 | 08-46176 CA10 | 11th | Miami Dade | FL | Caridad Dominguez | P |
| 10 | 3/5/2014 | 502011CA020761 | 15th | Palm Beach | FL | Neil Kauffman | P |
| 11 | 3/27/2014 | 502012CA016803 | 15th | Palm Beach | FL | Frank Sanzo | D - Exp |
| 12 | 4/17/2014 | 09-010815(05) | 17th | Broward | FL | Dezlin Anglin | P |
| 13 | 6/11/2014 | 10C01-1203-CT-046 | Circuit Court 1 | Clark | IN | Joseph Kannapel | P |
| 14 | 10/29/2015 | 11-006140(03) | 17th | Broward | FL | Stephanie Goodrich | P |
| 15 | 5/23/2017 | BC537381 | | Los Angeles | CA | Eric El-Tobgy | P - Exp |
| 16 | 3/10/2022 | 2018-CA-13297 | Orange Cty | Orlando | FL | Carol Reed | D - Exp |
| 17 | 3/10/2022 | 2019-CA-000790 AN | Osceola Cty | Kissimmee | FL | Raphael Rodriguez | D - Exp |



EXHIBIT

4

**Academic Appointments:** (Nov 97 - June 2001)

1. Clinical Instructor, Faculty of Medicine, University of Illinois, Champaign - Urbana

2. Senate appointee, Department of Surgery, Faculty of Medicine, University of Illinois

## Clinical Memberships

**General:**
1. American Medical Association
2. Florida Medical Association
3. Broward County Medical Association

**Neurosurgical or Spine:**
1. Joint Sections AANS / CNS :

| | |
|---|---|
| Cerebrovascular | 1997 |
| Neurotrauma & Critical Care | 2001 |
| Spine & Peripheral Nerve | 2009 |

| | |
|---|---|
| 2. Canadian Neurosurgical Society | 1998 |
| 3. Congress of Neurological Surgeons | 1999 |
| 4. American Association of Neurological Surgeons | 2000 |
| 5. North American Spine Society (NASS) | 2001 |
| 6. California Association of Neurological Surgeons | 2003 |
| 7. Western Neurosurgical Society | 2003 |
| 8. American College of Spine Surgery | 2004 |
| 9. Florida Neurosurgical Society | 2007 |
| 10. Spine Intervention Society | 2007 |
| 11. International Society for the Advancement of Spine Surgery | 2011 |
| 12. Southern Neurosurgical Society | 2013 |

**Boards:**

| | |
|---|---|
| 1. Royal College of Physicians and Surgeons of Canada | 1996 |
| 2. American Board of Neurological Surgery | 2002 |
| 3. American Board of Spine Surgery | 2004 |
| 4. American College of Surgery | 2008 |

## Other Memberships:

| | |
|---|---|
| American Society of Biomechanics | 2013 |

**Bill Cash**

| | |
|---|---|
| **From:** | Rachael Gilmer |
| **Sent:** | Friday, April 29, 2022 1:32 PM |
| **To:** | Leigh C. Hathaway |
| **Cc:** | Latisha Jones |
| **Subject:** | Re: 162781 Pena, Brenda: Brenda Pena, et al vs. Geico; Case No: 3:21-cv-01094 |

As noted below you have to download the microdicom viewer to see the images

On Apr 29, 2022, at 11:57 AM, Leigh C. Hathaway <leigh.hathaway@qpwblaw.com> wrote:

Rachel and Tish:

[Leigh C. Hathaway]   We are not able to look at the MRI because the programing information was not converted.

---

**From:** Rachael Gilmer <rgilmer@levinlaw.com>
**Sent:** Wednesday, April 27, 2022 5:56 AM
**To:** Peter S. Roumbos <peter.roumbos@qpwblaw.com>
**Cc:** Dana Oberhausen <doberhausen@wpslawyers.com>; Brenton Goodman
<bgoodman@levinlaw.com>; Latisha Jones <ljones@levinlaw.com>; Leigh C. Hathaway
<leigh.hathaway@qpwblaw.com>
**Subject:** RE: 162781 Pena, Brenda: Brenda Pena, et al vs. Geico; Case No: 3:21-cv-01094

I am in agreement with the stip and proposed order.  Tish resent you and Dana the original MRI disks
that we sent with discovery.  The 2019 MRI images can be downloaded from the link below and need to
be viewed using a microdicom viewer.

https://drive.google.com/file/d/1WRbL84LCwsp0PV7ok_UqZs8oGOqZBrh2/view?usp=sharing

---

**From:** Peter S. Roumbos <peter.roumbos@qpwblaw.com>
**Sent:** Thursday, April 21, 2022 12:14 PM
**To:** Rachael Gilmer <rgilmer@levinlaw.com>
**Cc:** Dana Oberhausen <doberhausen@wpslawyers.com>; Brenton Goodman
<bgoodman@levinlaw.com>; Latisha Jones <ljones@levinlaw.com>; Leigh C. Hathaway
<leigh.hathaway@qpwblaw.com>
**Subject:** RE: 162781 Pena, Brenda: Brenda Pena, et al vs. Geico; Case No: 3:21-cv-01094

Rachael:

I am in agreement…no subpoena. Just send us a clean (readable) color
copy of Dr. Chaudry's report and all 3 MRIs on a CD/DVD and that will take
care of it.

Attached you will find the proposed stipulation, exhibits and proposed order on the CMEs. Take a look and let me know if they are acceptable or you want some edits, revisions, etc. I'm confident we'll work out any issues, if any arise. Also, I'll need for you to sign and return to me Exhibit C for Dr. Demery. I'll get the consent form from Dr. Demery and forward to you long before the exam; however, I don't believe either of them have any "forms" that need to be filled out; I'll confirm. Thank you for your prompt attention and cooperation.

<image001.jpg> | **Peter S. Roumbos, Esq.** │ **Partner**
**Quintairos, Prieto, Wood & Boyer, P.A.**
114 E. Gregory Street, 2nd Floor, Pensacola, Florida 32502
Ph: (850) 434-6490 Fax: (850) 434-6491
Email: peter.roumbos@qpwblaw.com  Web: www.qpwblaw.com
Mobile: (850) 516-1555

<image002.jpg>

Arizona ♦ California ♦ Colorado ♦ Florida ♦ Georgia ♦ Illinois ♦ Indiana ♦ Kentucky ♦ Louisiana ♦ Maryland
Michigan ♦ Mississippi ♦ Nevada ♦ New Jersey ♦ New York ♦ Oklahoma ♦ Tennessee ♦ Texas ♦ USVI

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged.  If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it.  If you received this e-mail in error, please notify us immediately by return e-mail or by telephone at (850) 434-6490  and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Quintairos, Prieto Wood & Boyer, P.A.
DO NOT COPY OR DISCLOSE TO ANYONE ELSE, THIS EMAIL MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION.

**From:** Rachael Gilmer <rgilmer@levinlaw.com>
**Sent:** Wednesday, April 20, 2022 3:58 PM
**To:** Peter S. Roumbos <peter.roumbos@qpwblaw.com>
**Cc:** Dana Oberhausen <doberhausen@wpslawyers.com>; Brenton Goodman <bgoodman@levinlaw.com>; Latisha Jones <ljones@levinlaw.com>
**Subject:** RE: 162781 Pena, Brenda: Brenda Pena, et al vs. Geico; Case No: 3:21-cv-01094

Peter, we provided you and Dana each two CDs with discovery responses.  The 1992 and 2018 MRIs were on those CDs.  We have contacted whoever did the 2019 MRI and we are supposed to get a link to download the images for that (some of which were included in Chaundry's report).  Upon receipt of those images we will send them to you.  We can also scan Chaundry's report in color and email that to you.  Everything else Chaundry had was also produced to you all in discovery so please double check what we already provided and if there is something in particular you don't think you have other than the 2019 MRI let me know.  Thanks

**Rachael Raymon Gilmer, Attorney**
rgilmer@levinlaw.com

**From:** Peter S. Roumbos <peter.roumbos@qpwblaw.com>
**Sent:** Wednesday, April 20, 2022 12:04 PM
**To:** Rachael Gilmer <rgilmer@levinlaw.com>
**Cc:** Dana Oberhausen <doberhausen@wpslawyers.com>; Brenton Goodman

<bgoodman@levinlaw.com>
**Subject:** RE: 162781 Pena, Brenda: Brenda Pena, et al vs. Geico; Case No: 3:21-cv-01094

Rachael:

I believe there's been a miscommunication between me and my paralegal – I told him that we needed to obtain a cleaner copy of the report, along with underlying materials relied upon, in particular the 3 MRI studies he references. In this regard, could you please voluntarily provide us with those materials pursuant to your expert disclosure or we can obtain them by way of Request for Production?

As for the 3 MRI, they are MRIs of the brain dated June 20, 1992, January 15, 2018 and December 16, 2019; we would need these asap on a CD/DVD to have them reviewed. As to any other materials, his report doesn't refer to anything else. So, the subpoena will be withdrawn or otherwise abandoned. Let me know on the films and a cleaner copy of his report.

As for the Greer and Demery CMEs, I will send over an email confirming what each of them is going to do that we can reduce to an agreed order, plus some other standard provisions typically seen or asserted in any objections; as for those, you can supply any requested edits, revisions, etc.

Last, if you have any further questions and have time (I know you're getting ready for trial), give me a brief call later today. Thank you for your attention and cooperation.

<image005.jpg>  **Peter S. Roumbos, Esq.** │ **Partner**
**Quintairos, Prieto, Wood & Boyer, P.A.**
114 E. Gregory Street, 2nd Floor, Pensacola, Florida 32502
Ph: (850) 434-6490 Fax: (850) 434-6491                    <image002.jpg>
Email: peter.roumbos@qpwblaw.com  Web: www.qpwblaw.com
Mobile: (850) 516-1555

Arizona ♦ California ♦ Colorado ♦ Florida ♦ Georgia ♦ Illinois ♦ Indiana ♦ Kentucky ♦ Louisiana ♦ Maryland
Michigan ♦ Mississippi ♦ Nevada ♦ New Jersey ♦ New York ♦ Oklahoma ♦ Tennessee ♦ Texas ♦ USVI

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged.  If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it.  If you received this e-mail in error, please notify us immediately by return e-mail or by telephone at (850) 434-6490  and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Quintairos, Prieto Wood & Boyer, P.A.
DO NOT COPY OR DISCLOSE TO ANYONE ELSE, THIS EMAIL MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION.

**From:** Rachael Gilmer <rgilmer@levinlaw.com>
**Sent:** Wednesday, April 20, 2022 8:58 AM
**To:** Peter S. Roumbos <peter.roumbos@qpwblaw.com>
**Cc:** Dana Oberhausen <doberhausen@wpslawyers.com>; Brenton Goodman <bgoodman@levinlaw.com>
**Subject:** Fwd: 162781 Pena, Brenda: Brenda Pena, et al vs. Geico; Case No: 3:21-cv-01094

Peter, Are you issuing a subpoena to my expert? I'm not aware of any rule that allows this so I plan to object but if I'm missing something here please let me know. Thanks

Sent from my iPhone

Begin forwarded message:

> **From:** Rachael Gilmer <rgilmer@levinlaw.com>
> **Date:** April 19, 2022 at 1:34:37 PM CDT
> **To:** "Leigh C. Hathaway" <leigh.hathaway@qpwblaw.com>, Latisha Jones <ljones@levinlaw.com>, Linda Wade <Lwade@wpslawyers.com>, Jamie Boling <jboling@wpslawyers.com>
> **Subject: RE: 162781 Pena, Brenda: Brenda Pena, et al vs. Geico; Case No: 3:21-cv-01094**
>
>
> Yes we object to this subpoena.  This is one of our experts.  Why are you trying to send a non-party subpoena to our expert?
>
> **Rachael Raymon Gilmer, Attorney**
> rgilmer@levinlaw.com
>
> ---
> **From:** Leigh C. Hathaway <leigh.hathaway@qpwblaw.com>
> **Sent:** Tuesday, April 19, 2022 11:55 AM
> **To:** Rachael Gilmer <rgilmer@levinlaw.com>; Latisha Jones <ljones@levinlaw.com>; Linda Wade <Lwade@wpslawyers.com>; Jamie Boling <jboling@wpslawyers.com>
> **Subject:** Brenda Pena, et al vs. Geico; Case No: 3:21-cv-01094

> **CAUTION:** This email message is **EXTERNAL.**

Dear Ms. Gilmer,

    I hope this email finds you doing well.   Please find attached our proposed Notice of Non-Party Subpoena along with the Subpoena.  Please let me know if you will agree to waive the ten day waiting period so we can proceed to issue the subpoena without undo delay.  Thank you in advance for your attention to this matter.

<image006.jpg> | **Leigh C. Hathaway │ Paralegal**
**Quintairos, Prieto, Wood & Boyer, P.A.**
Assistant to:
Peter S. Roumbos, Partner.

4

114 E. Gregory Street, Pensacola, Florida 32502

Ph: (850) 434-6490 Fax: (850) 434-6491

Email: leigh.hathaway@qpwblaw.com  Web: www.qpwblaw.com

Arizona ♦ California ♦ Colorado ♦ Florida ♦ Georgia ♦ Illinois ♦ Indiana ♦ Kentucky ♦ Louisiana ♦ Maryland
Michigan ♦ Mississippi ♦ Nevada ♦ New Jersey ♦ New York ♦ Oklahoma ♦ Tennessee ♦ Texas ♦ USVI